JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ANTHONY J. BILLER (*pro hac vice* pending)
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Jaime Rogozinski*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME ROGOZINSKI,** | Case No.: |
| **Plaintiff,** | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF:** |
| **v.** | |
| **REDDIT, INC.,** | 1. **DECLARATORY JUDGMENT** |
| **Defendant.** | 2. **INFRINGEMENT OF WALLSTREETBETS TRADEMARK** |
| | 3. **INFRINGEMENT OF FEDERALLY REGISTERED WSB TRADEMARK** |
| | 4. **FEDERAL TRADEMARK DILUTION** |
| | 5. **VIOLATION OF COMMON LAW RIGHT OF PUBLICITY** |
| | 6. **BREACH OF CONTRACT** |
| | 7. **VIOLATION OF DUTY OF GOOD FAITH AND FAIR DEALING** |
| | 8. **VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW** |
| | **JURY TRIAL DEMANDED** |

ENVISAGE LAW

COMPLAINT

# INTRODUCTION

1.      Jaime Rogozinski is an entrepreneur, investor, author, and creator of WALLSTREETBETS, a well-known forum where people share stock and other financial advice. Through Mr. Rogozinski's creation, many Americans and others around the world achieved life-changing returns in the financial markets.

2.      Mr. Rogozinski invested years of his life building WALLSTREETBETS on the social media platform Reddit. Mr. Rogozinski built WALLSTREETBETS from the ground up, creating content while moderating discussions on the r/WallStreetBets subreddit. Mr. Rogozinski founded the platform to share the following message with people reeling in the aftermath of the Great Recession: you are not powerless in the financial markets; Wall Street is not just a casino where the house always wins; you can win too, and win big. People all over the world responded. By early 2020, WALLSTREETBETS had grown to more than 1 million subscribers, earning recognition from the financial press.

3.      This is what winning looks like. Mr. Rogozinski was not done. Working to bring WALLSTREETBETS' empowering message to a larger audience, Mr. Rogozinski authored the book *WallStreetBets* and launched an e-sports trading competition to generate further brand awareness. He also filed a federal trademark application to protect WALLSTREETBETS. Reddit took notice and promptly responded.

4.      Though Reddit says "people should be able to find a welcoming home on our platform," the company's reaction to Mr. Rogozinski was anything but hospitable. Reddit terminated Mr. Rogozinski as a moderator of his forum, claiming he had violated company policy by "attempting to monetize a community."

5.      Reddit's justification was a pretext—people use Reddit to market and sell everything from investment advice to bodily fluids. On Reddit, just about everyone, to include aspiring pornographers and scam artists, can find a place, everyone that is except Mr. Rogozinski. Mr. Rogzinski's true offense was trying to control the brand he created in the first place, a famous brand that helped Reddit ride to a $10 billion valuation. Reddit filed several applications with the United States

1

COMPLAINT

ENVISAGE LAW

Patent and Trademark Office to register WALLSTREETBETS as its mark, and aggressively opposed Mr. Rogozinski's application.

6.     "If you build it, they will come," entrepreneurs tell themselves, drawing inspiration from the protagonist-farmer's walk through an Iowa cornfield in the 1989 film *Field of Dreams*. Reddit's dreams, however, turned out to be Mr. Rogozinski's nightmare as the company insists, "if you build it, we will take it from you." While other social media platforms endeavor to compensate their content creators, Reddit works to capture, take credit for, and monetize other people's creations. Reddit says it is all-in on social justice while at the same time engaging in systematic, calculated exploitation by asserting trademark rights over brands innovators built on the platform, and then using those trademarks to secure financing. Mr. Rogozinski is just the latest victim of Reddit's unfair and deceptive practices.

7.     Mr. Rogozinski never asked to be treated like this. For far too long, Reddit has taken advantage of content creators and innovators. This case is about putting a stop to Reddit's systematic theft holding the company accountable for its misconduct.

## PARTIES

8.     WALLSTREETBETS creator Jaime Rogozinski is a citizen of the United States and the United Mexican States. Mr. Rogozinski resides in Mexico City, Mexico.

9.     Reddit, Inc. is a Delaware corporation with a principal place of business located at 1455 Market Street, Suite 1600, San Francisco, California 94103.

## JURISDICTION

10.     Reddit is a citizen of Delaware and California. Mr. Rogozinski is a citizen of both the United States and Mexico who resides in Mexico City, Mexico. Reddit and Mr. Rogozinski have complete diverse citizenship. Mr. Rogozinski seeks damages of more than $75,000. This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332.

11.     Mr. Rogozinski also brings claims arising under the federal Lanham Act. This Court has jurisdiction over those claims under 28 U.S.C. § 1331 and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over Mr. Rogozinski's state law claims under 28 U.S.C. § 1367 because they arise out of the same set of operative facts.

12.     This Court has personal jurisdiction over Reddit because its headquarters are in San Francisco, California.

**VENUE**

13.     Venue is proper in this judicial district under 28 U.S.C. § 1391 because Reddit's headquarters are in this judicial district. Further, Reddit's relevant User Agreement provides that "all disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco, California."

**DIVISIONAL ASSIGNMENT**

14.     Pursuant to Civil L.R. 3-2(c), this case should be assigned to the San Francisco division because a substantial portion of the events giving rise to this case occurred at Reddit's corporate headquarters located in San Francisco.

**FACTUAL BACKGROUND**

**I.      In the wake of the Great Recession which wiped out the life savings of tens of millions, Jaime Rogozinski sees a need for ordinary people to protect their interests in the financial markets. Mr. Rogozinski creates WALLSTREETBETS to meet that need.**

15.     Jaime Rogozinski is an investor, entrepreneur, author, speaker, and the creator of WALLSTREETBETS. From 2007 to 2008, Mr. Rogozinski looked on as the Great Recession consumed the life savings of tens of millions of people around the world. To compound the harm, taxpayers, including many of the very people who lost everything, bailed out the very large financial institutions who helped create the crisis in the first place. These dynamics fueled the rise of political movements like Occupy Wall Street.

