# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM684976

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | TRADEMARK SECURITY AGREEMENT |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| REDDIT, INC. | | 10/08/2021 | Corporation: DELAWARE |

### RECEIVING PARTY DATA

| Name: | JPMORGAN CHASE BANK, N.A. |
|---|---|
| Street Address: | 10 S DEARBORN ST. |
| Internal Address: | 7TH FLOOR |
| City: | CHICAGO |
| State/Country: | ILLINOIS |
| Postal Code: | 60603 |
| Entity Type: | National Banking Association: UNITED STATES |

### PROPERTY NUMBERS Total: 73

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4747592 | R A |
| Registration Number: | 4756065 | REDDITMADE |
| Registration Number: | 4756064 | REDDITMADE |
| Registration Number: | 4087966 | REDDIT |
| Registration Number: | 4895820 | R |
| Registration Number: | 4895476 | R |
| Registration Number: | 4160114 | |
| Registration Number: | 4160112 | ASK REDDIT |
| Registration Number: | 4982568 | |
| Registration Number: | 4997882 | ALIEN BLUE |
| Registration Number: | 4174690 | REDDIT |
| Registration Number: | 5008166 | REDDIT |
| Registration Number: | 5019343 | REDDIT |
| Registration Number: | 5034414 | UPVOTED |
| Registration Number: | 5053433 | REDDIT |
| Registration Number: | 5057753 | FORMATIVE |
| Registration Number: | 4227937 | |
| Registration Number: | 5067519 | |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5103419 | REDDIT |
| Registration Number: | 5131742 | |
| Registration Number: | 5131743 | |
| Registration Number: | 5134849 | ASK ME ANYTHING |
| Registration Number: | 5134414 | REDDIT ORIGINALS |
| Registration Number: | 4295647 | IAMA |
| Registration Number: | 4311484 | |
| Registration Number: | 5220980 | AMA |
| Registration Number: | 5283555 | AMA |
| Registration Number: | 5491503 | |
| Registration Number: | 5491504 | |
| Registration Number: | 5533679 | |
| Registration Number: | 5702447 | NOSLEEP |
| Registration Number: | 5702448 | R/NOSLEEP |
| Registration Number: | 4763648 | REDDIT |
| Registration Number: | 5956084 | |
| Registration Number: | 5956085 | |
| Registration Number: | 5967893 | |
| Registration Number: | 5967894 | |
| Registration Number: | 5967895 | |
| Registration Number: | 6024210 | REDDITGIFTS |
| Registration Number: | 6029310 | RPAN |
| Registration Number: | 6037287 | RPAN |
| Registration Number: | 6051898 | REDDIT PUBLIC ACCESS NETWORK |
| Registration Number: | 6067931 | EXPLAIN LIKE I'M FIVE |
| Registration Number: | 6089169 | REDDIT PUBLIC ACCESS NETWORK |
| Registration Number: | 6111561 | REDDIT PUBLIC ACCESS NETWORK |
| Registration Number: | 6111764 | ELI5 |
| Registration Number: | 6152852 | NATURE IS FUCKING LIT |
| Registration Number: | 6152853 | NATURE IS FUCKING LIT |
| Registration Number: | 6173432 | AM I THE ASSHOLE? |
| Registration Number: | 6188268 | RPAN |
| Registration Number: | 6198752 | SHOWERTHOUGHTS |
| Registration Number: | 6198751 | SHOWERTHOUGHTS |
| Registration Number: | 6269771 | AM I THE ASSHOLE? |
| Registration Number: | 6301331 | DIVE INTO ANYTHING |
| Registration Number: | 6466212 | TODAY I LEARNED (TIL) |
| Registration Number: | 3474493 | REDDIT |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3786519 | REDDIT |
| Serial Number: | 90331600 | PREDICTIONS |
| Serial Number: | 90654457 | REDDIT TALK |
| Serial Number: | 88667902 | BRAND KARMA |
| Serial Number: | 90715280 | KARMALAB |
| Serial Number: | 90777355 | REDDIT STUDIO |
| Serial Number: | 90278289 | SPADES TABLE |
| Serial Number: | 90518671 | WALLSTREETBETS |
| Serial Number: | 90518771 | WALLSTREETBETS |
| Serial Number: | 90518744 | WALLSTREETBETS |
| Serial Number: | 90100899 | SNOOVATAR |
| Serial Number: | 90145959 | UP THE VOTE |
| Serial Number: | 90145967 | UP THE VOTE |
| Serial Number: | 90198271 | R/ |
| Serial Number: | 88667899 | BRAND KARMA |
| Serial Number: | 88667889 | BRAND KARMA |
| Serial Number: | 88910822 | WALLSTREETBETS |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | 2124552502 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 2124553762 |
| Email: | ksolomon@stblaw.com |
| Correspondent Name: | ALYSHA SEKHON, ESQ. |
| Address Line 1: | SIMPSON THACHER & BARTLETT LLP |
| Address Line 2: | 425 LEXINGTON AVENUE |
| Address Line 4: | NEW YORK, NEW YORK 10017 |

| ATTORNEY DOCKET NUMBER: | 509265/2381 |
|---|---|
| NAME OF SUBMITTER: | ALYSHA SEKHON |
| SIGNATURE: | /AS/ |
| DATE SIGNED: | 11/01/2021 |

