1  **PERKINS COIE LLP**
   Julie E. Schwartz, Bar No. 260624
2  JSchwartz@perkinscoie.com
   Ryan T. Mrazik (admitted *Pro Hac Vice*)
3  RMrazik@perkinscoie.com
   1201 Third Avenue, Suite 4900
4  Seattle, Washington 98101-3099
   Telephone: 206.359.8000
5  Facsimile:  206.359.9000

6  Calvin Cohen, Bar No. 313420
   CCohen@perkinscoie.com
7  110 North Wacker Drive, Suite 3400
   Chicago, Illinois 60606-1511
8  Telephone: 312.324.8400
   Facsimile:  312.324.9400
9
   Torryn Rodgers, Bar No. 319126
10 TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
11 San Francisco, California 94105
   Telephone: 415.344.7000
12 Facsimile:  415.344.7050

13 Attorneys for Defendant
   REDDIT, INC.
14

**PRANGER LAW PC**
Holly Pranger, Bar No. 215270
HPranger@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone:  415.885.9800
Facsimile:  415.885.1110

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 JAIME ROGOZINSKI,                    Case No. 3:23-cv-00686-MMC

19        Plaintiff,                    **DEFENDANT REDDIT, INC.'S NOTICE
                                        OF MOTION, MOTION TO DISMISS**
20        v.                            **COMPLAINT AND MEMORANDUM OF
                                        POINTS AND AUTHORITIES**
21 REDDIT, INC.,
                                        Date:     May 19, 2023
22        Defendant.                    Time:     9:00 am
                                        Judge:    Hon. Maxine M. Chesney
23

24

25

26

27

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on May 19, 2023, at 9:00 am, or as soon as the matter may

3   be heard in Courtroom 7 of the United States District Court for the Northern District of

4   California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant

5   Reddit, Inc. ("Reddit") will and hereby does move the Court for dismissal of Plaintiff Jaime

6   Rogozinski's ("Plaintiff") Complaint.

7   Reddit moves for dismissal of Plaintiff's Complaint pursuant to Rule 12(b)(6) because it

8   fails to state a claim upon which relief can be granted. Counts V (violation of right of publicity),

9   VI (breach of contract), VII (violation of the duty of good faith and fair dealing), and VIII

10   (violation of California Unfair Competition Law) should be dismissed with prejudice because

11   they are barred by the federal Communications Decency Act, 47 U.S.C. § 230, and the First

12   Amendment to the U.S. Constitution, and Plaintiff has not established and cannot establish the

13   elements of these claims. If Counts I (declaratory judgment for ownership of

14   WALLSTREETBETS trademark), II (infringement of WALLSTREETBETS trademark), III

15   (infringement of WSB trademark), and IV (trademark dilution by tarnishment) are not stayed

16   pursuant to the concurrently filed Motion to Stay, then they should be dismissed with prejudice as

17   well because Plaintiff has not established and cannot establish the necessary elements.

18   This motion is based on this Notice of Motion and Motion; the accompanying

19   Memorandum of Points and Authorities; the Declaration of Julie E. Schwartz only for purposes of

20   incorporation by reference of Exhibits A through C; Reddit's Request for Judicial Notice; the

21   pleadings filed in this action; and such other arguments and matters as may be offered at the time

22   of the hearing on this motion.

23   April 10, 2023          **PERKINS COIE LLP**          **PRANGER LAW PC**

24                           By:  /s/ *Julie E. Schwartz*          By:  /s/ *Holly Pranger*
                                  Julie E. Schwartz                    Holly Pranger
25                                Ryan T. Mrazik*
                                  Calvin Cohen
26                                Torryn Rodgers
                                  *admitted *Pro Hac Vice*
27

28                           Attorneys for Defendant
                             REDDIT, INC.

TABLE OF CONTENTS

Page

I.     INTRODUCTION ................................................................................................. 1

II.    FACTUAL BACKGROUND ................................................................................ 2

    A.     Reddit, its User Agreement, and its Moderator Guidelines. ...................... 2

    B.     Facts giving rise to Plaintiff's Complaint and allegations against Reddit. ........... 3

III.   LEGAL STANDARD .......................................................................................... 5

IV.    ARGUMENT ....................................................................................................... 6

    A.     The Court should dismiss Plaintiff's State Law Claims. ........................... 6

        1.     Section 230(c)(1) of the CDA bars Plaintiff's State Law Claims. ............ 6

            a.     Reddit is an interactive computer service. .................................... 7

            b.     Plaintiff's claims treat Reddit as a publisher................................ 7

            c.     Another information content provider posted the content. ........... 9

        2.     Plaintiff's claims are also barred by the First Amendment.................... 10

        3.     Even if Plaintiff could overcome the CDA and First Amendment,
            his State Law Claims fail as a matter of law. ........................................... 11

            a.     Plaintiff's breach of contract claim fails. ................................... 11

            b.     Plaintiff's breach of the implied covenant claim fails. ............... 13

            c.     Plaintiff's right of publicity claim fails. ..................................... 14

                (i)     The statute of limitations has run. ..................................... 14

                (ii)    Reddit did not use Plaintiff's identity. ............................. 14

                (iii)   The First Amendment protects transformative use. .......... 16

            d.     Plaintiff's Unfair Competition Law claim fails. ......................... 17

                (i)     Plaintiff lacks standing to bring a UCL claim.................. 17

                (ii)    Reddit has not engaged in any unfair conduct. ............... 188

                (iii)   Reddit has not engaged in fraudulent conduct. ................ 18

    B.     If the Federal Trademark Claims are not stayed, they should be dismissed. ....... 19

        1.     Plaintiff's activities on Reddit cannot provide a basis for his
            claimed trademark rights in the WALLSTREETBETS mark.................. 19

        2.     Plaintiff's trademark claims based on the WSB mark likewise fail....... 222

            a.     Reddit cannot infringe Plaintiff's junior rights. ......................... 222

TABLE OF CONTENTS

Page

b. Even if Plaintiff has sufficiently pled rights to the WSB mark, there is neither a use by Reddit nor a likelihood of confusion. .................................................................................. 22

3. Plaintiff has not alleged dilution by tarnishment. .................................. 23

V. CONCLUSION .................................................................................................. 24

TABLE OF AUTHORITIES

Page(s)

**CASES**

*Aegis Software, Inc. v. 22nd Dist. Agric. Ass'n,*
   255 F. Supp. 3d 1005 (S.D. Cal. 2017) ................................................................. 24

*AMF Inc. v. Sleekcraft Boats,*
   599 F.2d 341 (9th Cir. 1979) ............................................................................... 22

*Ashcroft v. Iqbal,*
   556 U.S. 662 (2009) ............................................................................................... 5

*Avery Dennison Corp. v. Sumpton,*
   189 F.3d 868 (9th Cir. 1999) ............................................................................... 24

*Barnes v. Yahoo!, Inc.,*
   570 F.3d 1096 (9th Cir. 2009) ........................................................................... 6, 8

*Bell Atl. Corp. v. Twombly,*
   550 U.S. 544 (2007) ............................................................................................... 5

*Bionghi v. Metro. Water Dist. of So. Cal.,*
   70 Cal. App. 4th 1358 (1999) .............................................................................. 14

*Caraccioli v. Facebook, Inc.,*
   167 F. Supp. 3d 1056 (N.D. Cal. 2016) ............................................................... 12

*Careau & Co. v. Sec. Pac. Bus. Cred., Inc.,*
   222 Cal. App. 3d 1371 (1990) ............................................................................. 13

*Carma Devs. (Cal.), Inc. v. Marathon Dev. Cal., Inc.,*
   2 Cal. 4th 342 (1992) .......................................................................................... 13

*Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.,*
   20 Cal. 4th 163 (1999) ........................................................................................ 18

*Comedy III Prods., Inc. v. Gary Saderup, Inc.,*
   25 Cal. 4th 387 (2001) ........................................................................................ 16

*Dahon N. Am., Inc. v. Hon,*
   No. 2:11-CV-05835-ODW, 2012 WL 1413681 (C.D. Cal. Apr. 24, 2012) .......... 23

*Does 1-6 v. Reddit, Inc.,*
   51 F.4th 1137 (9th Cir. 2022) ............................................................................... 7

*Downing v. Abercrombie & Fitch,*
   265 F.3d 994 (9th Cir. 2001) ............................................................................... 14

*Drum v. San Fernando Valley Bar Ass'n,*
   182 Cal. App. 4th 247 (2010) .............................................................................. 18

-iii-

TABLE OF AUTHORITIES

Page(s)

*Dyson, Inc. v. Garry Vacuum, LLC*,
  No. CV10-01626-MMM, 2010 WL 11595882 (C.D. Cal. July 19, 2010) ............................ 17

*Eastwood v. Superior Court*,
  149 Cal. App. 3d 409 (1983) ................................................................................................ 14

*Ebeid v. Facebook, Inc.*,
  No. 18-cv-07030-PJH, 2019 WL 2059662 (N.D. Cal. May 9, 2019) .................................... 13

*Fair Hous. Council of San Fernando Valley v. Roommates.Com, LLC*,
  521 F.3d 1157 (9th Cir. 2008) ................................................................................................ 6

*Fields v. Twitter, Inc.*,
  No. 16-CV-00213-WHO, 2016 WL 4205687 (N.D. Cal. Aug 10, 2016) ........................... 7, 8

*Frenken v. Hunter*,
  No. 17-CV-02667-HSG, 2018 WL 1964893 (N.D. Cal. Apr. 26, 2018) ............................... 10

*Fruit of the Loom, Inc. v. Girouard*,
  994 F.2d 1359 (9th Cir. 1993) .............................................................................................. 23

