**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Ryan T. Mrazik (admitted *Pro Hac Vice*)
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Calvin Cohen, Bar No. 313420
CCohen@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 312.324.8400
Facsimile: 312.324.9400

Torryn Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

**PRANGER LAW PC**
Holly Pranger, Bar No. 215270
HPranger@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone: 415.885.9800
Facsimile: 415.885.1110

Attorneys for Defendant
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>REDDIT, INC.,<br><br>        Defendant. | Case No. 3:23-cv-00686-MMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT REDDIT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:    May 19, 2023<br>Time:    9:00 am<br>Judge:   Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Evidence 201(b)(2), Defendant Reddit, Inc. ("Reddit") requests that the Court take judicial notice of the documents attached hereto and referenced in the contemporaneously filed Motion to Dismiss:

**DOCUMENTS TO BE JUDICIALLY NOTICED**

**Exhibit 1**: A true and correct copy of a post and stickied comment on the r/wallstreetbets entitled "Ladies and Gentlemen. We Got Him," retrieved from and available at https://www.reddit.com/r/wallstreetbets/comments/fx5zwf/comment/fmsxpar/.

**Exhibit 2**: A true and correct copy of the r/wallstreetbets homepage showing user count as of April 7, 2023, retrieved from and available at https://www.reddit.com/r/wallstreetbets.

**Exhibit 3**: A true and correct copy of the USPTO Nonfinal Office Action regarding U.S. Trademark Application Serial No. 88845638, issued May 15, 2020.

**Exhibit 4**: A true and correct copy of Trademark Application for Serial Number 97214541, WSB, filed January 12, 2022, retrieved from and available at https://tsdr.uspto.gov/#caseNumber=97214541&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

**Exhibit 5**: A true and correct copy of Reddit's Petition to Cancel United States Trademark Registration No. 6754487 and filing receipt, filed before the TTAB in *Reddit, Inc. v. Rogozinski*, Petition to Cancel ESTTA Tracking No. ESTTA1277085.

**Exhibit 6**: A true and correct copy of a post on Reddit's r/blog subreddit entitled "Diamond Hands on the Data," retrieved from and available at https://www.reddit.com/r/blog/comments/ldgmfc/diamond_hands_on_the_data/.

**AUTHORITIES SUPPORTING JUDICIAL NOTICE**

The Court should take judicial notice of Exhibits 1–6. Exhibits 1–2 and 6 are true and correct copies of publicly available web pages on the Reddit platform, are not "subject to reasonable dispute," and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts routinely take judicial notice of publicly available web pages. *E.g.*, *Threshold Enterps. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) ("In general, websites and their contents may be judicially

noticed."); *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014) (taking judicial notice of the help page on a website).[1]

Judicial notice of Exhibits 3–5 is proper because they are publicly available court records, which are "properly the subject of judicial notice under Rule 201 of the Federal Rules of Evidence." *Poorsina v. Xiaosong Zhang*, No. 20-cv-09119-JCS, 2021 WL 1222520, at *5 (N.D. Cal. Mar. 31, 2021); *Greenlight Sys., LLC v. Breckenfelder*, No. 19-cv-06658-EMC, 2021 WL 2651377, *5 (N.D. Cal. June 28, 2021) (taking judicial notice of court documents pursuant to Rule 201(b)(2) because "they are not in dispute, nor is there doubt of their accuracy"). These exhibits may be judicially noticed here because the Trademark Trial and Appeal Board proceedings "have a direct relation to matters at issue" in this case. *Reyes-Aguilar v. Bank of America*, N.A., No. 13-cv-05764-JCS, 2014 WL 2917049, at *4 (N.D. Cal. June 24, 2014); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (judicial notice proper to "determine what issues were actually litigated" in another proceeding).

## CONCLUSION

For the foregoing reasons, Reddit respectfully requests that the Court grant this Request for Judicial Notice and consider Exhibits 1 through 6 in adjudicating its Motion to Dismiss.

April 10, 2023       **PERKINS COIE LLP**              **PRANGER LAW PC**

By: */s/ Julie E. Schwartz*           By: */s/ Holly Pranger*
    Julie E. Schwartz                     Holly Pranger
    Ryan T. Mrazik*
    Calvin Cohen
    Torryn Rodgers
    *admitted *Pro Hac Vice*

Attorneys for Defendant
REDDIT, INC.

---

[1] If the Court does not incorporate by reference the three exhibits attached to the Declaration of Julie E. Schwartz in support of Reddit's Motion to Dismiss ("Schwartz Decl."), then Reddit requests that the Court take judicial notice of them. Exhibits A–C to the Schwartz Decl. are true and correct copies of publicly available web pages on the Reddit platform, are not "subject to reasonable dispute," and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).