**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Ryan T. Mrazik (admitted *Pro Hac Vice*)
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Calvin Cohen, Bar No. 313420
CCohen@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 312.324.8400
Facsimile:  312.324.9400

Torryn Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

**PRANGER LAW PC**
Holly Pranger, Bar No. 215270
HPranger@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone: 415.885.9800
Facsimile:  415.885.1110

Attorneys for Defendant
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>             Plaintiff,<br><br>     v.<br><br>REDDIT, INC.,<br><br>             Defendant. | Case No. 3:23-cv-00686-MMC<br><br>**DEFENDANT REDDIT, INC.'S NOTICE OF MOTION, MOTION TO STAY CLAIMS AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    May 19, 2023<br>Time:   9:00 am<br>Judge:  Hon. Maxine M. Chesney |

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on May 19, 2023, at 9:00 am, or as soon as the matter may |
| 3 | be heard in Courtroom 7 of the United States District Court for the Northern District of |
| 4 | California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant |
| 5 | Reddit, Inc. will and hereby does move the Court to stay certain claims in this action. |
| 6 | Reddit requests that the Court exercise its inherent authority to manage its docket to stay |
| 7 | Counts I (declaratory judgment for ownership of WALLSTREETBETS trademark), II |
| 8 | (infringement of WALLSTREETBETS trademark), III (infringement of WSB trademark), and IV |
| 9 | (trademark dilution by tarnishment) of the Complaint until the Trademark Trial and Appeals |
| 10 | Board issues its final decisions in *Reddit v. Rogozinski*, Opposition Proceeding No. 91264289, |
| 11 | and *Reddit v. Rogozinski*, Petition to Cancel ESTTA Tracking No. ESTTA1277085. |
| 12 | This motion is based on this Notice of Motion and Motion; the accompanying |
| 13 | Memorandum of Points and Authorities; the Declaration of Holly Pranger; the pleadings filed in |
| 14 | this action; and such other arguments and matters as may be offered at the time of the hearing on |
| 15 | this motion. |

April 10, 2023

**PERKINS COIE LLP**

By: /s/ *Julie E. Schwartz*
Julie E. Schwartz
Ryan T. Mrazik*
Calvin Cohen
Torryn Rodgers
*admitted *Pro Hac Vice*

Attorneys for Defendant
REDDIT, INC.

**PRANGER LAW PC**

By: /s/ *Holly Pranger*
Holly Pranger

TABLE OF CONTENTS

| | | | Page |
|---|---|---|---|
| I. | INTRODUCTION | | 1 |
| II. | FACTUAL BACKGROUND | | 2 |
| | A. | Plaintiff's trademark-specific allegations and the TTAB proceedings. | 2 |
| | | 1. Plaintiff files his application for the mark WALLSTREETBETS, is refused, and amends to assert only an unverified intent to use. | 2 |
| | | 2. Reddit's applications for the mark WALLSTREETBETS and use in commerce. | 2 |
| | | 3. Reddit opposes Plaintiff's Application on multiple grounds and the parties embark upon more than two years of litigation in the TTAB. | 3 |
| | | 4. Reddit petitions to cancel Plaintiff's WSB registration. | 4 |
| | B. | The Federal Trademark Claims asserted in this Court. | 5 |
| III. | LEGAL STANDARD | | 5 |
| IV. | ARGUMENT | | 6 |
| | A. | A stay will promote the orderly course of justice and simplify the factual and legal issues underlying the Federal Trademark Claims. | 6 |
| | B. | Reddit will experience hardship if a stay is denied. | 7 |
| | C. | Plaintiff will not be harmed by a stay. | 8 |
| V. | CONCLUSION | | 11 |

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*Aliphcom v. Fitbit, Inc.*,
　154 F. Supp. 3d 933 (N.D. Cal. 2015) .................................................................................. 8, 9

*Anstalt v. Bacardi & Co.*,
　No. CV 16-06411, 2016 WL 7635955 (C.D. Cal. Nov. 16, 2016) .............................. 5, 6, 7, 9

*B & B Hardware, Inc. v. Hargis Indus., Inc.*,
　575 U.S. 138 (2015) .................................................................................................................. 6

*Citicasters Co. v. Country Club Commc'ns*,
　No. 97-0679, 1997 WL 715034 (C.D. Cal. July 21, 1997) .................................................... 6, 7

