| | |
|---|---|
| **PERKINS COIE LLP** | JAMES R. LAWRENCE, III* |
| Julie E. Schwartz, Bar No. 260624 | jlawrence@envisage.law |
| JSchwartz@perkinscoie.com | ANTHONY J. BILLER* |
| Ryan T. Mrazik (admitted Pro Hac Vice) | ajbiller@envisage.law |
| RMrazik@perkinscoie.com | ENVISAGE LAW |
| 1201 Third Avenue, Suite 4900 | 2601 Oberlin Road, Suite 100 |
| Seattle, Washington 98101-3099 | Raleigh, North Carolina 27608 |
| Telephone: 206.359.8000 | Phone: 919.755.1317 |
| Facsimile: 206.359.9000 | Facsimile: 919.782.0452 |
| | * admitted pro hac vice |
| Calvin Cohen, Bar No. 313420 | |
| CCohen@perkinscoie.com | SEAN P. GATES (SBN 186247) |
| 110 North Wacker Drive, Suite 3400 | sgates@charislex.com |
| Chicago, Illinois 60606-1511 | CHARIS LEX P.C. |
| Telephone: 312.324.8400 | 301 N. Lake Ave., Ste. 1100 |
| Facsimile: 312.324.9400 | Pasadena, CA 91101 |
| | Phone: 626.508.1715 |
| Torryn Rodgers, Bar No. 319126 | Facsimile: 626.508.173 |
| TRodgers@perkinscoie.com | |
| 505 Howard Street, Suite 1000 | *Attorneys for Plaintiff Jaime Rogozinski* |
| San Francisco, California 94105 | |
| Telephone: 415.344.7000 | |
| Facsimile: 415.344.7050 | |

**PRANGER LAW PC**
Holly Pranger, Bar No. 215270
HPranger@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone: 415.885.9800
Facsimile: 415.885.1110

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI, | Case No.: 3:23-CV-00686-MMC |
| Plaintiff, | **STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT REDDIT INC.'S MOTIONS TO STAY AND DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| REDDIT, INC., | |
| Defendant. | |
| | Civ. L.R. 6-2, 7-12 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jaime Rogozinski and Defendant Reddit, Inc., by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** on February 15, 2023, Mr. Rogozinski filed the Complaint (ECF No. 1) against Reddit in this litigation;

**WHEREAS,** on February 17, 2023, Mr. Rogozinski served the Complaint on Reddit;

**WHEREAS,** the parties previously agreed to extend the deadline for Reddit to answer or otherwise respond to Mr. Rogozinski's Complaint from March 10, 2023 to April 10, 2023 (ECF No. 21);

**WHEREAS,** on April 10, 2023, Reddit filed motions to stay claims and dismiss Mr. Rogozinski's Complaint, setting a May 19, 2023 hearing date (ECF No. 28; ECF No. 29);

**WHEREAS,** Mr. Rogozinski's responses to both motions are currently due on April 24, 2023;

**WHEREAS,** the parties agree that an extended briefing schedule will be appropriate for the issues raised by the Complaint and in Reddit's motions to stay and dismiss, and the parties have agreed that Mr. Rogozinski's oppositions to Reddit's motions to stay and dismiss shall be due on May 15, 2023, that Reddit's replies in support of its motions shall be due on June 1, 2023, and that the hearing on the motions shall be continued from May 19, 2023 to June 23, 2023.

**WHEREAS,** the Court has currently set a case management conference for May 19, 2023, which is before Reddit's motions to stay and dismiss will be set for hearing.

**WHEREAS,** to conserve both the Court and the parties' resources, the parties propose continuing the case management conference and related deadlines for after the hearings on Reddit's motions to stay and dismiss;

**WHEREAS,** under Civil Local Rule 6-1(b), a court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by court order that involves papers required to be filed or lodged with the court;

**NOW, THEREFORE,** pursuant to Civil Local Rules 6-2 and 7-12, the parties jointly stipulate and respectfully request that the Court enter an order that Mr. Rogozinski's opposition briefs to Reddit's motions to stay and dismiss shall be due on May 15, 2023, Reddit's reply briefs in support of its motions to stay and dismiss shall be due on June 1, 2023, and the motions shall be heard on June 23, 2023. The parties further stipulate and respectfully request that the Court continue the initial case management conference scheduled for May 19, 2023 to July 21, 2023, with any related deadlines continued accordingly.

Dated: April 21, 2023

By:   */s/ James R. Lawrence, III*
      James R. Lawrence, III

      *Attorney for Jaime Rogozinski*

By:   */s/ Ryan T. Mzarik*
      Ryan T. Mrazik
      Perkins Coie LLP

      *Attorneys for Reddit, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Hon. Maxine M. Chesney
United States District Judge

STIPULATION SETTING BRIEFING SCHEDULE AND CONTINUING CMC AND
RELATED DEADLINES
Case No. 3:23-CV-00686-MMC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: April 21, 2023

By:    */s/ James R. Lawrence, III*
        James R. Lawrence, III