JAMES R. LAWRENCE, III*
jlawrence@envisage.law
ANTHONY J. BILLER*
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452
* admitted pro hac vice

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.173

*Attorneys for Plaintiff Jaime Rogozinski*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME ROGOZINSKI,**<br><br>**Plaintiff,**<br><br>v.<br><br>**REDDIT, INC.,**<br><br>**Defendant.** | Case No.: 3:23-CV-00686-MMC<br><br>**DECLARATION OF JAMES R. LAWRENCE, III IN SUPPORT OF STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT REDDIT INC.'S MOTIONS TO STAY AND DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Civ. L.R. 6-2, 7-12 |

I, James R. Lawrence, III, declare as follows:

1. I am counsel of record for Plaintiff Jaime Rogozinski in this action. I am providing this declaration in accordance with Civil L.R. 6-2(a) in support of Mr. Rogozinski and Defendant Reddit, Inc.'s Stipulation Setting Briefing Schedule for Reddit's Motions to Stay and Dismiss and Continuing Case Management Conference and Related Deadlines.

1

2. On April 10, 2023, Reddit filed motions to stay claims and dismiss Mr. Rogozinski's Complaint. Mr. Rogozinski's responses to both motions are currently due on April 24, 2023. Since Reddit filed its motions, undersigned counsel has had to dedicate time and attention to other matters. Given the number and complexity of the issues presented in Mr. Rogonzinski's Complaint and Reddit's motions, the parties agree that an extended briefing schedule is appropriate for the issues raised by Mr. Rogozinski's Complaint and Reddit's motions to stay and dismiss, and that the hearing on Reddit's motion and the case management conference in this matter should be continued.

3. The parties previously agreed to extend the deadline for Reddit to answer or otherwise respond to Mr. Rogozinski's Complaint from March 10, 2023 to April 10, 2023 (ECF No. 21). There have been no other changes to date.

4. If the Court were to approve the parties' stipulation, the current deadlines in the case would change as follows:

|  | Current Date | New Date |
| --- | --- | --- |
| Mr. Rogozinski's deadline to respond to Reddit's motions to stay and dismiss | April 24, 2023 | May 15, 2023 |
| Reddit's deadline to reply in support of its motions to stay and dismiss | May 1, 2023 | June 1, 2023 |
| Hearing on Reddit's motions to stay and dismiss | May 19, 2023 | June 23, 2023 |
| Case management conference | May 19, 2023 | July 21, 2023 |
| Deadline to conduct Fed. R. Civ. P. 26(f) conference | April 29, 2023 | June 30, 2023 |
| Case management statement due date | May 12, 2023 | July 14, 2023 |

2

DECLARATION IN SUPPORT OF STIPULATION SETTING BRIEFING SCHEDULE AND CONTINUING CMC AND RELATED DEADLINES
Case No. 3:23-CV-00686-MMC

I declare under penalty of jury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 21, 2023.

*[Signature]*

James R. Lawrence, III
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317

3

DECLARATION IN SUPPORT OF STIPULATION SETTING BRIEFING SCHEDULE AND CONTINUING CMC AND RELATED DEADLINES
Case No. 3:23-CV-00686-MMC