16.     As he observed these events, Mr. Rogozinski noticed a power asymmetry. The banking and financial services industries had access to political power and information ordinary people lacked. Faced with these obstacles, many individual investors simply sat on the sidelines, content to allow fund managers to take the wheel. Those who wanted to take control of their own financial future, so-called "retail investors," had few places to turn. Those investors needed more than traditional "buy," "hold," and "sell" recommendations—they required insight on how their trades fit in with larger Wall Street

dynamics. No amount of scouring the financial press, hours spent watching financial news, or paying for infomercial retirement seminars was enough to demystify a system laden with acronyms and buzzwords.

17.     Mr. Rogozinski saw a need, so he did what entrepreneurs do: he got busy solving the problem. At the time, Mr. Rogozinski had a full-time job working as an information technology consultant to the Inter-American Development Bank. In his spare time, Mr. Rogozinski started to look for a way for retail investors to collaborate, communicate, and take control of their financial lives all while having fun and building camaraderie. Mr. Rogozinski wanted to present retail investors with a stark contrast to the staid narratives dominating the financial press at the time. While stock tickers and charts dominated daily programming on mainstream networks, Mr. Rogozinski's community would feature breaking news and irreverent commentary all in a live-and-let-live format.

18.     Even though online training was exploding in popularity, Mr. Rogozinski noticed that there were no online communities where individual, ordinary investors could openly and honestly discuss Wall Street and share advice with each other. Mr. Rogozinski acted. He could have chosen any number of off-the-shelf web message board utilities to host what he envisioned. Ultimately, Mr. Rogozinski settled on the social media platform Reddit.

19.     Reddit is a social media platform where "millions of people around the world post, vote, and comment in communities organized around their interests." Reddit, *How Does Reddit Work*?, https://www.redditinc.com/ (last visited Feb. 13, 2023). Reddit is comprised of users and moderators. Users "can post, comment, vote, discuss, learn, debate, support, and connect with people." Reddit, *Reddit Content Policy*, https://www.redditinc.com/policies/content-policy (last visited Feb. 14, 2023). Moderators "are redditors who volunteer their time to help guide and create Reddit's many communities." Reddit, *What's a moderator?*, https://reddit.zendesk.com/hc/en-us/articles/204533859-What-s-a-moderator- (last visited Feb. 14, 2023).

20.     On January 31, 2012, under the username "jartek," Mr. Rogozinski launched WALLSTREETBETS by creating the r/WallStreetBets subreddit and serving as the forum's first moderator. Below is a true and accurate depiction of how the WALLSTREETBETS page appeared on May 4, 2012, less than four months after Mr. Rogozinski created the forum.



Internet Archive, Capture of r/WallStreetBets as of May 4, 2012,

https://web.archive.org/web/20120504022702/https://www.reddit.com/r/wallstreetbets/.

21.     As shown in the image above, users exchanged information about trading ideas, the Federal Reserve, and particular stocks. Mr. Rogozinski, through his jartek username, was identified as WALLSTREETBET's creator, not Reddit, and the forum's sole moderator.

*Id.* Mr. Rogozinski set the agenda for the WALLSTREETBETS community, describing in detail "what you can expect to find around here," calling his forum a "place to talk about options, day trading, contrarian strategies, defensive hedging, you name it." *Id.* "Don't be intimidated by fancy talk," Mr. Rogozinski wrote to new users, consistent with his overall goal of empowering ordinary people. *Id.* "If you see something you don't understand feel free to ask! We're all here to learn, share and have fun together." *Id.*

ENVISAGE LAW

**II.     Mr. Rogozinski's hard work pays off as WALLSTREETBETS generates 1 million subscribers, drawing attention from the financial press.**

22.     In May 2012, Mr. Rogozinski's forum had 269 subscribers. *Id.* Through Mr. Rogozinski's efforts, the community's size increased by almost seven-fold by early 2013. Internet Archive, Capture of r/WallStreetBets as of Jan. 9, 2013, https://web.archive.org/web/20130109034814/http://www.reddit.com/r/wallstreetbets/ (showing 1,852 subscribers.) By the spring of 2015, WALLSTREETBETS boasted more than 11,000 subscribers. Internet Archive, Capture of r/WallStreetBets as of Apr. 22, 2015, https://web.archive.org/web/20150422023924/http://www.reddit.com/r/wallstreetbets/. At the end of March 2020, just before Reddit took away Mr. Rogozinski's ability to moderate the forum, WALLSTREETBETS crossed the 1,000,000 million subscriber threshold. Internet Archive, Capture of r/WallStreetBets as of Mar. 31, 2020, https://web.archive.org/web/20200331000705/https://www.reddit.com/r/wallstreetbets/.

23.     This success was the product of literally years of hard work by Mr. Rogozinski building the WALLSTREETBETS brand. Starting from scratch, Mr. Rogozinski carefully cultivated the community to ensure the forum aligned with his overall vision. Because he created WALLSTREETBETS, consistent with Reddit policy,[1] Mr. Rogozinski controlled the moderation team. Over time, Mr. Rogozinski expanded WALLSTREETBETS' content moderation team, carefully choosing moderators who shared his vision for the forum. At all relevant times prior to Reddit suspending him, Mr. Rogozinski retained the ability to enforce the forum's rules.

24.     As the brand grew, the financial press started taking notice of the forum Mr. Rogozinski created. In 2018, *Money* published an in-depth profile on WALLSTREETBETS, identifying Mr. Rogozinski as the forum's founder. Jake Davidson, *Meet the Bros Behind /r/WallStreetBets, Who Lose Hundreds of Thousands of Dollars in a Day—And Brag About It*, Money, Oct. 25, 2018, https://money.com/wall-street-bets/.

---

[1] Reddit provides "three main ways to become a moderator": (1) "[b]y creating your own community," (2) "[b]y making a request," and (3) "[b]y requesting an invitation." Reddit, *How do I become a moderator?*, https://reddit.zendesk.com/hc/en-us/articles/205192505-How-do-I-become-a-moderator- (last visited Feb. 14, 2023).