**Total Attachments: 8**
source=Reddit - Trademark Security Agreement Executed (002)#page1.tif
source=Reddit - Trademark Security Agreement Executed (002)#page2.tif
source=Reddit - Trademark Security Agreement Executed (002)#page3.tif
source=Reddit - Trademark Security Agreement Executed (002)#page4.tif
source=Reddit - Trademark Security Agreement Executed (002)#page5.tif
source=Reddit - Trademark Security Agreement Executed (002)#page6.tif
source=Reddit - Trademark Security Agreement Executed (002)#page7.tif
source=Reddit - Trademark Security Agreement Executed (002)#page8.tif

TRADEMARK
REEL: 007479 FRAME: 0682

**Execution Version**

TRADEMARK SECURITY AGREEMENT dated as of October 8, 2021 (this "Agreement"), among REDDIT, INC., a Delaware corporation (the "Grantor") and JPMORGAN CHASE BANK, N.A., as Administrative Agent (in such capacity and together with successors in such capacity, the "Administrative Agent").

Reference is made to (a) the Credit and Guarantee Agreement dated as of October 8, 2021 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement"), among the Grantor, the Guarantors party thereto, the Lenders party thereto and the Administrative Agent, and (b) the Collateral Agreement dated as of October 8, 2021 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "Collateral Agreement"), among the Grantor, the other grantors from time to time party thereto and the Administrative Agent. The Lenders and the Issuing Banks have agreed to extend credit to the Grantor subject to the terms and conditions set forth in the Credit Agreement. The obligations of the Lenders and the Issuing Banks to extend such credit are conditioned upon, among other things, the execution and delivery of this Agreement. Accordingly, the parties hereto agree as follows:

SECTION 1.  Terms.  Capitalized terms used in this Agreement and not otherwise defined herein have the meanings specified in the Collateral Agreement or the Credit Agreement, as applicable.  The rules of construction specified in Section 1.01(b) of the Collateral Agreement also apply to this Agreement.

SECTION 2.  Grant of Security Interest.  As security for the payment or performance, as the case may be, in full of all Secured Obligations, the Grantor hereby grants to the Administrative Agent, its successors and permitted assigns, for the benefit of the Secured Parties, a security interest (the "Security Interest") in all of the Grantor's right, title and interest in, to and under the Trademarks, including the registrations and applications thereof listed on Schedule I (the "Trademark Collateral").

SECTION 3.  Collateral Agreement.  The Security Interest granted to the Administrative Agent herein is granted in furtherance, and not in limitation, of the security interests granted to the Administrative Agent pursuant to the Collateral Agreement.  The Grantor hereby acknowledges and affirms that the rights and remedies of the Administrative Agent with respect to the Trademark Collateral are more fully set forth in the Collateral Agreement, the terms and provisions of which are hereby incorporated herein by reference as if fully set forth herein.  In the event of any conflict between the terms of this Agreement and the Collateral Agreement, the terms of the Collateral Agreement shall govern.

SECTION 4.  Counterparts.  This Agreement may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original but all of which when taken together shall constitute a single contract.  Delivery of an executed signature page to this Agreement by facsimile or other electronic transmission shall be effective as delivery of a manually signed counterpart of this Agreement.

SECTION 5.   GOVERNING LAW.  THIS AGREEMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE LAW OF THE STATE OF NEW YORK.

257749269 v2

**TRADEMARK**
**REEL: 007479 FRAME: 0683**

[Remainder of this page intentionally left blank]

257749269 v2

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day and year first above written.