*Green v. Am. Online (AOL)*,
  318 F.3d 465 (3d Cir. 2003) ................................................................................................ 7, 8

*Hadley v. Kellog-Sales Co.*,
  243 F. Supp. 3d 1074 ............................................................................................................ 18

*Hibbler v. Sewell*,
  No. C14-1969 MJP, 2015 WL 1599660 (W.D. Wash. Apr. 9, 2015) .................................. 23

*Howard v. Am. Online Inc.*,
  208 F.3d 741 (9th Cir. 2000) ................................................................................................ 12

*In re Apple Inc. Device Performance Litig.*,
  No. 18-MD-02827-EJD, 2018 WL 4772311 (N.D. Cal. Oct. 1, 2018) ................................ 18

*In re Arris Cable Modem Consumer Litig.*,
  No. 17-CV-01834-LHK, 2018 WL 288085 (N.D. Cal. Jan. 4, 2018) .................................. 19

*In Re Florists' Transworld Delivery, Inc.*,
  119 U.S.P.Q. 2d 1056 (T.T.A.B. 2016) ...................................................................... 15, 20, 21

*In re NCAA Student-Athlete Name & Likeness Lic. Litig.*,
  724 F.3d 1268 (9th Cir. 2013) .............................................................................................. 16

*Jada Toys, Inc. v. Mattel, Inc.*,
  518 F.3d 628 (9th Cir. 2008) ................................................................................................ 23

*Jian Zhang v. Baidu.com Inc.*,
  10 F. Supp. 3d 433 (S.D.N.Y. 2014) .................................................................................... 10

TABLE OF AUTHORITIES

Page(s)

*Joude v. WordPress Found.*,
   No. C 14-01656 LB, 2014 WL 3107441 (N.D. Cal. July 3, 2014) ........................................ 12

*Kearns v. Ford Motor Co.*,
   567 F.3d 1120 (9th Cir. 2009) ............................................................................................ 6

*Knievel v. ESPN*,
   393 F.3d 1068 (9th Cir. 2005) ............................................................................................ 2

*Kwikset Corp. v. Superior Ct.*,
   51 Cal. 4th 310 (2011) ...................................................................................................... 17

*La Terra Fina USA, LLC v. TerraFina, L.L.C.*,
   No. 17-CV-03613 NC, 2017 WL 4284167 (N.D. Cal. Sept. 27, 2017) ........................... 19, 22

*La Tiejira v. Facebook, Inc.*,
   272 F. Supp. 3d 981 (S.D. Tex. 2017) ................................................................................. 10

*Langdon v. Google, Inc.*,
   474 F. Supp. 2d 622 (D. Del. 2007) .................................................................................... 10

*Lewis v. Google LLC*,
   461 F. Supp. 3d 938 (N.D. Cal. 2020) .............................................................................. 7, 8

*Mai v. Supercell Oy*,
   No. 20-CV-05573-EJD, 2023 WL 25713 (N.D. Cal. Jan. 3, 2023) ..................................... 17

*Manhattan Comm. Access Corp. v. Halleck*,
   139 S. Ct. 1921 (2019) ...................................................................................................... 10

*Mattel, Inc. v. Walking Mountain Prods.*,
   353 F.3d 792 (9th Cir. 2003) ............................................................................................. 23

*Mia. Herald Publ'g Co. v. Tornillo*,
   418 U.S. 241 (1974) ......................................................................................................... 10

*Milton H. Greene Archives, Inc. v. CMG Worldwide, Inc.*,
   No. CV-05-02200-MMM, 2009 WL 10669361 (C.D. Cal. Mar. 25, 2009) ......................... 15

*Motschenbacher v. R. J. Reynolds Tobacco Co.*,
   498 F.2d 821 (9th Cir. 1974) ............................................................................................. 14

*Nacarino v. KSF Acquisition Corp.*,
   No. 22-CV-04021-MMC, 2022 WL 17178688 (N.D. Cal. Nov. 23, 2022) ......................... 17

*Neal v. State Farm Ins. Cos.*,
   188 Cal. App. 2d 690 (1961) ............................................................................................. 13

*NetChoice, LLC v. Att'y Gen., Fla.*,
   34 F.4th 1196 (11th Cir. 2022) .......................................................................................... 10

TABLE OF AUTHORITIES

Page(s)

*Nova Wines, Inc., v. Alder Fels Winery LLC*,
    467 F. Supp. 2d 965 (N.D. Cal. 2006) ................................................................ 16

*O'Handley v. Padilla*,
    579 F. Supp. 3d 1163 (N.D. Cal. 2022) .............................................................. 10

*Pension Tr. Fund for Operating Eng'g v. Fed. Ins. Co.*,
    307 F.3d 944 (9th Cir. 2002) ............................................................................... 14

*Prager Univ. v. Google LLC*,
    85 Cal. App. 5th 1022 (2022) ................................................................................ 9

*Rangel v. Dorsey*,
    No. 21-cv-08062-CRB, 2022 WL 2820107 (N.D. Cal. July 19, 2022) ............... 8, 9

*Reyn's Pasta Bella, LLC v. Visa USA, Inc.*,
    442 F.3d 741 (9th Cir. 2006) ................................................................................. 4

*Robinson v. HSBC Bank USA*,
    732 F. Supp. 2d 976 (N.D. Cal. 2010) ............................................................ 14, 15

*Sikhs for Justice "SFJ," Inc. v. Facebook, Inc.*,
    144 F. Supp. 3d 1088 (N.D. Cal. 2015) ................................................................. 9

*Skilstaf, Inc. v. CVS Caremark Corp.*,
    669 F.3d 1005 (9th Cir. 2012) .............................................................................. 20

*Social Techs. LLC v. Apple Inc.*,
    4 F.4th 811 (9th Cir. 2021) ............................................................................. 19, 21

*Sprewell v. Golden State Warriors*,
    266 F.3d 979 (9th Cir. 2001) ................................................................................. 6

*Swartz v. KPMG LLP*,
    476 F.3d 756 (9th Cir. 2007) ................................................................................. 2

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,
    551 U.S. 308 (2007) ............................................................................................. 20

*Threshold Enterps. Ltd. v. Pressed Juicery, Inc.*,
    445 F. Supp. 3d 139 (N.D. Cal. 2020) ................................................................... 4

*Toho Co. v. Sears, Roebuck & Co.*,
    645 F.2d 788 (9th Cir. 1981) ............................................................................... 23

*United States v. Ritchie*,
    342 F.3d 903 (9th Cir. 2003) ................................................................................. 4

*Visa Int'l Serv. Ass'n v. JSL Corp.*,
    610 F.3d 1088 (9th Cir. 2010) .............................................................................. 24

TABLE OF AUTHORITIES

Page(s)

*Vitt v. Apple Computer, Inc.*,
    469 Fed. Appx. 605 (9th Cir. 2012) ....................................................................... 18

*Williams v. Gerber Prods. Co.*,
    552 F.3d 934 (9th Cir. 2008)................................................................................... 18

*Worldwide Media, Inc. v. Twitter, Inc.*,
    No. 17-cv-07335-VKD, 2018 WL 5304852 (N.D. Cal. Oct. 24, 2018) ................ 11

*Yeager v. Bowlin*,
    693 F.3d 1076 (9th Cir. 2012).................................................................................. 14

*Yuksel v. Twitter, Inc.*,
    22-CV-05415-TSH, 2022 WL 16748612 (N.D. Cal. Nov. 7, 2022) ........................ 9

**STATUTES**

15 U.S.C. § 1114 ............................................................................................................ 22

15 U.S.C. § 1125(c)(2)(A) ............................................................................................. 24

15 U.S.C. § 1127 ............................................................................................................ 19

Business and Professions Code, Section 17200............................................................. 4

Federal Communications Decency Act, 47 U.S.C. § 230 ..................................... 1, 6, 7

FTC Act, 15 U.S.C. § 45(n) .......................................................................................... 18

Trademark Dilution Revision Act of 2006.................................................................... 24

**OTHER AUTHORITIES**

37 C.F.R. § 2.56(b)(2).................................................................................................... 20

Fed. R. Civ. P. 9 ....................................................................................................... 6, 18

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

Reddit, Inc. ("Reddit") is a community of online communities called "subreddits." One of these subreddits is r/wallstreetbets, where millions of people come together to discuss their shared interests in stock trading and financial markets. Reddit differs from other online platforms: it is fundamentally community-driven and relies primarily on volunteer moderators who are entrusted to guide their communities by establishing and enforcing the communities' rules, highlighting and removing content from the communities, and allowing or banning users. Unlike regular users of Reddit and because of their special responsibilities in their communities, moderators agree to the moderator-specific terms in the Reddit User Agreement ("Terms") and the Moderator Guidelines for Healthy Communities ("Moderator Guidelines").

In early 2020, Plaintiff Jaime Rogozinski ("Plaintiff") was one of a group of users entrusted with moderator privileges for r/wallstreetbets. Under its Terms and Moderator Guidelines, and consistent with the community's wishes, Reddit removed Plaintiff's moderator privileges permanently because he had used them to monetize r/wallstreetbets, putting his own interests over those of the community. Reddit's decision is immunized from liability under the federal Communications Decency Act, 47 U.S.C. § 230 ("CDA") and the First Amendment to the U.S. Constitution. Moreover, Plaintiff has failed to plead the elements of his state law claims.