*CMAX Inc. v. Hall*,
　300 F.2d 265 (9th Cir. 1962) ............................................................................................. 5, 7, 9

*Hawai'i v. Trump*,
　233 F. Supp. 3d 850 (D. Haw. 2017) ....................................................................................... 7

*Landis v. N. Am. Co.*,
　299 U.S. 248 (1936) ............................................................................................................. 5, 8

*Leyva v. Certified Grocers of Cal., Ltd.*,
　593 F.2d 857 (9th Cir. 1979) .................................................................................................... 5

*Lockyer v. Mirant Corp.*,
　398 F.3d 1098 (9th Cir. 2005) .................................................................................................. 6

*Lydo Enters., Inc. v. City of Las Vegas*,
　745 F.2d 1211 (9th Cir. 1984) .................................................................................................. 9

*Meras Eng'g, Inc. v. CH2O, Inc.*,
　No. C-11-0389 EMC, 2013 WL 146341 (N.D. Cal. Jan. 14, 2013) ......................................... 9

*Ramos v. Cap. One, N.A.*,
　No. 17-cv-00435-BLF, 2017 WL 895635 (N.D. Cal. Mar. 7, 2017) ...................................... 10

*Shipley v. United States*,
　608 F.2d 770 (9th Cir. 1979) .................................................................................................... 5

*Tigercat Int'l, Inc. v. Caterpillar Inc.*,
　No. 16-cv-1047, 2018 WL 2049816 (D. Del. May 2, 2018) .................................................... 7

*V.V.V. & Sons Edible Oils Ltd. v. Meenakshi Overseas LLC*,
　No. 14-02961 ............................................................................................................................ 7

**STATUTES**

Cal. Bus. & Prof. Code, Section 17200, *et seq.* ............................................................................... 5

**OTHER AUTHORITIES**

Fed. R. Civ. P. 36 ............................................................................................................................... 4

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Defendant Reddit, Inc. ("Reddit") moves to stay Counts I, II, III, and IV (the "Federal Trademark Claims") of the Complaint in *Rogozinski v. Reddit, Inc.*, No. 3:23-CV-00686, ("the Complaint"). Reddit and Plaintiff Jaime Rogozinski ("Plaintiff") are already litigating the same or similar issues in the U.S. Patent and Trademark Office ("USPTO") Trademark Trial and Appeal Board ("TTAB") proceedings *Reddit, Inc. v. Rogozinski*, Opposition Proceeding No. 91264289, and *Reddit, Inc. v. Rogozinski*, Petition to Cancel ESTTA Tracking No. ESTTA1277085, namely, who has trademark rights in the Marks "WALLSTREETBETS" and its known shorthand designation, "WSB" (the "Marks").[1]

These counts should be stayed for three reasons. First, a stay will promote the orderly course of justice, including by simplifying factual and legal issues in this litigation. The parties have been litigating the WALLSTREETBETS trademark rights issues before the TTAB for more than two years, discovery closes soon, key issues regarding the Marks have been admitted by Plaintiff in discovery, the case is proceeding towards potential resolution by summary judgment, and any findings on the issue of priority of use will have preclusive effect in this civil litigation.[2]

Second, relitigating the same issues already near adjudication before the TTAB will waste judicial resources and reward Plaintiff's inequitable forum shopping and gamesmanship. After taking positions in the TTAB proceedings that are fatal to his trademark claims, Plaintiff changed course. He substituted counsel, filed this civil action, asserted his Federal Trademark Claims with positions diametrically opposed to those before the TTAB, and moved to suspend the TTAB proceedings. In short, Plaintiff's Federal Trademark Claims are an attempt to obtain a second bite at the apple for claims the parties have been litigating for years in a different forum.

Third, Plaintiff will not be harmed by a stay of his Federal Trademark Claims. He can continue to litigate the Marks before the TTAB as he has with WALLSTREETBETS for more

---

[1] Counts V, VI, VII, and VIII (the "State Law Claims") raise entirely separate issues and are not trademark claims that are being litigated in the TTAB.
[2] On April 3, 2023, the TTAB temporarily suspended the proceedings. *See infra* § II.A.3.

than two years. He may dislike that he is not winning in the TTAB proceedings or that he might have to sit for a deposition (which he is currently refusing to do), but he has had ample opportunity to protect his interests, including with his present counsel who he retained more than six months ago. And, in any event, Plaintiff's State Law Claims can proceed in this Court in the meantime, so there will be no delay in litigating any of the claims in the Complaint.