25.     The *Money* report described the unique culture Mr. Rogozinski cultivated. "The mix of braggadocio and nihilism that pervades Wallstreetbets makes it difficult to tell how much money is really at stake," *Money* reported. "But WSB," shorthand for WALLSTREETBETS, "is best known as a place where users announce their bets on the market, which are often centered on so-called meme stocks—like Tesla—securities that have transcended their role as financial instruments to become a sort of economic inside joke." *Id.*

26.     Other media outlets covered the WALLSTREETBETS story. In 2017, *Vice* observed that "/r/Wallstreetbets is like a scrappier, more foul-mouthed version of the startup community, where the rate of failure is placed as high as 90 percent." Roison Kiberd, *You Probably Shouldn't Bet Your Savings on Reddit's 'Wallstreetbets'*, Vice, Dec. 11, 2017, https://www.vice.com/en/article/nedzqm/you-probably-shouldnt-bet-your-savings-on-reddits-wallstreetbets. The *Vice* report linked WALLSTREETBETS to Mr. Rogozinski. "The mods tell me that /r/Wallstreetbets was founded by one of their team, 'Jartek,' in 2012, after he was run out of /r/investing for advocating risky bets." *Id.*

27.     In early 2020, CNBC spotlighted WALLSTREETBETS for the forum's role in the so-called "meme stock" craze. Michael Sheetz, *Crazy speculative trading is driving some stocks inexplicably higher, a 'late cycle' market sign*, CNBC, Feb. 22, 2020, https://www.cnbc.com/2020/02/22/crazy-speculative-trading-is-driving-some-stocks-inexplicably-higher-a-late-cycle-market-sign.html. "Reddit users have dubbed these companies as 'meme stocks,' due to the humorously outsized gains that have come after r/wallstreetbets declared the shares were going to surge." *Id.* This coverage was a sign that individual, retail investors were now at the center of the action.

28.     *Bloomberg Business Week* picked up these themes in early March, running the below cover story with the subheading "A band of Reddit users is hijacking stocks and defying even the coronavirus sell-off."

ENVISAGE LAW

COMPLAINT



29.     An upstart no more, *Bloomberg Business Week* reported that "even veteran traders have trouble dismissing a 900,000-user Reddit forum called r/wallstreetbets, or r/WSB for short, whose tips and tactics have shown an uncanny ability to push prices, at least for the short term." Luke Kawa, *Reddit's Profane, Greedy Traders Are Shaking Up the Stock Market*, Bloomberg Business Week, Feb. 26, 2020, https://www.bloomberg.com/news/articles/2020-02-26/reddit-s-profane-greedy-traders-are-shaking-up-the-stock-market. The article's conclusion: "Chatter on a Reddit message board is pushing up prices on some stocks and reshaping the options market. Retail traders are back—for better or for worse." *Id.*

30.     Mr. Rogozinski's creation had come full circle. Just eight years earlier, Mr. Rogozinski and his WALLSTREETBETS community were on the outside looking in, subject to the whims of fund managers and institutional investors. In a remarkable turn, now WALLSTREETBETS was shaping the agenda.

31.     This should have been a win-win scenario. From Reddit's vantage point, WALLSTREETBETS generated a heavy stream of Internet traffic and provided significant brand exposure for Reddit. Meanwhile, Mr. Rogozinski looked forward not only to growing his creation on Reddit, but also telling the WALLSTREETBETS story while empowering retail investors to make money in the financial markets. Reddit could have featured Mr. Rogozinski as an entrepreneurial success story. But Reddit was not interested in playing nice with high-profile creaetors on its platform.

Just as the world was coming to grips with the COVID-19 pandemic, Reddit made a dramatic, pretextual powerplay against WALLSTREETBETS' creator.

**III.    As Mr. Rogozinski tries to grow the WALLSTREETBETS brand, Reddit seizes control over his creation, invoking its moderator rules as a pretext.**

32.    With WALLSTREETBETS' subscriber base approaching 1 million, Mr. Rogozinski published *WallStreetBets: How Boomers Made the World's Biggest Casino for Millenials* at the end of January 2020. In the book, Mr. Rogozinski chronicles the stock market's evolution from a mechanism for raising capital to power industry to arbitrary, more manipulable modern form. Mr. Rogozinski also tells WALLSTREETBETS' success story in his book.

33.    Around the same time the book launched, Mr. Rogozinski included a link to purchase his book on Amazon on the WALLSTREETBETS side bar. A screenshot showing the link to the book is shown below.



Internet Archive, Capture of r/WallStreetBets as of Feb. 9, 2020, https://web.archive.org/web/20200209062916/https://www.reddit.com/r/wallstreetbets/. Just below the book link was a link to purchase WALLSTREETBETS merchandise which had been previously published on the forum by other forum moderators. Reddit took no action against Mr. Rogozinski or any other WALLSTREETBETS moderator for the book or merchandise links at that time.

34.    In early March 2020, Mr. Rogozinski announced a WALLSTREETBETS-branded e-sports competition. The competition, which was set to take place in Texas in October 2020, was to "pit the country's top traders against each other, using real money to see who is most skilled." WallStreetBets Announces First Live Trading Championship, Mar. 26, 2020,

9

COMPLAINT

https://www.businesswire.com/news/home/20200326005099/en/WallStreetBets-Announces-First-Live-Trading-Championship. Again, Reddit took no action against Mr. Rogozinski for announcing the competition.

35.     On March 24, 2020, Mr. Rogozinski filed an application with the United States Patent and Trademark Office ("USPTO") to register the mark WALLSTREETBETS used in conjunction with online and print publications in the fields of trading and finance, clothing items and providing an online forum for financial and trading information.

36.     Without warning, on April 7, 2020, Reddit sent a notification to Mr. Rogozinski that his account had been placed on a seven-day suspension for "attempting to monetize a community." The entire notification is shown below.

**Important notification about your account:**

subreddit message via /r/reddit.com  [A] sent 4 months ago
Your account has been suspended from Reddit for attempting to monetize a community. The suspension will last 7 day(s).

> We do not permit moderators to perform moderation actions in return for any form of compensation or favor from third parties, nor are moderators permitted to enter agreements with third parties on behalf of a subreddit. As a result, you are no longer permitted to moderate communities on reddit with this or other accounts.
> https://www.redditinc.com/policies/user-agreement#text-content7

This is an automated message; responses will not be received by Reddit admins.