REDDIT, INC.,
as Grantor

By: *Drew Vollero* (DocuSigned by: B26FE7A7EE53412...)
Name: Andrew Vollero
Title: Chief Financial Officer

JPMORGAN CHASE BANK, N.A.,
as Administrative Agent

By: _____
Name:
Title:

SIGNATURE PAGE TO TRADEMARK SECURITY AGREEMENT

JPMORGAN CHASE BANK, N.A., as Administrative Agent,

by _____
Bruce S. Borden
Executive Director

[Signature Page to Trademark Security Agreement]

Schedule I

United States Trademark Registrations

| Application Number | Application Date | Registration Number | Registration Date | Mark | Owner |
|---|---|---|---|---|---|
| 86420735 | 10/10/2014 | 4747592 | 06/02/2015 | (logo) | Reddit, Inc. |
| 86466419 | 11/26/2014 | 4756065 | 06/16/2015 | REDDITMADE | Reddit, Inc. |
| 86466416 | 11/26/2014 | 4756064 | 06/06/2015 | REDDITMADE (stylized) | Reddit, Inc. |
| 85348858 | 06/17/2011 | 4087966 | 01/17/2012 | REDDIT | Reddit, Inc. |
| 86696458 | 07/17/2015 | 4895820 | 02/02/2016 | r | Reddit, Inc. |
| 86678893 | 06/30/2015 | 4895476 | 02/02/2016 | r (logo) | Reddit, Inc. |
| 85416889 | 5/10/2011 | 4160114 | 06/19/2012 | (alien logo) | Reddit, Inc. |
| 85316619 | 05/10/2011 | 4160112 | 06/19/2012 | ASK REDDIT | Reddit, Inc. |
| 86773587 | 09/30/2015 | 4982568 | 06/21/2016 | (alien logo) | Reddit, Inc. |
| 86830192 | 11/24/2015 | 4997882 | 07/12/2016 | ALIEN BLUE | Reddit, Inc. |
| 85463492 | 11/3/2011 | 4174690 | 07/17/2012 | reddit | Reddit, Inc. |
| 86893677 | 02/01/2016 | 5008166 | 07/26/2016 | REDDIT | Reddit, Inc. |
| 86850049 | 12/15/2015 | 5019343 | 08/09/2016 | REDDIT | Reddit, Inc. |
| 86678602 | 06/30/2015 | 5034414 | 09/06/2016 | upvoted | Reddit, Inc. |
| 86893675 | 02/01/2016 | 5053433 | 10/04/2016 | REDDIT | Reddit, Inc. |
| 86830197 | 11/24/2015 | 5057753 | 10/11/2016 | FORMATIVE | Reddit, Inc. |
| 85977269 | 06/09/2011 | 4227937 | 10/16/2012 | (alien logo) | Reddit, Inc. |
| 86917678 | 02/24/2016 | 5067519 | 10/25/2016 | (alien logo) | Reddit, Inc. |
| 86893676 | 02/01/2016 | 5103419 | 12/20/2016 | REDDIT | Reddit, Inc. |

| Application Number | Application Date | Registration Number | Registration Date | Mark | Owner |
|---|---|---|---|---|---|
| 86917676 | 02/24/2016 | 5131742 | 01/31/2017 |  | Reddit, Inc. |
| 86917680 | 02/24/2016 | 5131743 | 01/31/2017 |  | Reddit, Inc. |
| 86953931 | 03/25/2016 | 5134849 | 01/31/2017 | ASK ME ANYTHING | Reddit, Inc. |
| 86780362 | 10/07/2015 | 5134414 | 01/31/2017 | reddit originals | Reddit, Inc. |
| 85675327 | 07/12/2012 | 4295647 | 02/26/2013 | IAMA | Reddit, Inc. |
| 85463524 | 11/03/2011 | 4311484 | 04/02/2013 |  | Reddit, Inc. |
| 86944699 | 03/17/2016 | 5220980 | 06/13/2017 |  | Reddit, Inc. |
| 86944696 | 03/17/2016 | 5283555 | 09/12/2017 | AMA | Reddit, Inc. |
| 87669521 | 11/2/2017 | 5491503 | 06/12/2018 |  | Reddit, Inc. |
| 87669525 | 11/2/2017 | 5491504 | 06/12/2018 |  | Reddit, Inc. |
| 87669519 | 11/2/2017 | 5533679 | 08/07/2018 |  | Reddit, Inc. |
| 88064058 | 08/03/2018 | 5702447 | 03/19/2019 | NOSLEEP | Reddit, Inc. |
| 88064059 | 08/03/2018 | 5702448 | 03/19/2019 | R/NOSLEEP | Reddit, Inc. |
| 86421757 | 10/13/2014 | 4763648 | 06/30/2015 | reddit | Reddit, Inc. |
| 87584661 | 08/25/2017 | 5956084 | 01/07/2020 |  | Reddit, Inc. |
| 87584664 | 08/25/2017 | 5956085 | 01/07/2020 |  | Reddit, Inc. |
| 87584662 | 08/25/2017 | 5967893 | 01/21/2020 |  | Reddit, Inc. |
| 87584663 | 08/25/2017 | 5967894 | 01/21/2020 |  | Reddit, Inc. |
| 87584666 | 08/25/2017 | 5967895 | 01/21/2020 |  | Reddit, Inc. |
| 88616685 | 09/13/2019 | 6024210 | 03/31/2020 | REDDITGIFTS | Reddit, Inc. |