His federal trademark claims fare no better. Despite losing his moderator privileges, Plaintiff continued to pursue trademark rights in "WALLSTREETBETS" and "WSB" for his own gain. Reddit intervened to protect the interests and creativity of millions of contributors to r/wallstreetbets, prevent consumer confusion, and preserve the goodwill associated with the subreddit. Reddit has opposed Plaintiff's efforts in the U.S. Patent and Trademark Office's ("USPTO") Trademark Trial and Appeal Board ("TTAB") for more than two years and, as argued in Reddit's concurrent Motion to Stay, Plaintiff's trademark claims here should be stayed. If not, they should be dismissed.

Ultimately, Plaintiff asks this Court to second guess the r/wallstreetbets community's own decisions about who should guide their community, force Reddit to reinstall him despite the plain

language of the Terms and Moderator Guidelines, sidestep the protections of federal law and the

U.S. Constitution, and compensate Plaintiff for exploiting the r/wallstreetbets community for his

own personal gain. The Court should decline to do so and dismiss this case with prejudice.

## II.     FACTUAL BACKGROUND

### A.     Reddit, its User Agreement, and its Moderator Guidelines.

Reddit is an online platform where millions of people come together to share, discuss, and

debate their interests in communities called "subreddits." *See* Compl. ¶ 19. Subreddits are

defined, created, and managed by their members, who vote and self-govern, establish community-

specific norms and rules, and share responsibility for how Reddit operates.

A subset of members called moderators (or "mods") volunteer to help shape and guide

their communities. Moderators can establish rules, highlight and remove content (for example by

distinguishing posts as official mod submissions or "pinning" posts at the top of subreddits), and

allow or ban users. Moderators are also empowered to invite others to moderate, and decide how

to allocate moderation powers and responsibilities. *Id.*; Declaration of Julie Schwartz in Support

of Motion to Dismiss ("Schwartz Decl."), Ex. A (Reddit Help Page, *What's a Moderator?*).[1]

Plaintiff is a Reddit user who, like all users, accepted and is subject to the Terms. Compl.

¶¶ 37, 49, 116. Plaintiff was also a moderator, and like all moderators, he was subject to the then-

in-force Moderator Guidelines (since renamed the Moderator Code of Conduct). *Id.* ¶¶ 20, 38, 39.

The Terms enshrine Reddit's ability to decide what content appears on the site and which users to

entrust with moderation privileges. Section 4 provides that Reddit may, in its "sole discretion,

delete or remove [content] at any time and for any reason, including for a violation of these

---

[1] The Court may consider documents incorporated by reference into a complaint on a motion to dismiss. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (documents that a defendant attaches to a motion to dismiss are considered part of the pleadings if no one disputes their authenticity, they are referred to in the plaintiff's complaint, and they are central to their claim). Plaintiff relies upon Reddit's User Agreement, the Moderator Guidelines for Healthy Communities, a Reddit Help Page as central to his claims. Compl. ¶¶ 19, 37–39, 42, 49, 50, 61; Schwartz Decl. ¶ 5. He cannot cherry-pick only parts that support him. *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) (incorporation by reference doctrine "[p]revent[s] plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting documents upon which their claims are based") (internal ellipsis and citation omitted). Reddit requests that these documents (Exhibits A-C to the Schwartz Decl.) be incorporated by reference and considered on this motion.

Terms[.]" Schwartz Decl., Ex. B § 4 (Previous User Agreement Effective September 24, 2018). Section 7 provides that Reddit reserves "the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms." *Id*., Ex. B § 7. The Terms also say that Reddit "will not be liable to you . . . for any modification, suspension, or discontinuation of the Services or any part thereof" and "[i]n no event and under no theory of liability . . . will the Reddit Entities be liable to you for any . . . damages, or lost profits arising from or relating to these Terms or the Services[.]" *Id.*, Ex. B §§ 2, 12 (original in all caps).

The then-in-force Moderator Guidelines likewise include provisions that hold moderators to a set of common-sense rules, and empower Reddit to remove mods who fail to follow them:

**Respect the Platform**

Reddit may, at its discretion, intervene to take control of a community when it believes it is in the best interest of the community or the website. This should happen rarely (e.g., a top moderator abandons a thriving community), but when it does, our goal is to keep the platform alive and vibrant, as well as to ensure your community can reach people interested in that community. Finally, when the admins contact you, we ask that you respond within a reasonable amount of time.

Where moderators consistently are in violation of these guidelines, Reddit may step in with actions to heal the issues - sometimes pure education of the moderator will do, but these actions could potentially include dropping you down the moderator list, removing moderator status, prevention of future moderation rights, as well as account deletion. We hope permanent actions will never become necessary.

*See id*., Ex. C (Reddit, Moderator Guidelines (in place Apr. 7, 2020)).

**B.     Facts giving rise to Plaintiff's Complaint and allegations against Reddit.**

On January 31, 2012, Plaintiff chose Reddit to start a subreddit called r/wallstreetbets. Compl. ¶ 20. He was the subreddit's first moderator. *Id*. Over the next eight years, the r/wallstreetbets community and its moderator team expanded as thousands of people shared content and celebrated their shared interests. *Id.* ¶¶ 20–22. In March 2020, the month before Plaintiff was removed as a moderator, the subreddit had one million subscribers and an expanded group of moderators. *Id.* ¶ 22.

On April 7, 2020, Reddit alerted Plaintiff that (1) his Reddit account was being suspended for seven days and (2) he was no longer permitted to moderate Reddit communities because he

had "attempt[ed] to monetize a community" in violation of the then-in-force Terms and

Moderator Guidelines. *Id.* ¶ 36. The notice sent to Plaintiff said:

> Your account has been suspended from Reddit for attempting to monetize a community. The suspension will last 7 day(s).
>
> We do not permit moderators to perform moderation actions in return for any form of compensation or favor from third parties, nor are moderators permitted to enter agreements with third parties on behalf of a subreddit. As a result, you are no longer permitted to moderate communities on [R]eddit with this or other accounts.

*Id.* This was based on "section 7 of the then-in-force User Agreement [which] stated '[y]ou may

not perform moderation actions in return for any form of compensation or favor from third

parties,' and '[y]ou may not enter into any agreement with a third party on behalf of Reddit, or

any subreddits that you moderate, without our written approval . . . .'" *Id.* ¶ 37; *see also* Schwartz

Decl., Ex. B § 7. Plaintiff acknowledges that in January 2020, he included a link to purchase his

book on the r/wallstreetbets sidebar. Compl. ¶ 33. Then in March 2020, he began using the

subreddit to advertise and promote a live e-sports stock trading competition hosted by a company

he established and a third party. *Id.* ¶¶ 34, 37.

The r/wallstreetbets community had observed Plaintiff breaking their community-specific

rules, and the remaining moderators agreed that it was necessary and in the interests of the

community as a whole to have Plaintiff removed from their community for doing so. Request for

Judicial Notice ("RJN"), Ex. 1.[2] In the years since Plaintiff's removal, the community has

flourished, exploding to more than 13 million members. *Id.*, Ex. 2.

Years later, seeking to reinstall himself as a leader of a community whose trust he violated

by abusing his moderator privileges to enrich himself, Plaintiff now brings state law claims for

breach of contract, breach of the covenant of good faith and fair dealing, violation of right of

publicity, and violation of California Business and Professions Code, Section 17200, *et seq.*

---

[2] The Court may take judicial notice of publicly available documents and court filings "without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). "In general, websites and their contents may be judicially noticed," *Threshold Enterps. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) (citing cases), as can court documents and filings, such as the TTAB proceedings, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Reddit requests that the court take judicial notice of these documents (RJN Exhibits 1-6) for purposes of this motion.

("UCL") (collectively, the "State Law Claims"). Compl. ¶¶ 92–119. He also brings federal trademark claims for declaratory judgment, infringement of the WALLSTREETBETS and WSB marks, and trademark dilution ("Federal Trademark Claims"), *id*. ¶¶ 67–91, some of which are pending in the TTAB.

In support of his State Law Claims, admitting that he was using the subreddit for personal gain, Plaintiff alleges he lost the ability to make money when he lost his moderator privileges. *See id*. ¶ 58 ("Reddit's decision to ban [Plaintiff] as a WALLSTREETBETS moderator had an immediate financial effect on him."). Plaintiff also complains that this penalty was not the least severe penalty available and he did not consistently violate the Moderator Guidelines. *Id*. ¶ 39. Plaintiff also alleges Reddit is "engaged in a practice of asserting trademark rights in the brand names of subreddits which creators using the company's platform develop." *Id*. ¶ 114. He complains that Reddit did not disclose these "ownership rights," asserts that he relied upon Reddit's Terms about intellectual property in choosing to "build" his "brand" on Reddit, and claims he has been blocked from "controlling his brands." *Id*. ¶¶ 115–116.

Regarding the Federal Trademark Claims, the concurrent Motion to Stay sets out the detailed history. In sum, on March 24, 2020, more than eight years after starting r/wallstreetbets, Plaintiff filed a trademark application for the WALLSTREETBETS mark. *Id.* ¶¶ 35, 55. As the provider of the technical tools that enable the existence of the Reddit platform and its subreddits, Reddit filed its own applications for this mark and opposed Plaintiff's application before the TTAB, and petitioned to cancel the registration of the WSB mark. *Id.* ¶ 56. Reddit did this to prevent consumer confusion and the impairment of goodwill in the subreddit, and to protect the existence of the subreddit and its members' collective contributions from a single individual using it for his own gain. The TTAB litigation has been ongoing since August 18, 2020.

## III.   LEGAL STANDARD

"To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (cleaned up). "Factual allegations must be enough to raise a right to relief above the speculative level." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 545 (2007). The Court need not

1  "accept as true allegations that are merely conclusory, unwarranted deductions of fact, or

2  unreasonable inferences." *Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001)

3  (citation omitted). Claims of fraud "must state with particularity the circumstances constituting

4  fraud." Fed. R. Civ. P. 9(b); *Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1124 (9th Cir. 2009).