## II.  FACTUAL BACKGROUND

### A.  Plaintiff's trademark-specific allegations and the TTAB proceedings.

#### 1.  Plaintiff files his application for the mark WALLSTREETBETS, is refused, and amends to assert only an unverified intent to use.

On March 24, 2020, Plaintiff filed an application ("Plaintiff's Application") with the USPTO to register the "WALLSTREETBETS" mark in the classes of "online and print publications in the fields of trading and finance, clothing items and providing an online forum for financial and trading information." Compl. ¶¶ 34–35.

The examining attorney refused registration of the mark for Class 16 because Plaintiff could not rely on a single book title to prove use of the mark, and Class 38 because the specimen (a screenshot of the r/wallstreetbets subreddit from Reddit's platform) indicated that "Reddit is the one providing the online forum, not the applicant."[3] Declaration of Holly Pranger in Support of Defendant Reddit's Motion to Stay ("Pranger Decl."), Ex. A at 2. In response, Plaintiff amended his application to abandon his use claim in Classes 16 and 38, and instead asserted an unverified intent to use the mark with those goods and services. *Id.*, Ex. B.

#### 2.  Reddit's applications for the mark WALLSTREETBETS and use in commerce.

As the provider of the technical services that enable the existence of the Reddit platform and subreddits (including r/wallstreetbets), Reddit is best positioned to seek trademark protection to prevent consumer confusion and the impairment of goodwill in a subreddit, and when it would protect the continued existence of a subreddit and the interests and collective contributions of its

---

[3] More information regarding the Reddit platform and service is set forth in Reddit's concurrently filed Motion to Dismiss, Section II.A.

1  members from one individual seeking to hijack the entire community for personal gain. Between
2  May 11, 2020 and February 8, 2021, Reddit filed four trademark applications with the USPTO for
3  the mark "WALLSTREETBETS" (collectively, the "Reddit Applications") seeking registration
4  of the mark in four classes (Classes 38, 41, 42, and 45)[4] in connection with various online
5  services provided by Reddit, since as early as January 31, 2012.

6  In all of the Reddit Applications, Reddit claimed a first use date based on when the
7  r/wallstreetbets subreddit was established on the Reddit platform, and submitted as specimen
8  screenshots of the subreddit on the Reddit platform. The examining attorneys for each of the
9  Reddit Applications accepted these specimens as proof of Reddit's use of WALLSTREETBETS
10 in commerce for each class. The examiners did, however, refuse to register each class, citing
11 Plaintiff's Application as a prior pending application, and finding that, "if the mark in [Plaintiff's
12 Application] registers, the USPTO may refuse registration of [Reddit's] mark under Section 2(d)
13 because of a likelihood of confusion with the registered mark(s)." *Id.*, Ex. G at 23–24. As a result,
14 the Reddit Applications were suspended pending the outcome of Plaintiff's Application.

### 3. Reddit opposes Plaintiff's Application on multiple grounds and the parties embark upon more than two years of litigation in the TTAB.

On August 18, 2020, Reddit filed its Opposition to Plaintiff's Application on the grounds that (1) Plaintiff cannot show priority of use of the mark by virtue of the existence of the r/wallstreetbets subreddit on the Reddit platform; (2) there is a likelihood of confusion between the parties' respective goods and services; and (3) Plaintiff's Application is *void ab initio* because Plaintiff did not have a bona fide intent to use the mark. *Id.*, Ex. H.

On October 19, 2020, Plaintiff filed his Amended Answer in which, among other things,

---

[4] Class 38: a variety of telecommunications services for transmitting and broadcasting data and information over the Internet, providing online facilities for exchanging messages, information, and data, and providing online community forums; Class 41: entertainment services for provision of a website with text, graphics, and information regarding companies and other financial and business information as well as an online interactive database of such information, commentary, and multimedia content, and a virtual environment for user interactions; Class 42: a variety of online hosting, software, platform, and other computer services for providing an online interactive community and allowing users to engage in such a community; and Class 45: online social networking services. *See* Pranger Decl., Exs. C–F.

he denied that there was any likelihood of confusion between the parties' applied-for goods and services, "[d]ue to the differences in the specific products and services." *Id.*, Ex. I.