Permalink  Delete  Report  Block Subreddit  Mark Unread  Reply

37.     In the notice, Reddit cited section 7 of the then-in-force User Agreement, which stated "[y]ou may not perform moderation actions in return for any form of compensation or favor from third parties," and "[y]ou may not enter into any agreement with a third party on behalf of Reddit, or any subreddits that you moderate, without our written approval Reddit." Reddit, *Previous Reddit User Agreement Effective September 24, 2018,*https://www.redditinc.com/policies/user-agreement-september-24-2018 (last visited Feb. 14, 2023). Neither Mr. Rogozinski's book nor the e-sports competition he had planned had anything to do with any of his decisions as a moderator of the WALLSTREETBETS forum. Simply put, there was never any moderation-for-compensation deal. Further, Mr. Rogozinski's e-sports competition was between a company he established and a third party. It was not an agreement between a third party and the WALLSTREETBETS subreddit itself.

38.     As Reddit stated elsewhere, moderators are "free to run their communities as they choose, *as long they don't break the rules outlined in Reddit's Content Policy or Moderator Code of*

10

COMPLAINT

ENVISAGE LAW

*Conduct.*" Reddit, *What's a moderator?*, https://reddit.zendesk.com/hc/en-us/articles/204533859-What-s-a-moderator- (last visited Feb. 14, 2023) (emphasis added). Reddit pointed to no violations of either policy.

39.    According to Reddit's moderator guidelines which were in effect on the date of Mr. Rogozinski's suspension, Reddit may intervene to take control of a subreddit if necessary, but "[t]his should happen rarely." Reddit, *Moderator Guidelines for Healthy Communities*, https://web.archive.org/web/20220803212256/https://www.redditinc.com/policies/moderator-guidelines-for-healthy-communities (last visited on Feb. 14, 2023). The Guidelines further provide that only "[w]here moderators consistently are in violation of these guidelines," will Reddit "step in with actions to heal the issues," but that Reddit "hope[s] permanent actions will never become necessary." *Id.* (emphasis added). Even where a moderator consistently violates the Guidelines, which was not the case with Mr. Rogozinski, the first potential response should be to drop a moderator down the moderator list as part of an effort to "heal the issues," not to permanently remove them. *See id.* Reddit leapfrogged the intermediate sanctions provided in the Guidelines to impose a destructive, immediate, and severe punishment on Mr. Rogozinski.

40.    What is more, the notice says that Mr. Rogozinski's suspension "will last seven days." The implication of the time limitation is that Mr. Rogozinski's moderator position would be reinstated once the seven-day period elapsed, but that was not the case here as Mr. Rogozinski remains cut off from moderating the WALLSTREETBETS forum he created.

41.    Seven days from the termination came and went, but Reddit did not reinstate Mr. Rogozinski, nor did to the company respond to his many requests pleading to know why they had deplatformed him from the forum he created. Instead, on May 11, 2020, Reddit filed its first of what would be four trademark applications to the USPTO to register the mark WALLSTREETBETS.

42.    Mr. Rogozinski had no input on Reddit's User Agreement, the Moderator Guidelines, or any other Reddit corporate policy. Reddit's terms of service and policies are, by definition, the terms of an adhesion contract which must be construed against the company. *See City of Hope Nat'l Med. Ctr. v. Genentech, Inc.*, 43 Cal. 4th 375, 397, 181 P.3d 142, 158 (2008) (referring to the "special construction

11

COMPLAINT

rules" that apply to adhesion contracts such as construing terms against the drafter). Regardless, there is no need to resort these principles here because Mr. Rogozinski did not violate the plain language of any of Reddit's terms or policies. The fact that Reddit violated its own adhesion contract makes the company's conduct even more extreme.

43.     Reddit's embrace or at least tolerance of monetization by other subreddit owners underscores the point that Mr. Rogozinski did nothing wrong by promoting his book and launching a WALLSTREETBETS-branded e-sports competition. Nowhere in the User Agreement or Moderator Guidelines is there any reference to the ambiguous concept of "monetizing a community." That omission is not surprising. Carried to its logical conclusion, the principle would bar any commercial activity on Reddit. Of course, in practice, subreddit creators consistently use their channels to market products and services. As noted above, WALLSTREETBETS previously included links to merchandise without incident. The following are just a few examples of how other subreddit moderators monetize their platforms:

a.     Well-known brands like Fidelity Investments (r/fidelityinvestments) and Red Bull (r/redbull) use Reddit to generate awareness of their products and services.

b.     The r/StockTradingIdeas subreddit contains a link to www.ultraalgo.com, a pay-for-service algorithm training platform.

c.     The r/BitCoin subreddit has included links to Bisq, a platform to buy and sell bitcoin.

d.     Subreddit r/WallStreetSilver, a WALLSTREETBETS competitor, includes links to Silver Gold Bull and Sprott Money, two websites from which users can purchase silver and gold assets, and OnlyFans.

e.     The r/SatoshiStreetBets subreddit has linked users to the opportunity to purchase the SatoshiSwap margin trading protocol.

f.     The subreddit r/SellerCircleStage is "dedicated to providing information for new and aspiring sellers/performers within the online adult entertainment industry." One post offers advice on "Pricing Your Products and Services," including a suggested pricing schedule for bodily fluids.

#Pricing Your Products and Services,

https://www.reddit.com/r/SellerCircleStage/wiki/pricing/?v=19f5d960-7b91-11e4-ba12-12313b0ead6e.

44.     Currently, subreddit owners can monetize their platforms by offering investment advice, gold and silver, and trading algorithms. Users on r/SellerCircleStage can even trade tips on how to sell their urine, saliva, and menstruation blood. At the same time, under Reddit's interpretation of its terms and policies, Mr. Rogozinski is barred from linking to his book and operating an e-sports competition. Reddit's justifications for punishing Mr. Rogozinski are as pretextual as they are indefensible and downright embarrassing viewed in context.

45.     Social media platforms, including industrialist and new Twitter owner Elon Musk, are discussing how to better compensate content creators. Mr. Rogozinski's success story is compelling. With so much to gain from working with WALLSTREETBETS' founder, why would a social media platform treat a successful entrepreneur this way?