| Application Number | Application Date | Registration Number | Registration Date | Mark | Owner |
|---|---|---|---|---|---|
| 88688064 | 11/11/2019 | 6029310 | 04/07/2020 | RPAN | Reddit, Inc. |
| 88688072 | 11/11/2019 | 6037287 | 04/21/2020 | RPAN | Reddit, Inc. |
| 88611686 | 09/10/2019 | 6051898 | 05/12/2020 | REDDIT PUBLIC ACCESS NETWORK | Reddit, Inc. |
| 88664413 | 10/22/2019 | 6067931 | 06/02/2020 | EXPLAIN LIKE I'M FIVE | Reddit, Inc. |
| 88611660 | 09/10/2019 | 6089169 | 06/30/2020 | REDDIT PUBLIC ACCESS NETWORK | Reddit, Inc. |
| 88611621 | 09/10/2019 | 6111561 | 07/28/2020 | REDDIT PUBLIC ACCESS NETWORK | Reddit, Inc. |
| 88667904 | 10/24/2019 | 6111764 | 07/28/2020 | ELI5 | Reddit, Inc. |
| 88821270 | 03/04/2020 | 6152852 | 09/15/2020 | Nature Is Fucking Lit | Reddit, Inc. |
| 88821273 | 03/04/2020 | 6152853 | 09/15/2020 | Nature Is Fucking Lit | Reddit, Inc. |
| 88802787 | 02/19/2020 | 6173432 | 10/13/2020 | Am I the Asshole? | Reddit, Inc. |
| 88688068 | 11/11/2019 | 6188268 | 11/03/2020 | RPAN | Reddit, Inc. |
| 88802491 | 02/19/2020 | 6198752 | 11/17/2020 | SHOWERTHOUGHTS | Reddit, Inc. |
| 88802488 | 02/19/2020 | 6198751 | 11/17/2020 | SHOWERTHOUGHTS | Reddit, Inc. |
| 88802791 | 02/19/2020 | 6269771 | 02/16/2021 | Am I the Asshole? | Reddit, Inc. |
| 90194015 | 09/19/2020 | 6301331 | 03/23/2021 | DIVE INTO ANYTHING | Reddit, Inc. |
| 88784363 | 02/04/2020 | 6466212 | 08/31/2021 | Today I Learned (TIL) | Reddit, Inc. |
| 76685910 | 01/18/2008 | 3474493 | 07/29/2008 | reddit (logo) | Reddit, Inc. |
| 76698109 | 06/26/2009 | 3786519 | 05/11/2010 | REDDIT (stylized) | Reddit, Inc. |

SCHEDULES TO TRADEMARK SECURITY AGREEMENT

257749269 v2

United States Trademark Applications

| Application Number | Application Date | Mark | Owner |
|---|---|---|---|
| 90331600 | 11/20/2020 | PREDICTIONS | Reddit, Inc. |
| 90654457 | 04/19/2021 | REDDIT TALK | Reddit, Inc. |
| 88667902 | 10/24/2019 | BRAND KARMA | Reddit, Inc. |
| 90715280 | 05/17/2021 | KarmaLab | Reddit, Inc. |
| 90777355 | 06/16/2021 | REDDIT STUDIO | Reddit, Inc. |
| 90278289 | 10/26/2020 | SPADES TABLE | Reddit, Inc. |
| 90518671 | 02/08/2021 | WALLSTREETBETS | Reddit, Inc. |
| 90518771 | 02/08/2021 | WALLSTREETBETS | Reddit, Inc. |
| 90518744 | 02/08/2021 | WALLSTREETBETS | Reddit, Inc. |
| 90100899 | 08/07/2020 | SNOOVATAR | Reddit, Inc. |
| 90145959 | 08/28/2020 | UP THE VOTE | Reddit, Inc. |
| 90145967 | 08/28/2020 | UP THE VOTE | Reddit, Inc. |
| 90198271 | 09/21/2020 | r/ | Reddit, Inc. |
| 88667899 | 10/24/2019 | BRAND KARMA | Reddit, Inc. |
| 88667889 | 10/24/2019 | BRAND KARMA | Reddit, Inc. |
| 88910822 | 05/11/2020 | WALLSTREETBETS | Reddit, Inc. |

SCHEDULES TO TRADEMARK SECURITY AGREEMENT

257749269 v2