5  **IV.    ARGUMENT**

6         Plaintiff has not alleged any viable claim against Reddit. His State Law Claims target

7  Reddit's conduct in deciding which content appears on the site, and which users are entrusted

8  with moderation privileges. The CDA and the First Amendment protect this conduct, and Plaintiff

9  has not otherwise pled the elements of these claims. His Federal Trademark Claims should be

10  stayed as set out in the concurrent Motion to Stay, or simply dismissed for failure to state a claim.

11         **A.    The Court should dismiss Plaintiff's State Law Claims.**

12                **1.    Section 230(c)(1) of the CDA bars Plaintiff's State Law Claims.**

13         Plaintiff's State Law Claims are barred by Section 230 of the CDA. Section 230(c)(1) of

14  the CDA says that "[n]o provider or user of an interactive computer service shall be treated as the

15  publisher or speaker of any information provided by another information content provider." 47

16  U.S.C. § 230(c)(1). In other words, online platforms like Reddit may not be held liable when they

17  exercise traditional editorial functions, such as whether to "publish, withdraw, postpone, or alter

18  content." *Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1102 (9th Cir. 2009), *as amended* (Sept. 28,

19  2009). Courts apply this immunity broadly "to protect websites not merely from ultimate liability,

20  but from having to fight costly and protracted legal battles." *Fair Hous. Council of San Fernando*

21  *Valley v. Roommates.Com, LLC*, 521 F.3d 1157, 1175 (9th Cir. 2008).

22         CDA immunity applies if (1) the defendant provides an "interactive computer service," (2)

23  plaintiff's claim treats the defendant as the "publisher" or "speaker" of the offending content, and

24  (3) the content was "provided by another information content provider." *Barnes*, 570 F.3d at

25  1100–01. Immunity applies so long as these three requirements are met and the cause of action is

26  not exempt from the CDA. *See* 47 U.S.C. § 230(e)(1)–(5). [3] The three-part test is easily met here.

27

28
_____
[3] Here, only the Federal Trademark Claims fall outside CDA immunity. 47 U.S.C. § 230(e)(2).

### a.      Reddit is an interactive computer service.

First, Reddit provides an interactive computer service, which is "any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server." 47 U.S.C. § 230(f)(2).[4] Reddit is an Internet-based service that allows users, including Plaintiff, to post and find online content, send communications, and create subreddits on its platform, among other things. Compl. ¶ 19; *see, e.g., Does 1-6 v. Reddit, Inc.*, 51 F.4th 1137, 1141 (9th Cir. 2022) (finding Reddit is an interactive computer service).

### b.      Plaintiff's claims treat Reddit as a publisher.

Second, the State Law Claims seek to hold Reddit liable for publisher conduct, that is, decisions about what types of content and which users are permitted on the site. Here, Plaintiff's core complaint is that he lost the ability to control the content on r/wallstreetbets because Reddit removed his moderator privileges. Reddit's decision, therefore, is necessarily about what content appears on its platform, who gets to have accounts on its service, and the conditions under which accounts and content may appear on its platform, all of which are publisher conduct. *See Green v. Am. Online (AOL)*, 318 F.3d 465, 471 (3d Cir. 2003) (the CDA bars claims "relating to the monitoring, screening, and deletion of content from [a covered service]—actions quintessentially related to a publisher's role"); *Lewis v. Google LLC*, 461 F. Supp. 3d 938, 954-55 (N.D. Cal. 2020) (decisions about whether to allow an account holder to monetize their content is publisher conduct); *Fields v. Twitter, Inc.*, No. 16-CV-00213-WHO, 2016 WL 4205687, at *4 (N.D. Cal. Aug 10, 2016) (decisions about account provision are publisher conduct).

Plaintiff's breach of contract, breach of the implied covenant of good faith and fair dealing, and UCL claims all target Reddit's decisions to temporarily suspend his account and permanently remove his moderator privileges consistent with Reddit's rules and the community's wishes. *See* Compl. ¶ 103 ("Reddit breached its contract with [Plaintiff] by suspending him as a moderator . . . [and] for not reinstating [Plaintiff] as a moderator . . . ."); *id.* ¶ 110 ("Reddit

---

[4] An "access software provider" is "a provider of software (including client or server software), or enabling tools that do any one or more of the following: [] filter, screen, allow, or disallow content; [] pick, choose, analyze, or digest content; or [] transmit, receive, display, forward, cache, search, subset, organize, reorganize, or translate content." *Id.* § 230(f)(3), (4).

violated its duty of good faith and fair dealing by … suspending [his] ability to moderate … and by not reinstating [his] account"); *id.* ¶ 117 (alleging under the UCL claim that the "blocking" of Plaintiff from the Reddit platform kept him "from controlling his brands"). Plaintiff's right of publicity claim challenges the same, and also Reddit's decisions to leave certain content on r/wallstreetbets that he claims is objectionable. *See id.* ¶¶ 23, 56, 61, 117 (alleging that Plaintiff could "control" the community as a moderator); *id.* ¶ 95 (alleging that r/wallstreetbets "includes content and links to content to which [Plaintiff] objects and which harm his reputation").

"[W]hat matters is not the name of the cause of action—[but] whether the cause of action inherently requires the court to treat the defendant as the publisher or speaker of the content provided." *Barnes*, 570 F.3d at 1101–02. Here, Plaintiff wants to control the content on r/wallstreetbets, promote his content, remove others' content, and monetize it. He cannot because Reddit decided that the content should be created, moderated, or removed in a different way (i.e., in accordance with the community's standards and Reddit's site-wide rules), and should not be monetized. This is publisher conduct immunized by the CDA. *See, e.g., Green*, 318 F.3d 465 at 471; *Lewis*, 461 F.Supp.3d at 954-55; *Fields*, 2016 WL 4205687, at *4, 6–7; *see also Rangel v. Dorsey*, No. 21-cv-08062-CRB, 2022 WL 2820107, at *3 (N.D. Cal. July 19, 2022) (a "decision to exclude [plaintiff's] content and suspend [their] account" is a "traditional publishing function").

Plaintiff's allegations that Reddit breached its Terms do not change this. Compl. ¶¶ 103, 105. In *Dehen v. Does 1-100,* the plaintiff alleged that Twitter was not entitled to CDA immunity because it breached its terms when it failed to remove an account at plaintiff's request. No. 17-CV-198-LAB, 2018 WL 4502336, at *1 (S.D. Cal. Sept. 19, 2018). The *Dehen* court found that plaintiff was essentially requesting that Twitter remove content (an account that plaintiff found offensive); that Twitter's terms disclaimed any obligation to remove content; and that plaintiff alleged no specific promise to do so. *Id.* at *3–4. This "decision to remove the content," the court concluded, "is publisher conduct that satisfies the second prong of the CDA." *Id.* at *4. Similarly, in *Cross v. Facebook, Inc.,* the court found that the plaintiff's allegations did not establish that Facebook had made an "express promise" "to take specific action to remove content" because its

terms expressly gave it "discretion to remove content." 14 Cal. App. 5th 190, 203–04 (2017). Thus, the court dismissed the contract and tort causes of action as barred by the CDA. *Id.* at 203–04, 206–07. *See also Prager Univ. v. Google LLC*, 85 Cal. App. 5th 1022, 1037 (2022) (holding that plaintiff's "contractual theories are barred [by the CDA] because they are irreconcilable with the express terms of the integrated agreements" and plaintiff failed to identify an enforceable promise that was breached).

Similarly, Plaintiff's claims of arbitrary, unfair, and "bad faith" enforcement do not impact CDA immunity. Compl. ¶¶ 43–44. In *King v. Facebook, Inc.*, the plaintiff asserted breach of contract, breach of the covenant and good faith and fair dealing, and UCL claims against Facebook, claiming that Facebook violated its terms "in removing his posts and suspending his account[]" and that the terms were enforced arbitrarily, in "bad faith," and to "crush all competition." No. 19-CV-01987-WHO, 2019 WL 4221768, at *1–3 (N.D. Cal. Sept. 5, 2019). The district court found that plaintiff's claims were based on publisher conduct. *Id.* at *4, *aff'd*, 845 F. App'x 691, 692 (9th Cir. 2021); *see also Yuksel v. Twitter, Inc.*, 22-CV-05415-TSH, 2022 WL 16748612, at *1 (N.D. Cal. Nov. 7, 2022) (CDA immunity applied to a permanent account suspension even "without any specific reason despite [plaintiff's] appeal several times").

Here, as in *Dehen*, *Cross*, and *King*, Reddit exercised its discretion to remove (or not) content from its platform, and Plaintiff has not identified any obligation that Reddit breached. *See* Section IV.A.3.(a), *infra*. To the contrary, Reddit may suspend an account holder or remove moderator privileges at its sole discretion. *See* Schwartz Decl., Ex. B §§ 4, 7. Despite Plaintiff's attempts to make it seem otherwise, his State Law Claims challenge protected publisher activity.

### c. Another information content provider posted the content.

Third, the content underlying the State Law Claims was posted by another information content provider, not by Reddit. *Sikhs for Justice "SFJ," Inc. v. Facebook, Inc.*, 144 F. Supp. 3d 1088, 1094 (N.D. Cal. 2015) ("[T]hird-party content" is "content created entirely by individuals . . . other than the interactive computer service provider.") (citation omitted). Specifically, Plaintiff's own content led to his temporary suspension and loss of his moderator privileges. Compl. ¶ 33 ("Mr. Rogozinski included a link to purchase his book on Amazon on the

WALLSTREETBETS side bar"); *id.* ¶ 34 ("Mr. Rogozinski announced a WALLSTREETBETS-branded e-sports competition."). And after his loss of privileges, third parties (not Reddit) posted the content on r/wallstreetbets that Plaintiff claims "harm[s] his reputation." *Id.* ¶ 95 ("The r/WallStreetBets subreddit includes content and links to content to which Mr. Rogozinski objects and which harm his reputation.").