The parties have served and exchanged discovery requests and responses throughout the TTAB proceedings. Plaintiff failed to serve timely responses to Reddit's first set of Requests for Admission, and the TTAB denied his motion to reopen his time to do so. *Id.*, Ex. J (March 2, 2021 Order). As a result, Plaintiff is deemed to have admitted each of the Requests, *see, e.g.*, Fed. R. Civ. P. 36, including that "the use of WALLSTREETBETS as the name of the subreddit r/wallstreetbets is use by Reddit, not by [Plaintiff]," Pranger Decl., Ex. K (RFA No. 1).

During the TTAB proceedings, the parties have sought a number of suspensions to allow for settlement discussions. During the most recent consented suspension, the parties held settlement discussions on January 26, 2023, followed by further communications. When it became apparent that the settlement discussions would not resolve the dispute, Reddit filed a motion to lift the suspension and resume the TTAB proceedings. *Id.*, Ex. L. On February 15, 2023, the TTAB proceedings were ordered to resume, setting the fact discovery deadline for March 26, 2023. *Id.*, Ex. M. Reddit served new discovery requests and asked Plaintiff to provide his available dates to appear for deposition. Plaintiff refused to appear for deposition, and Reddit moved to compel on March 22, 2023. *Id.*, Ex. N. Plaintiff moved to suspend, *id.*, Ex. O, and on April 3, 2023, the TTAB temporarily suspended the proceedings pending disposition of Plaintiff's Motion to Suspend on April 3, 2023, noting that "[t]he motion to suspend will be decided in due course," *id.*, Ex. P.

**4.     Reddit petitions to cancel Plaintiff's WSB registration.**

Plaintiff is the listed owner of U.S. Trademark Registration No. 6754487 for the mark "WSB." Compl. ¶ 80. Plaintiff alleges that "Reddit uses the WSB trademark in commerce by operating the r/wallstreetbets subreddit on the company's website, as WSB is a known shorthand designation for WALLSTREETBETS." *Id.* ¶ 81. Reddit filed a Petition to Cancel the registration on the grounds that (1) the WSB mark falsely suggests a connection with Reddit; (2) Plaintiff committed fraud on the USPTO in procuring the WSB registration; (3) Plaintiff has never used the WSB mark with any of the goods or services; and (4) certain of Plaintiff's purported uses

would be unlawful and cannot be the basis for registration. Pranger Decl., Ex. Q.

**B.     The Federal Trademark Claims asserted in this Court.**

The same day the TTAB proceedings resumed, Plaintiff filed the instant suit, alleging the Federal Trademark Claims for (1) declaratory judgment that Plaintiff owns the WALLSTREETBETS trademark; (2) infringement of the WALLSTREETBETS trademark; (3) infringement of the WSB trademark (alleged as "a known shorthand designation for WALLSTREETBETS") due to Reddit's operation of r/wallstreetbets; and (4) trademark dilution by tarnishment of the WALLSTREETBETS and WSB trademarks. Compl. ¶¶ 67–91. Plaintiff also alleged the unrelated State Law Claims for: (5) violation of right of publicity; (6) breach of contract; (7) violation of the duty of good faith and fair dealing; and (8) violation of California's Business and Professions Code, Section 17200, *et seq.*, which are the subject of Reddit's concurrently filed Motion to Dismiss. Compl. ¶¶ 92–119.

**III.    LEGAL STANDARD**

Federal courts have the inherent authority to manage their dockets and to stay proceedings. *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936); *CMAX Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (citing *Landis*, 299 U.S. at 254–55). A stay pending the outcome of an administrative proceeding that might render unnecessary the relief sought in district court is a proper exercise of discretion in controlling the disposition of cases on a Court's docket and avoiding unnecessary duplication. *Shipley v. United States*, 608 F.2d 770, 775 (9th Cir. 1979).

"A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Anstalt v. Bacardi & Co.*, No. CV 16-06411, 2016 WL 7635955, *2 (C.D. Cal. Nov. 16, 2016) (quoting *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). This discretion is appropriately invoked when the resolution of the other matter will have a direct impact on the issues before the court, substantially simplifying issues presented, including in connection with TTAB proceedings. *Anstalt*, 2016 WL 7635955, at *3 (finding that the TTAB's potential cancellation of Lodestar's registrations would render Lodestar "unable to assert a claim for infringement of a registered trademark" and therefore

"simplify [the court's] task and minimize the risk of inconsistent judgments").