**IV.     As Reddit positions itself for an initial public offering, the company asserts ownership over other subreddit brands.**

46.     As early as 2017, Reddit announced its intentions to pursue an initial public offering or IPO. "San Francisco-based social news website Reddit is planning to go public by 2020, the company's CEO said this week," the *San Francisco Business Times* reported in November 2017. Riley McDermid, *Reddit CEO eyes 'inevitable' IPO by 2020*, San Francisco Business Times, Nov. 14, 2017, https://www.bizjournals.com/sanfrancisco/news/2017/11/14/reddit-ceo-eyes-inevitable-ipo-by-2020.html. "Reddit CEO Steve Huffman said that going public was 'inevitable; and added that it was 'the only responsible choice' for both the company and its investors." *Id.*

47.     Like any company eyeing the public markets, Reddit had work to do. Financial and compliance systems would have to be implemented. Valuations would have to be conducted. Over time, intangible assets like patents, software, and brands have come to account for the vast majority of a company's value, from just seventeen percent in 1975 to ninety percent in 2020 according to one estimate. Bruce Berman, *Latest Data Show that Intangible Assets Comprise 90% of the Value of the*

ENVISAGE LAW

*S&P 500 Companies*, IP CloseUp, Jan. 19, 2021, https://ipcloseup.com/2021/01/19/latest-data-show-that-intangible-assets-comprise-90-of-the-value-of-the-sp-500-companies/.

48.     For Reddit, this meant shoring up the company's intellectual property portfolio, including its trademark holdings. And here, Reddit confronted a dilemma. The company's platform facilitated access to content, but the company did not itself create content or communities. People logged onto WALLSTREETBETS to read what Mr. Rogozinski and others in his community were saying, not to dialogue with Reddit employees and executives. It was subreddit creators, not Reddit, that named the platform's various communities, brought them to life, set standards, create and moderated the content.

49.     Reddit's own policies confirm this arrangement. Reddit's User Agreement in force at the time the company suspended Mr. Rogozinski contains one reference to "ownership," and it is confirmation that "[y]ou retain any ownership rights you have in Your Content," subject to certain licenses granted to Reddit. Reddit, *Previous Reddit User Agreement Effective September 24, 2018*, https://www.redditinc.com/policies/user-agreement-september-24-2018 (last visited Feb. 14, 2023). The term Content is defined as "information, text, links, graphics, videos, or other materials." *Id.* Reddit did not include trademarks or tradenames within this definition nor did Reddit claim it owned brands created on its platform by its users. The User Agreement contains one reference to trademark in a section related to the company's Digital Millennium Copyright Act takedown policy, where Reddit also proclaims the company "respects the intellectual property rights of others." *Id.*

50.     Reddit also has a Trademark Use Policy. Reddit, Trademark Use Policy, https://www.redditinc.com/policies/trademark-use-policy (last visited Feb. 15, 2023). The policy includes references to Reddit's "stylized Snoo head in an OrangeRed Circle," "the Reddit wordmark," and variations of the same. *Id.* Nowhere in the policy does Reddit assert ownership or even licensing rights over subreddit names or related trademarks.

51.     Neither the lack of express warrant in Reddit's policies nor the company's contractual commitment that it "respects the intellectual property rights of others" stopped Reddit from asserting ownership of subreddit names. To bolster the company's valuation to satisfy Wall Street, Reddit took deliberate, systematic action to assert ownership of various subreddit names, beginning as early as 2012,

but accelerating in 2016 and on. The table below shows Reddit's trademark filings on various subreddit names.

| Trademark | Application Date | Registration No. | Register Date |
|---|---|---|---|
| IAMA | July 12, 2012 | 4295647 | February 26, 2013 |
| AMA (image) | March 17, 2016 | 5220980 | June 13, 2017 |
| AMA | March 17, 2016 | 5283555 | September 12, 2017 |
| ASK ME ANYTHING | May 25, 2016 | 5134849 | January 31, 2017 |
| NOSLEEP | August 3, 2018 | 5702447 | March 19, 2019 |
| R/NOSLEEP | August 3, 2018 | 5702448 | March 19, 2019 |
| EXPLAIN LIKE I'M FIVE | October 22, 2019 | 6067931 | June 2, 2020 |
| ELI5 | October 24, 2019 | 6111764 | July 28, 2020 |
| TODAY I LEARNED (TIL) | February 4, 2020 | 6466212 | August 31, 2021 |
| AM I THE ASSHOLE? | February 9, 2020 | 6173432 | October 13, 2020 |
| SHOWERTHOUGHTS | February 9, 2020 | 6198752 | November 17, 2020 |
| SHOWERTHOUGHTS | February 19, 2020 | 6198751 | November 17, 2020 |
| AM I THE ASSHOLE? | February 19, 2020 | 6269771 | February 16, 2021 |
| NATURE IS FUCKING LIT | March 4, 2020 | 6152852 | September 15, 2020 |
| NATURE IS FUCKING LIT | March 4, 2020 | 6152853 | September 15, 2020 |

52.     The company's fifteen different registrations cover seven distinct subreddit names, including shorthand variations like ELI5 for r/ExplainLikeImFive. In total, these subreddits have more than 135,000 million subscribers.

53.     Reddit has leveraged these filings to secure capital. On October 8, 2021, Reddit pledged the registrations above as part of a Trademark Security Agreement with JPMorgan Chase Bank, N.A. A true and accurate copy of the Trademark Assignment Cover Sheet and Trademark Security Agreement as filed with the USPTO is attached hereto as Exhibit A. Upon information and belief, Reddit amended its secured credit facility with JP Morgan to raise more money as part of the company's efforts to go public. The company used the trademark registrations cited above as part of the collateral for that deal.

54.     Reddit's conduct was deliberate. The company did not file trademark applications on corporate partners like Fidelity and Red Bull. Further, Reddit has done deals with content creators in the past. *See, e.g.,* Sarah Perez, *After Five Years Of Boostrapping Imgur Raises $40 Million From*

*Andreessen Horowitz & Reddit*, TechCrunch, Apr. 3, 2014, https://techcrunch.com/2014/04/03/after-five-years-of-bootstrapping-imgur-raises-40-million-from-andreessen-reddit/. In other words, the company knows how to play nice, at least when it suits Reddit's purposes. Here, Reddit targeted individual owners and entrepreneurs, many of whom lacked the financial resources and wherewithal to protect their interests.