In sum, all three requirements for CDA immunity are met, and Plaintiff's State Law Claims should therefore be dismissed with prejudice. *See, e.g.*, *Frenken v. Hunter*, No. 17-CV-02667-HSG, 2018 WL 1964893, at \*4 (N.D. Cal. Apr. 26, 2018) (dismissing complaint against Twitter without leave to amend because the CDA barred the claims).

**2.      Plaintiff's claims are also barred by the First Amendment.**

The First Amendment also bars Plaintiff's State Law Claims. It protects the "exercise of editorial control and judgment," *Mia. Herald Publ'g Co. v. Tornillo*, 418 U.S. 241, 258 (1974), including "social-media platforms' content moderation decisions." *NetChoice, LLC v. Att'y Gen., Fla.*, 34 F.4th 1196, 1212 (11th Cir. 2022). Private entities therefore have a First Amendment right to "exercise editorial control over speech and speakers," *Manhattan Comm. Access Corp. v. Halleck*, 139 S. Ct. 1921, 1932 (2019), including "what content to include, exclude, moderate, filter, label, restrict, or promote." *O'Handley v. Padilla*, 579 F. Supp. 3d 1163, 1186–87 (N.D. Cal. 2022); *La Tiejira v. Facebook, Inc.*, 272 F. Supp. 3d 981, 991 (S.D. Tex. 2017) (same).

In *O'Handley*, the plaintiff posted on Twitter after the 2020 U.S. Presidential election and the 2021 U.S. Capitol insurrection. *See* 579 F. Supp. 3d at 1175–76. Twitter determined that the plaintiff's content violated its policies and suspended the account. *Id.* at 1172, 1176. The court held that Twitter's content moderation decisions, including the user's account suspension, were protected under the First Amendment. *Id.* at 1188. Here, as in *O'Handley*, Plaintiff's claims would impermissibly override or impose liability for Reddit's exercise of its First Amendment rights, including deciding which users can contribute content or have moderator privileges. *See, e.g.*, *Jian Zhang v. Baidu.com Inc.*, 10 F. Supp. 3d 433, 435 (S.D.N.Y. 2014) ("[A]llowing Plaintiffs to sue [an online search engine] for what are in essence editorial judgments . . . would run afoul of the First Amendment."); *Langdon v. Google, Inc.*, 474 F. Supp. 2d 622, 629–30 (D.

Del. 2007) (dismissing claims seeking to hold Google liable for declining to publish plaintiff's speech because "Plaintiff seeks relief precluded by [Google's] First Amendment rights"). The State Law Claims must be dismissed with prejudice for this reason as well.

### 3. Even if Plaintiff could overcome the CDA and First Amendment, his State Law Claims fail as a matter of law.

#### a. Plaintiff's breach of contract claim fails.

Plaintiff claims that Reddit breached the Terms and the Moderator Guideline's "policy of progressive [discipline]" by (1) suspending him as a moderator and (2) failing to reinstate him as a moderator after the seven-day suspension of his account. Compl. ¶ 103. No provision in either document requires progressive discipline or reinstating moderator privileges, and the absence of an express provision on point mandates dismissal. *Worldwide Media, Inc. v. Twitter, Inc.*, No. 17-cv-07335-VKD, 2018 WL 5304852, *4 (N.D. Cal. Oct. 24, 2018) (citation omitted). Indeed, in the relevant documents, Reddit "reserve[s] the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms." Schwartz Decl., Ex. B § 7. And Reddit may, in its "sole discretion, delete or remove Your Content at any time and for any reason, including for violating these Terms . . . ." *Id.*, Ex. B § 4. Plaintiff's claims that certain excerpts favor him, but the full provisions enshrine Reddit's discretion:

- "Moderators don't have any special powers outside of the community they moderate and are not Reddit employees. They're free to run their communities as they choose, as long as they don't break the rules outlined in Reddit's <u>Content Policy</u> or <u>Moderator Code of Conduct</u>."

- "Reddit may, at its discretion, intervene to take control of a community when it believes it is in the best interest of the community or the website. This should happen rarely (e.g., a top moderator abandons a thriving community), but when it does, our goal is to keep the platform alive and vibrant, as well as to ensure your community can reach people interested in that community."

- "Reddit may step in with actions to heal the issues - sometimes pure education of the moderator will do, but these actions could potentially include dropping you down the moderator list, removing moderator status, prevention of future moderation rights, as well as account deletion. We hope permanent actions will never become necessary."

Compl. ¶¶ 38, 39; Schwartz Decl., Exs. A, C. Ultimately, none of these provisions provide any basis for Plaintiff's claims. *See Caraccioli v. Facebook, Inc.,* 167 F. Supp. 3d 1056, 1064 (N.D. Cal. 2016) (dismissing contract claim based on provider terms that did "not create affirmative obligations") (citation omitted); *Joude v. WordPress Found.*, No. C 14-01656 LB, 2014 WL 3107441, at *5 (N.D. Cal. July 3, 2014) ("A plaintiff cannot predicate a breach of contract claim on a defendant's terms of service where those terms did not commit the defendant to performing any particular action.").[5]

Misreading the April 7, 2020 notice Reddit sent him, Plaintiff asserts that his moderator position should have been reinstated after seven days. Compl. ¶ 40. But the notice clearly sets forth the basis for the temporary suspension and permanent removal of moderator privileges:

> Your account has been suspended from Reddit for attempting to monetize a community. **The suspension will last 7 day(s)**.
>
> We do not permit moderators to perform moderation actions in return for any form of compensation or favor from third parties, nor are moderators permitted to enter agreements with third parties on behalf of a subreddit. As a result, **you are no longer permitted to moderate communities on reddit with this or other accounts**.

*Id.* ¶ 36 (emphasis added). Plaintiff may disagree with Reddit's determination that he violated the Terms, but Reddit retains the sole discretion to make that determination. Schwartz Decl., Ex. B §§ 4, 7; *King*, 2019 WL 6493968, at *2 ("Also fatal to King's breach claim is that the Terms themselves provide that Facebook may for 'any reason' and in its 'sole discretion' remove content and suspend or block user accounts."). And Reddit cannot be liable for damages arising from the Terms or the service in any event. Schwartz Decl., Ex. B §§ 2, 12.[6]

Even if liability could attach for Reddit's conduct, Plaintiff's allegations concede that he violated the Terms. Schwartz Decl., Ex. B § 7. In January 2020, he included a link to purchase his

---

[5] Plaintiff also complains that Reddit failed to identify a policy violation because a Help Center page says moderators are "free to run their communities as they choose, as long as they don't break the rules outlined in Reddit's Content Policy or Moderator Code of Conduct." Compl. ¶ 38. Plaintiff does not allege that this language existed at the time of his suspension. Regardless, Plaintiff is still subject to the Terms, which were the basis for his suspension and removal.
[6] Plaintiff is also wrong that Reddit is a common carrier that cannot waive liability. It is not. *See Howard v. Am. Online Inc.*, 208 F.3d 741, 753 (9th Cir. 2000) (holding that common carriers "act as a mere conduit for information," and that "enhanced services" that allow the accessing or exchange of editable messages are not common carriers).

book on the r/wallstreetbets sidebar. Compl. ¶ 33. In March 2020, he started using the subreddit

and his moderator privileges to advertise an e-sports competition for stock trading run by a

company he owned (and that was unaffiliated with the r/wallstreetbets community), and

sponsored by a third-party. *Id.* ¶¶ 34, 43. Out of one side of his mouth, Plaintiff claims his

conduct was not in exchange for moderation, but complains out of the other side that losing his

moderator role has cost him "millions of dollars." *See id.* ¶ 58. By his own allegations, his

moderation actions must have been exchanged for a form of compensation.

In a last-ditch effort, Plaintiff alleges that the Terms should be construed against Reddit

because they are a contract of adhesion. *Id.* ¶¶ 42, 101. Regardless of the nature of the contract,

there is nothing to construe against Reddit because there is no ambiguity: the plain language of

the Terms allowed Reddit to take the action that it did. *See Neal v. State Farm Ins. Cos.*, 188 Cal.

App. 2d 690, 693–95 (1961) (finding questions of construction or interpretation of contract of

adhesion were unnecessary where provisions were "plain, precise and unambiguous").

### b.     Plaintiff's breach of the implied covenant claim fails.

Plaintiff's implied covenant of good faith and fair dealing fails because it is redundant of

his contract claim. *Careau & Co. v. Sec. Pac. Bus. Cred., Inc.*, 222 Cal. App. 3d 1371, 1395

(1990). Both rely entirely on purported damage from Reddit's suspension of Plaintiff's account

and removal of his moderator privileges. Compl. ¶¶ 100, 103, 110. Further, imposing a duty upon

Reddit to reinstate Plaintiff as a moderator would be improper because (even leaving aside the

CDA and First Amendment) it would contravene the Terms. *See, e.g., Ebeid v. Facebook, Inc.*,

No. 18-cv-07030-PJH, 2019 WL 2059662, at *8 (N.D. Cal. May 9, 2019) (breach of the implied

covenant of good faith and fair dealing failed because the provider had contractual right to

remove any post at its sole discretion); *Carma Devs. (Cal.), Inc. v. Marathon Dev. Cal., Inc.*, 2

Cal. 4th 342, 374 (1992) ("[I]mplied terms should never be read to vary express terms."). Again,

Reddit retains the discretion to decide whether Plaintiff may be a moderator, and it cannot be

liable to Plaintiff for damages based on its actions. Schwartz Decl., Ex. B §§ 2, 4, 7, 12.