In determining whether a stay is appropriate, courts in the Ninth Circuit consider: (1) the "orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay"; (2) the hardship or inequity that may result if the litigation moves forward; and (3) the possible damage that may result from a stay. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (cleaned up). Here, each of the factors weigh in favor of a stay of the Federal Trademark Claims.

## IV. ARGUMENT

### A. A stay will promote the orderly course of justice and simplify the factual and legal issues underlying the Federal Trademark Claims.

For more than two years, the parties have litigated the WALLSTREETBETS mark in the TTAB. Pleadings were filed, written discovery was exchanged, depositions have been noticed, and summary judgment looms. Most importantly, determinations in the TTAB proceedings will have preclusive effect on the Federal Trademark Claims in this civil litigation. *See B & B Hardware, Inc. v. Hargis Indus., Inc.*, 575 U.S. 138, 160 (2015) (noting that the governing standards for trademark registration and infringement are the same, and holding that "when the usages adjudicated by the TTAB are materially the same as those before a district court, issue preclusion should apply."). The TTAB's decisions on rights in the Marks could dispose of Plaintiff's Federal Trademark Claims, thereby simplifying the legal issues at stake.

Indeed, the TTAB proceedings have already streamlined the issues in this action by deeming Plaintiff to have admitted that "the use of WALLSTREETBETS as the name of the subreddit r/wallstreetbets is use by Reddit, not by [Plaintiff]." *See* Pranger Decl., Exs. J–K. Plaintiff's inability in this case to rely on the r/wallstreetbets subreddit is fatal to his Federal Trademark Claims for the WALLSTREETBETS mark because Plaintiff cannot establish priority over Reddit's use of the trademark beginning in January 2012, when the subreddit was created. Compl. ¶ 20. Staying the Federal Trademark Claims is the "most efficient solution," as they are already pending in the TTAB. *Anstalt*, 2016 WL 7635955, at *3 ("[W]aiting for TTAB's decision would simplify our task and minimize the risk of inconsistent judgments"); *see also Citicasters*

*Co. v. Country Club Commc'ns*, No. 97-0679, 1997 WL 715034, at *2 (C.D. Cal. July 21, 1997) (stay granted because of "the efficiencies generated by the TTAB first addressing the issues involved in this matter," and because "the court is confident that the TTAB will exercise its specialized knowledge in effecting a determination that will prove valuable to this court").

Courts in this Circuit have exercised their discretion to stay trademark claims pending the disposition of the same or similar issues in a TTAB proceeding, as here. *See, e.g.*, *Anstalt*, 2016 WL 7635955, at *5 (granting stay to await TTAB decision); *Citicasters Co.*, 1997 WL 715034, at *2 (granting stay "because of the efficiencies generated by the TTAB first addressing the issues involved" in the matter); *V.V.V. & Sons Edible Oils Ltd. v. Meenakshi Overseas LLC*, No. 14-02961 TLN-CKD, 2016 WL 1268008, at *4–6 (E.D. Cal. Mar. 31, 2016) (granting stay of trademark infringement, dilution, and unfair competition action in favor of the determination in a TTAB proceeding and appeal therefrom). The Court should do the same here.

### B.   Reddit will experience hardship if a stay is denied.

Without a stay of the Federal Trademark Claims, Reddit would suffer hardship and inequity. *CMAX*, 300 F.2d at 268 (second factor in evaluating the merits in staying an action or claims is "the hardship or inequity which a party may suffer in being required to go forward"). As an initial matter, Reddit would be forced to relitigate the same questions related to ownership of the "WALLSTREETBETS" mark that it has been litigating in the TTAB proceedings for over two years, and which will be fully adjudicated in the near future, as well as the related "WSB" mark as its "designated shorthand." The Court should not indulge Plaintiff's attempt to move the parties' trademark dispute to a new forum, particularly because the TTAB proceedings have progressed to such an advanced stage. *See Tigercat Int'l, Inc. v. Caterpillar Inc.*, No. 16-cv-1047, 2018 WL 2049816, at *6 (D. Del. May 2, 2018) ("The court finds it unacceptable that Tigercat decided to invoke the power of the court only ten days before the close of three-years of contentious discovery and two months before the start of trial before the TTAB.").