55.     Reddit underestimated Mr. Rogozinski in this regard. Though Mr. Rogozinski founded WALLSTREETBETS in 2012, and even though Reddit was filing to secure trademark protection on subreddit names as early as 2012, Reddit did not file a trademark application on WALLSTREETBETS—at least not initially. To protect his interests, Mr. Rogozinski, however, did take steps to secure his intellectual property. As noted above, on March 24, 2020, Mr. Rogozinski filed U.S. Trademark Application No. 88845638 for WALLSTREETBETS at the USPTO. Upon information and belief, it was this action, not Mr. Rogozinski's alleged "monetization efforts," which spurred Reddit to act against Mr. Rogozinski's account.

56.     After taking away Mr. Rogozinski's ability to control the community he created, Reddit initiated legal action at the USPTO's Trademark Trial and Appeal Board to block him from asserting ownership of WALLSTREETBETS. Reddit also filed four separate trademark applications on WALLSTREETBETS trademarks, all of which are still pending at the USPTO. Reddit did not oppose Mr. Rogozinski's trademark application for the mark WSB, which is shorthand for WALLSTREETBETS. That registration issued as U.S. Trademark Registration No. 6754487 on June 7, 2022.

57.     Reddit's bad faith conduct paid off. The company achieved a $10 billion valuation, with Bloomberg noting in the header of its article that Reddit is "[t]he home of WallStreetBets." Michael Hytha & Priya Anand, *Reddit Files for IPO After Igniting The Year's Meme Stock Frenzy*, Bloomberg, Dec. 15, 2021, https://news.bloomberglaw.com/mergers-and-acquisitions/social-platform-reddit-says-it-filed-confidentially-for-ipo-1. Reddit achieved a multi-billion dollar valuation for an IPO that stands to create life-changing wealth for the company's executives and investors on the backs of Mr. Rogozinski's creation as well as other innovators whose brands Reddit also seized. Not surprisingly,

Reddit is not the least bit apologetic for this and maintains it owes Mr. Rogozinski nothing. While Reddit enriched itself at Mr. Rogozinski's expense, the company's actions have caused him concrete, tangible financial and reputational harm.

**V.     By seizing control of WALLSTREETBETS, Reddit caused Mr. Rogozinski direct financial and reputational harm.**

58.     Reddit's decision to ban Mr. Rogozinski as a WALLSTREETBETS moderator had an immediate financial effect on him. He lost hundreds of thousands of dollars of sales for his book, which was published less than three months prior to the ban. As further consequence of Reddit's ban, Mr. Rogozinski's company lost its contract for the e-sports trading competition in Texas, costing him millions of dollars.

59.     Even after the ban, the public continued to connect Mr. Rogozinski to WALLSTREETBETS. Throughout 2020, 2021, 2022, and 2023, Mr. Rogozinski made more than sixty media appearances to discuss WALLLSTREETBETS, including on television networks like MSNBC, CNN, Fox Business, Bloomberg, and CNBC, and on podcasts hosted by Jordan Belfort of *Wolf of Wall Street* fame, Glenn Greenwald, and Logan Paul. As shown below, during these appearances, media consistently referred to Mr. Rogozinski as WALLSTREETBETS' founder.






Mr. Rogozinski also spoke at more than a dozen events at venues throughout the United States and around the world, further building the WALLSTREETBETS brand and his own reputation.

17

60.     During these close to eighty different appearances, Mr. Rogozinski was further connected to the WALLSTREETBETS brand in the minds of tens of millions of people, adding onto an already established association between himself and the brand. Mr. Rogozinski is so entwined with the brand that he sold the rights to his life story to a major production company that is going to "to dramatize the story of his role in the WallStreetBets saga." Erich Schwartzel & Akane Otani, Reddit's WallStreetBets Founder Sells Life Story to Movie Producer RatPac Entertainment, Wall St. J., Feb. 4, 2021, https://www.wsj.com/articles/reddits-wallstreetbets-founder-sells-life-story- to-movie-producer-ratpac-entertainment-11612440001.

61.     After Reddit banned Mr. Rogozinski, the WALLSTREETBETS forum he created took a damaging turn. The moderators who replaced Mr. Rogozinski who, upon information and belief, pushed Reddit to ban him, flashed their contempt for the creator of WALLSTREETBETS almost immediately. One such moderator celebrated Mr. Rogozinski's ban in a post that received more than 2,400 comments, writing that "the United States has conducted an operation that killed jartek and a terrorist who's responsible for the murder of thousands of innocent members."

62.     The WALLSTREETBETS community guidelines bar "brigading," meaning an online harassment campaign against a particular user. Nevertheless, a WALLSTREETBETS user organized a brigade against Mr. Rogozinski's book, *WallStreetBets*, inciting others to leave negative reviews. "Wrote a shit review on TTG and Amazon for you queer," the user noentic wrote to Mr. Rogozinski. As shown below, other users piled on while the WALLSTREETBETS moderators looked on, causing Mr. Rogozinski to lose thousands of dollars in books sales.

ENVISAGE LAW

1
2
3
4
5
6
7
8



9   63.     The new moderators also published pictures of the WALLSTREETBETS cartoon

10  character flashing an "okay" sign, which has been associated with "white power." One such example is

11  shown below.

12
13
14
15
16
17



18  64.     WALLSTREETBETS' new leadership owned a Discord channel on which users

19  published racial slurs. For Mr. Rogozinski, a Jewish and natural-born Mexican citizen, the content itself,

20  which at various times included swastikas, was offensive, but the harm was only compounded by having

21  to sit and watch the forum he created be connected to these activities. Things got so bad that "Discord

22  banned the r/WallStreetBets server for 'hate speech.'" Rachel Sandler, *Discord Bans r/WallStreetBets*

23  *Over 'Hate Speech,' Reddit Forum Returns After Going Private*, Forbes, Jan. 27, 2021,

24  https://www.forbes.com/sites/rachelsandler/2021/01/27/discord-bans-rwallstreetbets-over-hate-speech-

25  reddit-forum-goes-private. Reddit might have a First Amendment right to platform racially

26  inflammatory content, but it does not have the right to connect Mr. Rogozinski's brand and identity to

27  this content.