Lastly, to the extent Plaintiff is seeking tort recovery under this theory, that "is available

only in limited circumstances, generally involving a special relationship between the contracting

parties, such as the relationship between an insured and its insurer." *Bionghi v. Metro. Water Dist. of So. Cal.*, 70 Cal. App. 4th 1358, 1370 (1999). There is no such "special relationship" here with "fiduciary characteristics," and Plaintiff does not allege otherwise. *See Pension Tr. Fund for Operating Eng'g v. Fed. Ins. Co.*, 307 F.3d 944, 955 (9th Cir. 2002).

### c.       Plaintiff's right of publicity claim fails.

#### (i)       The statute of limitations has run.

Plaintiff's common law right of publicity claim is barred by the two-year statute of limitations. *Yeager v. Bowlin*, 693 F.3d 1076, 1081 (9th Cir. 2012). Accrual begins "upon the first publication of the communication" and this "rule applies to the internet." *Id.* at 1081–82. Here, the publication in question is Reddit operating r/wallstreetbets without Plaintiff as a moderator. *See* Compl. ¶ 94 (alleging violation of common law right of publicity by "operating the r/WallStreetBets subreddit on the company's website"). Plaintiff became aware he would no longer moderate on r/wallstreetbets on April 7, 2020. *Id.* ¶ 36. Thus, Plaintiff's claim accrued on that date, but he did not file suit until February 15, 2023, nearly three years later.

#### (ii)      Reddit did not use Plaintiff's identity.

Even if timely, Plaintiff has not shown that Reddit used his identity. *Id.* ¶ 95. A right of publicity violation occurs only if a person's name or likeness (including an object) is used without their consent. *Downing v. Abercrombie & Fitch*, 265 F.3d 994, 1001 (9th Cir. 2001) (citing *Eastwood v. Superior Court*, 149 Cal. App. 3d 409, 416 (1983)). Use of the person's name or likeness should be "immediately recognizable." *Robinson v. HSBC Bank USA*, 732 F. Supp. 2d 976, 984 (N.D. Cal. 2010); *see also Motschenbacher v. R. J. Reynolds Tobacco Co.*, 498 F.2d 821, 825–27 (9th Cir. 1974). In *Robinson*, the plaintiffs alleged a right of publicity violation when an advertisement featured their Victorian style home. *Id.* at 980, 984. The court held that even if the plaintiffs were "*known* as the owners of the home by neighbors and realtors, [it] does not mean that *plaintiffs'* identities were appropriated . . . ." *Id.* at 984 (emphasis in original). The plaintiffs therefore failed to allege that the home, which they did not construct or design, was part of their identity. *Id.* They were "simply the owner and occupants of a very distinctive building."

*Id.* at 984 n.2. Indeed, "if plaintiffs sold the property and moved out, the property would still retain its notoriety, but the property would no longer be identified with the plaintiffs." *Id.*

Here, as in *Robinson*, Plaintiff has not shown that r/wallstreetbets is part of his identity. Plaintiff may be known to some as the founder of r/wallstreetbets and a former moderator, *see* Compl. ¶¶ 22–28, 59, 60, but he is not immediately recognizable from it. Rather, it is the community as a whole (because of the individual contributions of its millions of members) that has gained some prominence. *See id.* ¶¶ 22–29. And Plaintiff did not construct or design r/wallstreetbets; he signed up for Reddit and used its existing tools to start the subreddit, which was built through the individual contributions of all of its members.[7] Moreover, Plaintiff's allegation that media appearances made him "further connected to the WALLSTREETBETS brand in the mind of tens of millions of people, adding onto an already established association between himself and the brand," *id.* ¶ 60, is unsupported by facts. And regardless, even if some people did know Plaintiff as the founder of the subreddit by virtue of his media appearances, that does not mean the subreddit is part of his legally protected identity.

Indeed, Plaintiff confirms that media attention has focused on the entire subreddit and the contributions of all the community members, not on Plaintiff himself. *Id.* ¶ 25 (quoting *Money* magazine saying that "'WSB,' shorthand for WALLSTREETBETS, 'is ***best known as a place where users announce their bets on the market*** . . . ."(emphasis added); *id.* ¶ 26 (quote from CNBC: "/r/Wallstreetbets is like a scrappier, more foul-mouthed version of the startup community . . . ."); *id.* ¶ 27 (article title from Bloomberg Business Week: "A band of Reddit users is hijacking stocks and defying even the coronavirus sell-off."). And even where Plaintiff alleges that he sold the rights to his life story, this was only to dramatize "***his role*** in the WallStreetBets saga," not anything more than that. *Id.* ¶ 60 (emphasis added).[8]

---

[7] In a similar situation, as discussed *infra* at Section IV.B.1, the TTAB held that a trademark applicant could not rely on their activity on a social media platform to argue that they had "creat[ed] an on-line community." *See In Re Florists' Transworld Delivery, Inc.*, 119 U.S.P.Q. 2d 1056, *5 (T.T.A.B. 2016).

[8] Plaintiff also argues that "the WALLSTREETBETS and WSB trademarks have become identified with Mr. Rogozinski." Compl. ¶ 93. But "[t]rademarks and publicity rights are different forms of intellectual property . . . subject to different standards." *Milton H. Greene Archives, Inc. v. CMG Worldwide, Inc.*, No. CV-05-02200-MMM (MCx), 2009 WL 10669361, at *14 (C.D.

-15-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### (iii)    The First Amendment protects transformative use.

Even if Plaintiff's identity were used (which it was not), Plaintiff's right of publicity claim would still fail under the First Amendment. "[W]hen a work contains significant transformative elements" it is "especially worthy of First Amendment protection[.]" *Comedy III Prods., Inc. v. Gary Saderup, Inc.*, 25 Cal. 4th 387, 405 (2001). The transformative use test "square[s] the right of publicity with the First Amendment." *Id.* at 404. Of the factors that courts rely on for transformative use, the one relevant here is "whether the marketability and economic value of the challenged work derive primarily from the fame of the celebrity depicted." *In re NCAA Student-Athlete Name & Likeness Lic. Litig.*, 724 F.3d 1268, 1273–74 (9th Cir. 2013).

In *Ross v. Roberts*, the court determined that a rapper's use of the name "Rick Ross" was protected by the First Amendment. 222 Cal. App. 4th 677, 688 (2013). There, plaintiff Ricky D. Ross achieved notoriety as a drug trafficking cocaine kingpin, and defendant was a rapper who "chose to use the name Rick Ross," and "rap[] about trafficking in cocaine and brag[] about his wealth." *Id.* at 681, 687. The court dismissed plaintiff's claims because "[i]t defies credibility to suggest that [defendant] gained success primarily from appropriation of plaintiff's name and identity, instead of from the music and professional persona that he . . . created." *Id.* at 688.

Here, Plaintiff invokes his right of publicity because the community has continued to flourish on Reddit. Compl. ¶ 94. But the success of r/wallstreetbets is based on the growth of the community, the contributions of its members, and their exchange of information "about trading ideas, the Federal Reserve, and particular stocks[,]" *id.* ¶ 21, not because of any appropriation of Plaintiff's name or identity. As such, "the marketability and economic value of the challenged work" do not derive "primarily from the [purported] fame of the celebrity," *In re NCAA*, 724 F.3d at 1273–74, not any purported "literal depictions" of Plaintiff. *Ross*, 222 Cal. App. 4th at 689.

---

Cal. Mar. 25, 2009) (collecting cases). Whether Plaintiff's persona, as protected by the right of publicity, has been misappropriated is distinct from trademark interests. *See, e.g.*, *Nova Wines, Inc., v. Alder Fels Winery LLC*, 467 F. Supp. 2d 965, 976–77 (N.D. Cal. 2006) (holding that a trademark does not protect all uses of the image of a celebrity, whereas a right of publicity may).

-16-

1

**d.      Plaintiff's Unfair Competition Law claim fails.**

2

Plaintiff brings a claim under the unfair and fraudulent prongs of the UCL, asserting that

3

Reddit's efforts to protect the contributions of the r/wallstreetbets community via the trademark

4

proceeding amounted to an unfair or deceptive practice.  But he has failed to state a claim under

5

either theory, including because he lacks standing. Compl. ¶ 119.[9]

6

**(i)      Plaintiff lacks standing to bring a UCL claim.**

7

Plaintiff lacks standing to bring a UCL claim, as he has not suffered an "injury in fact" or

8

"lost money or property as a result of the unfair competition." *Mai v. Supercell Oy*, No. 20-CV-

9

05573-EJD, 2023 WL 25713, at *2 (N.D. Cal. Jan. 3, 2023) (citation and quotation marks

10

omitted). Plaintiff alleges only lost profits, contracts, business opportunities, and moderation

11

privileges on Reddit's platform. Compl. ¶ 118. But "[l]ost business opportunities, lost anticipated

12

profits, or injury to goodwill" are not a recoverable "loss of money or property." *Dyson, Inc. v.*

13

*Garry Vacuum, LLC*, No. CV10-01626-MMM (VBKx), 2010 WL 11595882, at *8 (C.D. Cal.

14

July 19, 2010). Plaintiff also has not demonstrated that any purported losses were the result of

15

Reddit's practices. *See Kwikset Corp. v. Superior Ct.*, 51 Cal. 4th 310, 326 (2011).