Additionally, litigating the Federal Trademark Claims at the same time as the TTAB proceedings will duplicate efforts and presents the risk of inconsistent rulings. *See Hawai'i v. Trump*, 233 F. Supp. 3d 850, 856 (D. Haw. 2017) (finding duplicative litigation and the risk of

inconsistent rulings warranted stay). With the same and similar issues presented in the Federal Trademark Claims and the TTAB proceedings, there will be myriad discovery requests and motions in both actions that seek to ascertain the same facts and resolve the same questions of law. Indeed, the parties have already exchanged written discovery on these factual questions in the TTAB proceedings. Requiring Reddit to defend against the Federal Trademark Claims now (again) will force it to reengage in substantial discovery only to obtain evidence that will likely be produced or has already been produced in the TTAB proceedings.

Further, facts have already been established or admitted in the TTAB that bear on the Federal Trademark Claims, at times directly contradicting Plaintiff's arguments in his Complaint here. For instance, in the TTAB proceedings Plaintiff is deemed to have admitted that "the use of WALLSTREETBETS as the name of the subreddit r/wallstreetbets is use by Reddit, not by [Plaintiff.]" *See* Pranger Decl., Ex. J–K. This undercuts his Federal Trademark Claims, specifically for ownership of the Marks and infringement. Additionally, Plaintiff provided a verified interrogatory response in the TTAB proceeding that his planned "WSB Championship" live trading event did not happen "due to complications caused by the COVID-19 global pandemic. It is instead undergoing changes to support a hybrid or fully online event." *Id.*, Ex. R. This contradicts his Complaint allegation that, as a consequence of Reddit's removal of him as moderator, his "company lost its contract for the e-sports trading competition in Texas, costing him millions of dollars." Compl ¶ 58. Allowing Plaintiff to use a new forum to avoid the implications of the positions he has taken in the TTAB proceedings will prejudice Reddit.

### C. Plaintiff will not be harmed by a stay.

Finally, Plaintiff cannot point to any harm from staying his Federal Trademark Claims. "Courts . . . are generally unwilling to presume delay is harmful without specific supporting evidence." *Aliphcom v. Fitbit, Inc.*, 154 F. Supp. 3d 933, 938 (N.D. Cal. 2015). Instead, a party must point to a "fair possibility" of harm if the case is stayed. *See Landis*, 299 U.S. at 255. He cannot. Here, Plaintiff—represented by the same counsel since last fall—has been prosecuting his Federal Trademark Claims against Reddit for years in the TTAB proceedings. Plaintiff is not sitting idly by while other parties litigate issues that bear upon his legal rights. *Landis,* 299 U.S. at

254–55 ("Only in rare circumstances will a litigant in one cause be compelled to stand aside while a litigant in another settles the rule of law that will define the rights of both."). Rather, he has been "participat[ing] in proceedings that will decide key legal questions affecting [his] rights," *Meras Eng'g, Inc. v. CH2O, Inc.*, No. C-11-0389 EMC, 2013 WL 146341, at *4 (N.D. Cal. Jan. 14, 2013) (finding that plaintiff's not being a party to both cases was sufficient to show harm); *CMAX*, 300 F.2d at 269 n.8 (affirming stay where party opposing stay was a litigant in both actions and so could assert its arguments and positions).

Further, any argument that staying the Federal Trademark Claims will harm Plaintiff is belied by his lack of urgency in seeking to protect his purported trademark rights in the first place. The r/wallstreetbets subreddit was created on Reddit in 2012, Compl. ¶ 20, but Plaintiff waited *nearly eight years* before filing his trademark application for "WALLSTREETBETS." The parties have been litigating these trademark rights for over two years in the TTAB proceedings, with pauses to engage in settlement discussions. The r/wallstreetbets community has continuously operated on Reddit's platform the entire time, including since Plaintiff's removal as moderator in April 2020, which is the activity that Plaintiff alleges resulted in infringement of his trademark rights. Compl. ¶¶ 73–75. When the latest negotiations broke down earlier this year, Reddit, not Plaintiff, moved to lift suspension to resume the TTAB proceedings. Pranger Decl., Ex. L. Plaintiff's nearly three-year delay in bringing an infringement claim demonstrates that he will not be prejudiced by a stay. *See Anstalt*, 2016 WL 7635955, at *4 (holding that failure to assert claims for trademark infringement and unfair competition for almost three years undermined any argument of potential damage); *see also Lydo Enters., Inc. v. City of Las Vegas*, 745 F.2d 1211, 1213 (9th Cir. 1984) ("By sleeping on its rights a plaintiff demonstrates the lack of need for speedy action.").