28

19

65.     All this makes a mockery of Reddit's vaunted "cultural DNA." In a blog post published on June 1, 2021, Reddit boasted that its "mission is to bring community and belonging to everyone in the world," and that "[w]e believe that people should be able to find a welcoming home on our platform." Reddit, *Reddit's Cultural DNA: A Year Look Back and Onward*, June 1, 2021, https://www.redditinc.com/blog/reddits-cultural-dna. On Reddit, just about everyone, including aspiring pornographers and scam artists, can find a place, everyone that is except Mr. Rogozinski. Why? Because money and the pursuit of profits over people—not equity, inclusion, or social justice—is what is actually wired into Reddit's DNA.

66.     For too long, Reddit has systematically taken advantage of content creators and innovators so that it can line its pockets with billions of dollars. The company has self-righteously talked the talk of equity and inclusion while walking the walk of exploitation. Mr. Rogozinski is not about to let Reddit get away with it.

### CLAIMS FOR RELIEF

### COUNT I
### DECLARATORY JUDGMENT
**Controversy Regarding Ownership of the WALLSTREETBETS Trademark**
**28 U.S.C. §§ 2201-2202**

67.     Mr. Rogozinski re-alleged the preceding paragraphs herein.

68.     There is an actual, justiciable dispute between Mr. Rogozinski and Reddit as to which party owns the WALLSTREETBETS trademark.

69.     Mr. Rogozinski seeks a declaratory judgment that he, and not Reddit, is the owner of the WALLSTREETBETS trademark

### COUNT II
### INFRINGEMENT OF WALLSTREETBETS TRADEMARK
**Lanham Act § 43(a), 15 U.S.C. § 1125(a)**

70.     Mr. Rogozinski re-alleges the preceding paragraphs herein.

71.     The WALLSTREETBETS trademark is valid and protectable.

72.     Mr. Rogozinski owns the WALLSTREETBETS trademark.

73.     Reddit uses the WALLSTREETBETS trademark in commerce by operating the r/WallStreetBets subreddit on the company's website.

74.     Reddit's uses of the WALLSTREETBETS trademark occur in interstate commerce, including on the Internet.

75.     Mr. Rogozinski did not give Reddit permission to use the WALLSTREETBETS trademark following his ban as a moderator of the r/WallStreetBets subreddit he created.

76.     Reddit's actions damage Mr. Rogozinski.

77.     Reddit's actions constitute willful trademark infringement under 15 U.S.C. § 1117(a). Reddit was fully aware of Mr. Rogozinski's rights in WALLSTREETBETS, but chose to prevent him from exercising ownership over his creation, violating the company's own terms and policies in order to do so.

## COUNT III
### INFRINGEMENT OF REGISTERED WSB TRADEMARK
### Lanham Act § 32, 15 U.S.C. § 1114

78.     Mr. Rogozinski re-alleges the preceding paragraphs herein.

79.     The WSB trademark is valid and protectable.

80.     Mr. Rogozinski U.S. Trademark Registration No. 6754487 for WSB.

81.     Reddit uses the WSB trademark in commerce by operating the r/WallStreetBets subreddit on the company's website, as WSB is a known shorthand designation for WALLSTREETBETS.

82.     Reddit's uses of the WSB trademark occur in interstate commerce, including on the Internet.

83.     Mr. Rogozinski did not give Reddit permission to use the WSB trademark following his ban as a moderator of the r/WallStreetBets subreddit he created.

84.     Reddit's actions damage Mr. Rogozinski.

85.     Reddit's actions constitute willful trademark infringement under 15 U.S.C. § 1117(a). Reddit was fully aware of Mr. Rogozinski's rights in WSB, but chose to prevent him from exercising ownership over his creation, violating the company's own terms and policies in order to do so.

ENVISAGE LAW

ENVISAGE LAW

## COUNT IV
## TRADEMARK DILUTION BY TARNISHMENT
### Lanham Act § 43(c), 15 U.S.C. § 1125(c)

86.  Mr. Rogozinski re-alleges the preceding paragraphs herein.

87.  The WALLSTREETBETS and WSB trademarks are valid and protectible.

88.  Mr. Rogozinski owns the WALLSTREETBETS trademark and U.S. Trademark Registration No. 6754487 for WSB.

89.  The WALLSTREETBETS and WSB trademarks are famous for at least the following reasons:

a.  WALLSTREETBETS and WSB have been in use for more than tens years and WSB is registered on the Principal Register;

b.  Over the course fore more than a decade, hundreds of millions of people have been exposed to WALLSTREETBETS and WSB by using the r/WallStreetBets subreddit;

c.  Famous and well-known individuals including industrialist and Twitter owner Elon Musk have commented on and visited WALLSTREETBETS;

d.  The WALLSTREETBETS and WSB trademarks have been covered extensively by national media outlets in the United States and around the world, including on CNBC, CNN, Fox Business, MSNBC, further exposing tens of millions of people to the brand;

e.  The WALLSTREETBETS and WSB trademarks have been further discussed on podcasts with audiences that number in the millions of viewers, including podcasts run by Jordan Belfort, Logan Paul, and Glenn Greenwald; and

f.  In media reports discussing Reddit's $10 billion valuation, the WALLSTREETBETS and WSB marks are referred to, noting that Reddit is "the home of WallStreetBets."

90.  Dilution by tarnishment arises because the operation of the WALLSTREETBETS subreddit since Mr. Rogozinski was banned as a moderator, including through connecting the brand to racially inflammatory statements, harms the reputation of the WALLSTREETBETS and WSB brands.

91.    Reddit's actions constitute willful trademark dilution under 15 U.S.C. § 1117(a). Reddit was fully aware of Mr. Rogozinski's rights in WALLSTREETBETS, but chose to prevent him from exercising ownership over his creation, violating the company's own terms and policies in order to do so.

## COUNT V
## VIOLATION OF RIGHT OF PUBLICITY
### California Common Law

92.    Mr. Rogozinski re-alleges the preceding paragraphs herein.

93.    As alleged above, the WALLSTREETBETS and WSB trademarks have become identified with Mr. Rogozinski.

94.    Reddit uses Mr. Rogozinski's identity by operating the r/WallStreetBets subreddit on the company's website for the company's commercial advantage.

95.    The r/WallStreetBets subreddit includes content and links to content to which Mr. Rogozinski objects and which harm his reputation.