16

Moreover, as to his requests for injunctive relief, Plaintiff has not demonstrated "a real

17

and immediate threat of repeated injury in the future." *Nacarino v. KSF Acquisition Corp.*, No.

18

22-CV-04021-MMC, 2022 WL 17178688, at *2 (N.D. Cal. Nov. 23, 2022) (internal quotation

19

marks omitted). If Plaintiff wants in the future to establish a new forum, he has been and is aware

20

of Reddit's Terms and practices, and can choose another place to do so. *See Nacarino*, 2022 WL

21

17178688, at *3 (Plaintiff lacked standing to pursue injunctive relief under the UCL where he

22

could, "going forward, . . . evaluate product claims and make appropriate purchasing decisions")

23

(internal quotations omitted). Further, theoretical actions by unknown subreddit moderators in the

24

future are not "real or immediate" threats because they are not "certainly impending." *See id.* at

25

26

27

28

---

[9] Plaintiff does not purport to bring a claim under the "unlawful" prong and therefore cannot rely upon it. *See Nuvo Research Inc. v. McGrath*, No. C11-4006 SBA, 2012 WL 1965870, at *6 (N.D. Cal. May 31, 2012) (failure to identify a specific prong deprives a defendant of notice of a claim).

*2–3 (explaining "allegations of <u>possible</u> future injury" are insufficient) (emphasis in original) (internal citation omitted). Accordingly, Plaintiff does not have standing under the UCL.

### (ii)    Reddit has not engaged in any unfair conduct.

Plaintiff also fails to state a claim that Reddit engaged in any unfair business practice. He has not plausibly alleged that Reddit's trademark practices are "immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers," or that their utility weighs unfavorably against the harm to customers. *See Drum v. San Fernando Valley Bar Ass'n*, 182 Cal. App. 4th 247, 256–57 (2010). Reddit is merely asserting trademark rights to protect the interests of the subreddit community as a whole. Plaintiff can and is disputing those rights before the TTAB. Also, as discussed above in Section VI.A.3.(a), Reddit properly removed Plaintiff as a moderator pursuant to its Terms, which refutes any claim of unfairness.[10]

### (iii)    Reddit has not engaged in fraudulent conduct.

Finally, Plaintiff has failed to allege fraudulent conduct, much less with particularity as Rule 9(b) requires. The "reasonable consumer" test governs claims of misleading representations and asks whether "members of the public are likely to be deceived." *Williams v. Gerber Prods. Co.*, 552 F.3d 934, 938 (9th Cir. 2008). Plaintiff alleges that Reddit did not "disclose that the company has ownership rights over brands brought to it by content creators," and that Reddit misrepresents that it "respects the intellectual property rights of others." Compl. ¶¶ 115.  But Plaintiff does not identify any obligation for Reddit to disclose its trademarking practices, and the statement about intellectual property that Plaintiff relies upon is not specific and measurable. *Vitt v. Apple Computer, Inc.*, 469 Fed. Appx. 605, 607 (9th Cir. 2012) (internal quotation marks omitted); *In re Apple Inc. Device Performance Litig.*, No. 18-MD-02827-EJD, 2018 WL 4772311, at *15 (N.D. Cal. Oct. 1, 2018) (citation omitted). A company's trademark practices are

---

[10] Similarly, Plaintiff's claim under the unfair prong fails under other tests adopted by the Courts. *Id.* (applying test under Section 5 of the FTC Act, 15 U.S.C. § 45(n)). Moreover, Plaintiff has not alleged any violation of a public policy "tethered" to a specific constitutional, statutory, or regulatory provisions. *Hadley v. Kellog-Sales Co.*, 243 F. Supp. 3d 1074, 1104 (citing *Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*, 20 Cal. 4th 163, 186 (1999)).

typically not public and are often confidential, and no reasonable consumer would be misled by the Terms because they do not discuss trademark rights (as Plaintiff notes). Compl. ¶¶ 48–49.[11]

Additionally, Plaintiff alleges that he relied upon the Terms to "engage[] Reddit to use the platform on which to build" the subreddit, *id.* ¶ 116, but he has not specified which statements in the Terms he "actually saw and relied upon" as required. *In re Arris Cable Modem Consumer Litig.*, No. 17-CV-01834-LHK, 2018 WL 288085, at *8 (N.D. Cal. Jan. 4, 2018).

**B.      If the Federal Trademark Claims are not stayed, they should be dismissed.**

Reddit moved concurrently to stay Plaintiff's Federal Trademark Claims in favor of a final resolution by the TTAB where the parties have been litigating for more than two years. But should the Court decline to stay the claims, they should be dismissed for failure to state a claim.

**1.      Plaintiff's activities on Reddit cannot provide a basis for his claimed trademark rights in the WALLSTREETBETS mark.**

A plaintiff must plausibly allege (1) ownership of a valid trademark and (2) that the defendant's use of its mark is likely to cause consumer confusion. *La Terra Fina USA, LLC v. TerraFina, L.L.C.*, No. 17-CV-03613 NC, 2017 WL 4284167, *2 (N.D. Cal. September 27, 2017). Trademark rights are based on bona fide use in commerce by the owner. 15 U.S.C. § 1127; *Social Techs. LLC v. Apple Inc.*, 4 F.4th 811, 816–17 (9th Cir. 2021). Most importantly, an infringement claim depends upon the plaintiff establishing rights senior to those of the accused infringer. *La Terra Fina USA*, 2017 WL 4284167, at *2. The only conduct supporting Plaintiff's trademark ownership, infringement, and dilution claims for WALLSTREETBETS is starting and contributing to r/wallstreetbets, but these activities cannot provide a basis for his trademark claims. This alone requires dismissal.

Plaintiff claims that (1) his activities on Reddit in connection with r/wallstreetbets conveyed trademark rights in the WALLSTREETBETS name and (2) Reddit has been infringing

---

[11] Section 4 of the Terms provides that users retain ownership rights in their content and grants Reddit a license to use that content. *See* Schwartz Decl. Ex. B, § 4. This provision does not address Reddit's right to trademark certain subreddit names to provide its services, protect a communities' interests, or preserve the goodwill in a subreddit. Plaintiff's reliance on the Terms conflates any ownership rights in his own content (which are expressly detailed in the Terms) with Reddit's right to pursue trademark protection (on which the Terms are silent).

his trademark rights by continuing to host r/wallstreetbets after his removal as moderator. Compl. ¶¶ 2, 5, 20–21, 23, 30–31, 75. Plaintiff's own application for the WALLSTREETBETS mark lists his first use date for Class 38 services[12] as January 31, 2012, the date when Plaintiff started r/wallstreetbets.[13] *Id.* ¶ 20. These allegations and Plaintiff's application for the WALLSTREETBETS mark indicate that Plaintiff's activities on Reddit are his only basis for his alleged trademark rights to the WALLSTREETBETS mark.

To support a trademark application, a specimen must demonstrate proper use in commerce by showing "the mark as used in the sale of the services, including use in the performance or rendering of the services, or in the advertising of the services." 37 C.F.R. § 2.56(b)(2). The USPTO's guidelines for trademark registrations state that account holders like Plaintiff "generally will not be able to rely on use of [their] social media account to support an application for registration of a mark for such service." *In re Florists' Transworld*, 119 U.S.P.Q.2d 1056, at *1; *see also* TMEP 5th § 1301.04(h)(iv)(C). This makes sense—while Plaintiff may have rights over content he contributed, Reddit provides the technical services that enable the existence on the platform (and is therefore best positioned to protect the interests and creativity of the community and *all* its members from an individual seeking to hijack the community for personal gain).

Thus, in *In re Florists' Transworld*, the USPTO and TTAB rejected the argument that a person can establish trademark rights in connection with "creating an online community" based on the use of a social media platform to develop users and followers. 119 U.S.P.Q.2d 1056, at *1. The applicant, who created the FTD Florists page on the Twitter platform, did not have trademark rights for "[c]reating an on-line community for registered users to participate in discussions, get feedback from peers, form communities, and engage in social networking featuring information

---

[12] Class 38 is for "[p]roviding an online forum for securities, options, futures, and financial instruments, including stock trading, bond trading, futures trading, options trading, forex trading, and/or commodities trading."

[13] This court can and should take judicial notice of the USPTO record for Plaintiff's trademark application for the WALLSTREETBETS mark. *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *see also Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1016, n.9 (9th Cir. 2012) ("[A] 'court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute.'") (citation omitted).

on flowers, floral products and gifts" based on their Twitter page. *Id*. at \*3. The applicant's acts of fostering dialogue, posting content, and spurring conversation did not confer trademark rights because the applicant did not "provide a platform by which its followers [could] create a profile, establish a homepage, and attract further followers." *Id*. The TTAB also rejected the applicant's argument that they had created a sub-community:

> We disagree with Applicant's contention that its mere presence on the Twitter platform amounts to the rendering of a separately registrable service. Applicant has not created a sub-community *forum*; to the extent that Applicant has carved out a smaller, online "community" of persons with an interest in flowers and related items, made up of its customers and prospective customers, Applicant has done nothing more than use the Twitter online community forum to engage in social-networking for its own benefit[.]

*Id*. at \*5. The same holds true here, but even more so because Reddit differs from Twitter. It is organized not around individual accounts, but communities that are created and moderated by Reddit users, all of whom contribute to them. *See* Compl. ¶19 (Reddit is "comprised of users and moderators . . . who volunteer their time to help guide and create Reddit's many communities."). Plaintiff signed up as a Reddit user and started the r/wallstreetbets subreddit using only Reddit's platform and tools. *Id*. ¶ 20. Just as in *In re Florists' Transworld*, he has not provided separately registrable "online community" services that created protectable trademark rights of his own.