Moreover, any "generalized risk of delayed litigation is minimized by the fact that the TTAB proceedings have been moving forward and will resolve issues bearing on the Federal Trademark Claims here. *Aliphcom*, 154 F. Supp. 3d at 938 (finding no harm from stay). After the parties' last settlement effort did not resolve the dispute, the TTAB proceedings resumed on February 15, 2023, at which point Reddit served additional written discovery on Plaintiff and

third-party discovery on relevant entities and individuals identified in discovery responses. Reddit also moved to compel Plaintiff's deposition in the TTAB proceedings on March 22, 2023. Pranger Decl., Ex. N.[5] Plaintiff sought to further delay the TTAB proceedings by refusing to respond to most of Reddit's recent discovery requests based on his pending motion to suspend.[6] *See id.*, Exs. S–U (refusing to respond to any of Reddit's interrogatories and all but one of Reddit's requests for production by March 27, 2023 deadline). And while the TTAB's temporary suspension of the proceedings pending its ruling on Plaintiff's Motion to Suspend will likely require a modest extension of the case schedule, if the TTAB denies the motion, the trial period and post-trial briefing will likely be completed in less than twelve months. *See id.*, Exs. M, P. Plaintiff's effort to move the Federal Trademark Claims to this court is forum shopping—he senses that he is losing in the TTAB (due in part to his own admissions) and wants a do-over.[7]

Lastly, staying the Federal Trademark Claims will not affect Plaintiff's ability to proceed on his State Law Claims, which are unrelated. Plaintiff may try to argue that his right of publicity and unfair competition claims rely on the Marks, but neither does. His right of publicity claim depends only on whether Reddit "uses" Plaintiff's "identity . . . for the company's commercial advantage." Compl. ¶¶ 92–98. His unfair competition claim turns only on whether the removal of his moderator privileges and the corresponding inability to "control[] his brands" amounts to a "unfair and deceptive practice." *Id*. ¶ 117. Whether Plaintiff has rights in the Marks is irrelevant to either claim, and both can proceed along with Plaintiff's other State Law Claims.

---

[5] Plaintiff was served with his deposition in the TTAB proceedings on May 6, 2021, which was noticed for May 25, 2021. Pranger Decl., Ex. N, at Ex. 1.

[6] There is very little risk of loss of evidence if the Federal Trademark Claims are stayed. *Ramos v. Cap. One, N.A.*, No. 17-cv-00435-BLF, 2017 WL 895635, at *3 (N.D. Cal. Mar. 7, 2017) (noting risk to evidence and fading witness memories with passage of time). Evidence has already been exchanged in the TTAB proceedings and more written discovery was recently exchanged. Should the State Law Claims proceed to discovery, they will involve separate and largely documentary evidence (e.g., user agreements, policies), which can be preserved. And to the extent third-party discovery becomes necessary in this Court, both parties may seek it.

[7] Plaintiff filed this Complaint the same day TTAB proceedings were ordered to resume (making his attempt at forum shopping all the more transparent), Pranger Decl., Ex. M, and Reddit filed its opposition on March 13, 2023, id., Ex. V. Reddit filed its Petition to Cancel on April 7, 2023. *Id.*, Ex. Q.

## V.   CONCLUSION

For these reasons, Reddit requests that the Court stay the Federal Trademark Claims until the TTAB issues its final decisions in *Reddit v. Rogozinski*, Opposition Proceeding No. 91264289, and *Reddit v. Rogozinski*, Petition to Cancel ESTTA Tracking No. ESTTA1277085.

April 10, 2023

**PERKINS COIE LLP**

By: /s/ *Julie E. Schwartz*
Julie E. Schwartz
Ryan T. Mrazik*
Calvin Cohen
Torryn Rodgers
*admitted *Pro Hac Vice*

Attorneys for Defendant
REDDIT, INC.

**PRANGER LAW PC**

By: /s/ *Holly Pranger*
Holly Pranger