96.    The r/WallStreetBets subreddit does not contain any prominent disclaimer regarding Mr. Rogozinski.

97.    Mr. Rogozinski does not consent to Reddit's use of his identity.

98.    Reddit's actions damage Mr. Rogozinski by, among other things, causing harm to his professional standing and future publicity.

## COUNT VI
## BREACH OF CONTRACT

99.    Mr. Rogozinski re-alleges the preceding paragraphs herein.

100.    Reddit's User Agreement and related policies constitute a binding contract between Mr. Rogozinski and the company.

101.    The contract between Reddit and Mr. Rogozinski is a contract of adhesion under California law. Since Reddit drafted the terms of the contract between it and Mr. Rogozinski, the terms should be construed against the company.

ENVISAGE LAW

102.    As set forth above, Mr. Rogozinski did not violate Reddit's terms or policies, but the company permanently suspended him from being a moderator of the WALLSTREETBETS forum he created anyway.

103.    Reddit breached its contract with Mr. Rogozinski by suspending him as moderator in violation of its own terms and policies, including but not limited to Reddit's policy of progressive moderator disciple. Reddit further breached its contract for not reinstating Mr. Rogozinski as a moderator on or before April 14, 2020, at the end of his seven-day suspension.

104.    Mr. Rogozinski incurred damages on account of Reddit's breach of the contract.

105.    Reddit's breach of contract was intentional and willful.

106.    Under California law, "[e]very one who offers to the public to carry persons, property, or messages, excepting only telegraphic messages, is a common carrier of whatever he thus offers to carry." Cal. Civ. Code § 2168. Reddit offers to carry messages and is thus a common carrier under California law.

107.    Since Reddit is a common carrier and its actions against Mr. Rogozinski were at least willful, the liability waiver the company unilaterally included in its User Agreement is unenforceable since a "common carrier cannot be exonerated, by any agreement made in anticipation thereof, from liability for the gross negligence, fraud, or willful wrong of himself or his servants." Cal. Civ. Code § 2175.

## COUNT VII
### VIOLATION OF DUTY OF GOOD FAITH AND FAIR DEALING

108.    Mr. Rogozinski re-alleges the preceding paragraphs herein.

109.    California's duty of good faith and fair dealing which requires "each contracting party to refrain from doing anything to injure the right of the other to receive the benefits of the agreement." *Egan v. Mut. of Omaha Ins. Co.*, 24 Cal. 3d 809, 818, 620 P.2d 141 (1979).

110.    Reddit violated its duty of good faith and fair dealing by, among other things, wrongfully suspending Mr. Rogozinski's ability to moderate WALLSTREETBETS in violation of Reddit's User

ENVISAGE LAW

Agreement and policies and by not reinstating Mr. Rogozinski's account at the end of the initial seven-day suspension.

111.    Reddit's violation of its duty damaged Mr. Rogozinski.

### COUNT VIII
### VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW
### Cal. Bus. & Professions Code §§ 17200 et seq.

112.    Mr. Rogozinski re-alleges the preceding paragraphs herein.

113.    The California Unfair Competition Law (the "UCL") prohibits "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by [California's False Advertising Law]." Cal. Bus. & Prof. Code § 17200.

114.    As alleged above, Reddit is engaged in a practice of asserting trademark rights in the brand names of subreddits which creators using the company's platform develop, including but not limited to AMITHEASSHOLE and EXPLAIN LIKE I'M FIVE.

115.    Neither Reddit's User Agreement nor the company's other policies disclose that the company has ownership rights over brands brought to it by content creators. In fact, Reddit's User Agreement states the company "respects the intellectual property rights of others."

116.    Relying on Reddit's User Agreement, Mr. Rogozinski engaged Reddit to use the platform on which to build WALLSTREETBETS or WSB.

117.    Reddit already blocked Mr. Rogozinski from controlling his brands. To make matters worse, consistent with its past unfair and deceptive practice, Reddit is seeking to obtain trademark protection over Mr. Rogozinski's brand.

118.    Mr. Rogozinski has suffered economic injury on account of these acts, including lost book sales while his company has lost contracts.

119.    These injuries were caused by Reddit's unfair and deceptive practices.

### PRAYER FOR RELIEF

WHEREFORE, Mr. Rogozinski respectfully prays that this Court:

A.      Enters an order declaring that as between Mr. Rogozinski and Reddit, Mr. Rogozinski is the owner of all right, title, and interest to the WALLSTREETBETS trademark;

B.      Enters an order requiring Reddit to cease any and all use of the WALLSTREETBETS or WSB trademarks unless and until the company reinstates Mr. Rogozinski as the senior-most moderator of the r/WallStreetBets subreddit;

C.      Enters an order reinstating Mr. Rogozinski as the senior-most moderator of the r/WallStreetBets subreddit;

D.      Enters an order that Reddit disgorge all the company's ill-gotten profits related to its use of the WALLSTREETBETS and WSB trademarks following Mr. Rogozinski's ban from the platform;

E.      Enters an order restraining Reddit from engaging in unfair and deceptive practices regarding the company's efforts to obtain trademark ownership over the names of subreddits on the platform, including WALLSTREETBETS and WSB;

F.      Award Mr. Rogozinski damages for violating his right of publicity;

G.      Award Mr. Rogozinski damages for breach of contract;

H.      Award Mr. Rogozinski damages for Reddit's breach of its duty of good faith and fair dealing; and

I.      Award any other relief to Mr. Rogozinski which this Court deems necessary and proper.

### DEMAND FOR TRIAL BY JURY

Mr. Rogozinski demands a jury trial on all issues so triable.

Respectfully submitted, this 15th day of February, 2023.

By:    */s/ James R. Lawrence, III*
James R. Lawrence, III
NC State Bar No. 44,560*
Anthony J. Biller
NC State Bar No. 24,117*
ENVISAGE LAW
2601 Oberlin Rd, Suite
Raleigh, NC 27608
Telephone: 919.755.1317
Facsimile: (919) 782.0452
Email: jlawrence@envisage.law
    ajbiller@envisage.law
* *pro hac vice* pending

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.173

*Attorneys for Plaintiff Jaime Rogozinski*

27

COMPLAINT