In fact, Plaintiff's trademark application in Class 38 was initially refused based on the TMEP and the reasoning underlying *In re Florists' Transworld*. RJN, Ex. 3 (explaining that "[p]roviding [an] on-line forum" demonstrated Reddit's, not Plaintiff's, provision of services). In response, Plaintiff converted his application to an intent-to-use only, conceding that he was not using the WALLSTREETBETS mark in commerce and did not have trademark rights in it. *See Social Techs.*, 4 F.4th at 817 ("[T]rademark rights are not conveyed through mere intent to use a mark commercially.") (citations omitted). Plaintiff contradicts this position in his Complaint because it forecloses his claim of senior trademark rights in the WALLSTREETBETS mark.

In short, if the Court declines to stay these claims in favor of adjudication before the TTAB, it should dismiss with prejudice Plaintiff's First, Second, and Fourth Claims for Relief.[14]

---

[14] On the Fourth Claim, this applies to the tarnishment claim of the WALLSTREETBETS mark.

**2.      Plaintiff's trademark claims based on the WSB mark likewise fail.**

**a.      Reddit cannot infringe Plaintiff's junior rights.**

Plaintiff's claim for infringement of the WSB registration fails because Plaintiff does not have senior rights to the WSB mark. Plaintiff alleges that the infringing activity is the continued use of the WSB mark in the r/wallstreetbets subreddit after Plaintiff was removed as a moderator on April 7, 2020. Compl. ¶¶ 36–40, 81, 83. But Plaintiff's application for the WSB mark was not filed until January 12, 2022 (nearly two years after the start of the alleged infringing use), with a claimed first use date of April 15, 2021, and the registration did not issue until June 7, 2022. *See* RJN, Ex. 4. Thus, Reddit's purported use of WSB on the r/wallstreetbets subreddit could not infringe Plaintiff's WSB registration because the alleged use by Reddit predates any possible rights that Plaintiff has based on the WSB registration. *See La Terra Fina USA*, 2017 WL 4284167 at *2 ("[T]he standard test of ownership is priority of use"). By Plaintiff's own allegations, his trademark registration does not confer senior rights to the WSB mark, so the Third and Fourth Claims for Relief should be dismissed without leave to amend.[15]

**b.      Even if Plaintiff has sufficiently pled rights to the WSB mark, there is neither a use by Reddit nor a likelihood of confusion.**

To state a claim for trademark infringement, Plaintiff needs to plausibly allege that Reddit has used the WSB mark. 15 U.S.C. § 1114. But the Complaint only alleges that third parties have used it. Compl. ¶ 25 (quoting article in *Money* magazine), *id.* at ¶ 29 (quoting *Bloomberg Business week* article). This pleading failure alone requires dismissal.

But even if the basis for Plaintiff's WSB claim is that Reddit infringes the mark via a subreddit that displays the WALLSTREETBETS mark, this also fails because the Complaint does not allege a likelihood of confusion. *Id.* ¶ 81. Courts determine whether a likelihood of confusion exists by examining: (1) the strength of the allegedly infringed mark; (2) proximity of the goods; (3) similarity of the marks; (4) evidence of actual confusion; (5) marketing channels used; (6) type of goods, and the degree of care likely to be exercised by the purchaser; (7) defendant's intent in selecting the mark; and (8) likelihood of expansion of the product lines. *AMF Inc. v.*

---

[15] On the Fourth Claim, this applies to the tarnishment claim for the WSB mark.

1    *Sleekcraft Boats*, 599 F.2d 341, 348 (9th Cir. 1979) (citations omitted), *abrogated on other*

2    *grounds by Mattel, Inc. v. Walking Mountain Prods.*, 353 F.3d 792 (9th Cir. 2003).

3          Where the goods and services of a plaintiff and those of a defendant are wholly unrelated,

4    there can be no likelihood of confusion as a matter of law. *See, e.g.*, *Toho Co. v. Sears, Roebuck*

5    *& Co.*, 645 F.2d 788, 791 (9th Cir. 1981). Here, Plaintiff cannot establish that confusion is even

6    possible, let alone plausible, as he pleads no facts to allege even any type of his goods or services

7    on which the WSB mark appears. *See, e.g.*, *Hibbler v. Sewell*, No. C14-1969 MJP, 2015 WL

8    1599660, at *2 (W.D. Wash. Apr. 9, 2015). Because the Complaint lacks any allegations about

9    Plaintiff's goods or services, the second, fifth, sixth, and eighth *Sleekcraft* factors cannot even be

10   reasonably inferred to favor a likelihood of confusion. *See AMF, Inc. v. Sleekcraft Boats*, 599

11   F.2d 341, 348 (9th Cir. 1979).[16] On its own, Plaintiff's failure to allege the goods or services he

12   uses with the WSB mark further warrants dismissal.[17]

13                    **3.      Plaintiff has not alleged dilution by tarnishment.**

14         To plead a claim for federal trademark dilution by tarnishment, a plaintiff must allege: (1)

15   ownership of a famous and distinctive trademark; (2) that defendant began using the mark in

16   commerce after the mark became famous; and (3) that defendant's use of the mark is likely to

17   cause dilution by tarnishment. *Jada Toys, Inc. v. Mattel, Inc.*, 518 F.3d 628, 634 (9th Cir. 2008).

18         Here, Plaintiff has not alleged that either mark is famous. "[T]rademark dilution claims

19   are restricted to truly famous marks, such as Budweiser beer, Camel cigarettes, and Barbie dolls."

20   *Dahon N. Am., Inc. v. Hon*, No. 2:11-CV-05835-ODW (JCGx), 2012 WL 1413681, at *9 (C.D.

21   Cal. Apr. 24, 2012); *see also Fruit of the Loom, Inc. v. Girouard*, 994 F.2d 1359, 1362 (9th Cir.

22   1993) (noting TIFFANY, POLAROID, ROLLS ROYCE, KODAK, and CENTURY 21 as marks

23   found sufficiently famous). For a trademark to be "famous," it must be "widely recognized" by

24

25   _____

26   [16] The Complaint also does not allege any instances of actual confusion or that Reddit selected its accused mark with knowledge of the WSB mark. *Sleekcraft*, 599 F.2d at 348 (factors 4 and 7).

27   [17] The Complaint does not allege that Plaintiff has ever used WSB in connection with the r/wallstreetbets subreddit. But even if it did, Plaintiff's registration for WSB and Reddit's Petition to Cancel contradict such an allegation. *See* RJN, Exs. 4–5. Plaintiff obtained registration only for

28   services in Classes 35 and 36 and claimed a first use date of April 15, 2021, which post-dates when he was removed as moderator of the subreddit. *See id.*, Ex. 4.

the general consuming public of the United States. 15 U.S.C. § 1125(c)(2)(A); *Visa Int'l Serv. Ass'n v. JSL Corp.*, 610 F.3d 1088, 1089–90 (9th Cir. 2010). The bar is extraordinarily high:

> Dilution is . . . reserved for a select class of marks—those marks with such powerful consumer associations that even non-competing uses can impinge on their value. . . . To be "famous," as required for protection . . . a mark must be truly prominent and renowned, and may not be merely distinctive.

*Avery Dennison Corp. v. Sumpton*, 189 F.3d 868, 875 (9th Cir. 1999) (cleaned up). Although some media and celebrity attention, *see* Compl. ¶ 89, may demonstrate a rising awareness of the marks, they fall short of establishing that [they] are "mature and well-known" brands. *Aegis Software, Inc. v. 22nd Dist. Agric. Ass'n*, 255 F. Supp. 3d 1005, 1010 (S.D. Cal. 2017).

At best, Plaintiff has alleged that the subreddit began attracting media attention in late 2017, Compl. ¶ 26, and reached one million subscribers in early 2020. *Id.* at ¶¶ 22, 32. This does not come close to the fame reserved for the "select class" of marks protected against dilution, and falls well short of the level of alleged fame rejected in other cases. For example, in *ArcSoft, Inc. v. CyberLink Corp.*, plaintiff alleged 20 million U.S. downloads of its app, use by famous celebrities, and that the app had been recognized in the New York Times and the Washington Post, among other facts. These were insufficient. 153 F. Supp. 3d 1057 (N.D. Cal. 2015).[18] Plaintiff has not plausibly alleged fame, and his dilution claims should therefore be dismissed.

## V.   CONCLUSION

For the reasons above, the Court should dismiss the State Law Claims with prejudice, and, if they are not stayed, dismiss with prejudice the Federal Trademark Claims as well.

---

[18] At most, Plaintiff tries to allege insufficient "niche market" fame. *Aegis Software, Inc.*, 255 F. Supp. 3d at 1011 ("[T]he 'niche market' theory . . . was expressly repudiated by the [Trademark Dilution Revision Act of 2006], which explicitly states that "a mark is famous if it is widely recognized by the general consuming public of the United States."). While r/wallstreetbets became more well-known because of the community's involvement in the historic rise of the Gamestop stock price, this was *after* Plaintiff's removal as a moderator. RJN, Ex. 6.

-24-

1    April 10, 2023         **PERKINS COIE LLP**              **PRANGER LAW PC**

2                           By:  /s/ *Julie E. Schwartz*         By:  /s/ *Holly Pranger*
                                    Julie E. Schwartz                     Holly Pranger
3                                   Ryan T. Mrazik*
                                    Calvin Cohen
4                                   Torryn Rodgers
                                    *admitted *Pro Hac Vice*
5

6                           Attorneys for Defendant
                            REDDIT, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28