JAMES R. LAWRENCE, III (NC Bar No. 44560)*
jlawrence@envisage.law
ANTHONY J. BILLER (NC Bar No. 24117)*
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452
*admitted *pro hac vice*

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Jaime Rogozinski*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>   Plaintiff,<br><br>   v.<br><br>REDDIT, INC.,<br><br>   Defendant. | Case No.: 3:23-cv-00686-MMC<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITY IN OPPOSITION TO REDDIT INC.'s MOTION TO STAY**<br><br>Hearing Date: June 23, 2023, 9:00 AM<br><br>Judge: Hon. Maxine M. Chesney |

**TABLE OF CONTENTS**

INTRODUCTION ........................................................................................................................... 1
FACTUAL BACKGROUND AND PROCEDURAL HISTORY ................................................. 1
LEGAL STANDARD .................................................................................................................... 4
ARGUMENT .................................................................................................................................. 4
    I.    Staying this case will not serve the interests of judicial economy ................................. 4
        A.    All of Mr. Rogozinski's claims can be litigated together only in this Court, which would promote efficiency. ......................................................................................... 5
        B.    A stay would be inefficient due to the unique means of review for TTAB proceedings. .............. 6
        C.    Staying this litigation would not result in any "streamlining." ....................................... 7
        D.    Reddit's cases do not support a stay. ........................................................................ 9
    II.    Reddit will not be harmed if this case moves forward. ............................................... 10
    III.    A stay would harm Mr. Rogozinski. ........................................................................... 11
CONCLUSION ............................................................................................................................ 13

# TABLE OF AUTHORITIES

**Cases**

*Aliphcom v. Fitbit, Inc.*, 154 F. Supp. 3d 933 (N.D. Cal. 2015) ...................................................... 4

*Anstalt v. Bacardi & Co.*, No. CV1606411GHKFFMX, 2016 WL 7635955 (C.D. Cal. Nov. 16, 2016) ............................................................................................................................................. 9

*B & B Hardware, Inc. v. Hargis Indus., Inc.*, 575 U.S. 138 (2015) ................................................ 6

*Beijing Tong Ren Tang (USA), Corp. v. TRT USA Corp.*, No. C-09-00882 RMW, 2009 WL 5108578 (N.D. Cal. Dec. 18, 2009) ........................................................................................... 10

*Citicasters Co. v. Country Club Commc'ns*, No. 97-0678 RJK, 1997 WL 715034 (C.D. Cal. July 21, 1997) ..................................................................................................................................... 9

*CTF Dev., Inc. v. Penta Hosp., LLC*, No. C 09-02429 WHA, 2009 WL 2524476 (N.D. Cal. Aug. 17, 2009) ................................................................................................................................... 10

*Hanginout, Inc. v. Google, Inc.*, No. 13CV2811 AJB (NLS), 2015 WL 11254689 (S.D. Cal. June 3, 2015) .............................................................................................................................. 7, 9, 10

*In re Pizante*, 186 B.R. 484 (B.A.P. 9th Cir. 1995) ........................................................................ 8

*Landis v. N. Am. Co.*, 299 U.S. 248, 255 (1936) ............................................................................ 4

*Lockyer v. Mirant Corp.*, 398 F.3d 1098 (9th Cir. 2005) ................................................................ 4

*Rhoades v. Avon Prod., Inc.*, 504 F.3d 1151 (9th Cir. 2007) .......................................... 4, 5, 9, 11

*Shire City Herbals, Inc. v. Blue*, No. 15-CV-30069-MGM, 2015 WL 5437091 (D. Mass. Sept. 15, 2015) ..................................................................................................................................... 7

*Sonista, Inc. v. Hsieh*, 348 F. Supp. 2d 1089 (N.D. Cal. 2004) .................................................... 12

*Tigercat International, Inc. v. Caterpillar, Inc.*, No. 16-CV-1047-GMS, 2018 WL 2049816 (D. Del. May 2, 2018) ...................................................................................................................... 11

*V.V.V. & Sons Edible Oils Ltd. v. Meenakshi Overseas LLC*, No. 214CV02961TLNCKD, 2016 WL 1268008 (E.D. Cal. Mar. 31, 2016) .................................................................................... 9

*Wilson v. Corning, Inc.*, No. CV 13-210 (DWF/FLN), 2018 WL 2392007 (D. Minn. May 25, 2018) ........................................................................................................................................... 7

**Treatises**

6 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition (5th ed.) ................... 5

**Statutes**

15 U.S.C. § 1071 ................................................................................................................... 6

15 U.S.C. § 1115(b) ............................................................................................................. 12

# INTRODUCTION

Reddit argues for a costly, protracted, three-front battle against entrepreneur, investor, and WALLSTREETBETS creator Plaintiff Jaime Rogozinski. Instead of litigating in accordance with Reddit's own User Agreement, and contrary to United States Patent and Trademark Office ("USPTO") policy and practice, Reddit wants this Court to allow a portion of this case to proceed while the parties litigate two proceedings at the USPTO regarding federal registration rights. Instead of resolving all issues in this proceeding, Reddit argues in favor of three separate proceedings: (1) this proceeding, (2) a USPTO opposition proceeding over Mr. Rogozinski's applications to register the WALLSTREETBETS trademark, and (3) a cancellation proceeding regarding Mr. Rogozinski's registration for the USPTO trademark WSB.

Under Ninth Circuit law, judicial efficiency is the touchstone of decisions to stay proceedings. As multiple courts in similar situations have recognized, proposed stays like Reddit's—which effectively triple the number of proceedings—would undermine that goal. Neither the opposition proceeding nor the cancellation proceeding are near completion. Indeed, the pending USPTO opposition proceeding spent nearly two years in suspended status, and is currently suspended, but now, according to Reddit, that show must go on. Not only that, Reddit's choice to petition to cancel the WSB trademark registration, filed nearly two months after Mr. Rogozinski initiated this case, should also get preference. Consistent with Reddit's conduct to date, the company's three-front proposal would further complicate already complex issues, substantially increase litigation costs, and significantly delay Mr. Rogozinski's ability to obtain final relief for Reddit's violation of his rights. This Court should deny Reddit's motion to stay.

**FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

Jaime Rogozinski is an investor, entrepreneur, author, and creator of WALLSTREETBETS, a well-known forum where people share stock and other share stock advice. (Dkt. 1 ¶ 1.) In January 2012, Mr. Rogozinski created and launched

WALLSTREETBETS on the social media platform Reddit. (*Id.* ¶¶ 18, 20.) With Mr. Rogozinski at the helm, the WALLSTREETBETS community grew to nearly 1 million subscribers, with both Mr. Rogozinski and the forum earning media attention along the way. (*Id.* ¶¶ 24-32.)

In March 2020, Mr. Rogozinski filed an application to register WALLSTREEBETS at the USPTO.[1] (*Id.* ¶ 35.) On April 7, 2020, two weeks after he filed the application, Reddit suspended Mr. Rogozinski's account. (*Id.* ¶ 36.) The application published for opposition on July 7, 2020, and Reddit filed Opposition No. 91264289 on August 18, 2020, before the USPTO's Trademark Trial and Appeal Board (TTAB) (Dkt. 29-9 at 2.) In October 2020, the parties entered the first of ten separate suspensions totaling 600 days. (*See* Ex. A to Declaration of James R. Lawrence, III ("Lawrence Decl.") (collecting suspensions).) The parties exchanged written discovery requests and responses, but to date no depositions have been taken in the TTAB proceeding.

Mr. Rogozinski's prior counsel withdrew from the case in September 2022. (Ex. B to Lawrence Decl.) On October 6, 2022, Mr. Rogozinski's new counsel sent Reddit a detailed, seven-page, single-spaced letter raising various issues related to trademark infringement, breach of contract, and violation of Mr. Rogozinski's right of publicity as part of a "good-faith effort to avoid what will otherwise become a major escalation of our clients' dispute." (Ex. C to Lawrence Decl. at 1.) To facilitate settlement discussions, the parties again suspended the TTAB proceeding, this time in November 2022. (Ex. D to Lawrence Decl.)

The parties held a settlement conference on January 26, 2023, but did not reach a resolution. The TTAB reopened proceedings on February 15, (Dkt. 29-14 at 2), the same day

---

[1] Mr. Rogozinski applied to register the mark in conjunction with the following goods and services in international classes:
IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, newspapers, photographs, magazines, books, printed periodicals, newsletters, and brochures all in the fields of securities, options and other financial instruments
IC 025. US 022 039. G & S: Gloves as clothing; Hoodies; Outerwear, namely, hats, gloves, jackets, headbands, scarfs, vests; Shirts for men and women; Sweatpants for men and women; T-shirts for men and women
IC 038. US 100 101 104. G & S: Providing an on-line forum for securities, options, futures, and financial instruments, including stock trading, bond trading, futures trading, options trading, forex trading, and/or commodities trading

Mr. Rogozinski filed this lawsuit (Dkt. 1). On Friday, February 17, Mr. Rogozinski asked Reddit to consent to stay the TTAB proceeding pending the outcome of this litigation. (Dkt. 29-16 at 50.) Reddit refused and forecast its desire to engage in third party discovery. (*Id.* at 51.) On February 21, Mr. Rogozinski filed his motion to suspend proceedings with the TTAB. (Dkt. 29-16.)

On April 3, the TTAB suspended the trademark opposition proceeding "pending the disposition of Applicant's February 21, 2023 motion to suspend proceedings." (Dkt. 29-17 at 2.) The Board ruled that "[a]ny submission filed during the pendency of this motion which is not relevant thereto will be given no consideration." (*Id.*) The Board cited Trademark Rule 2.127(d), 37 C.F.R. § 2.127(d), which provides that "[w]hen any party timely files a potentially dispositive motion . . . *the case is suspended* by the Trademark Trial and Appeal Board with respect to all matters not germane to the motion and no party should file any paper which is not germane to the motion except as otherwise may be specified in a Board order." (emphasis added). In complete disregard for the TTAB's rules, in the period between February 21 and April 3, Reddit aggressively pursued discovery against Mr. Rogozinski and third parties. (*See* Dkt. 29-15 (motion to compel deposition of Mr. Rogozinski); Ex. E to Lawrence Decl. (subpoenas to six third parties).)

On April 7, four days after the TTAB suspended the opposition proceeding, Reddit complicated matters further by filing a petition to cancel Mr. Rogozinski's U.S. Trademark Registration No. 6,754,487 for the mark WSB.[2] (Dkt. 29-18 at 21.) In its cancellation filing, Reddit acknowledged this lawsuit, (*id.* at 2-3), but the company chose to go ahead with its effort to cancel the WSB registration at the USPTO anyway, regardless of the substantive

---

[2] That registration is for the following services and classifications:
IC 035. US 100 101 102. G & S: On-line auction services featuring non-fungible tokens (NFTs) for digital art; Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs).
IC 036. US 100 101 102. G & S: Financial information provided by electronic means in the field of decentralized finance, namely, a mobile app and website for creating exchange traded platforms (ETP) voted on by owners of governance tokens, staking of governance tokens, and buying, selling and tracking synthetic assets.

overlap with this case. Three days after filing the petition to cancel, Reddit moved to stay Mr. Rogozinski's federal trademark infringement and dilution claims. (Dkt. 29.)

## LEGAL STANDARD

"Where it is proposed that a pending proceeding be stayed, the competing interests which will be affected by the granting or refusal to grant a stay must be weighed. Among these competing interests are [(1)] the possible damage which may result from the granting of a stay, [(2)] the hardship or inequity which a party may suffer in being required to go forward, and [(3)] the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). "The party seeking the stay bears the burden of proving that it is warranted." *Aliphcom v. Fitbit, Inc.*, 154 F. Supp. 3d 933, 937 (N.D. Cal. 2015). The movant "must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to some one else." *Landis v. N. Am. Co.*, 299 U.S. 248, 255 (1936).

## ARGUMENT

**I.     Staying this case will not serve the interests of judicial economy.**

As the Ninth Circuit observed, "Congress has not installed the [US]PTO as the exclusive expert in the field" of trademark law. *Rhoades v. Avon Prod., Inc.*, 504 F.3d 1151, 1164 (9th Cir. 2007). Courts do not typically defer their jurisdiction to the USPTO, which lacks all the powers of this Court to grant injunctive or monetary relief, and whose judgment itself is subject to de novo review by the district court. This means that "parties may litigate these issues in federal court without previously exhausting their claims before the TTAB." *Id.* "The deciding factor should be efficiency." *Id.* at 1165. One influential treatise, which the *Rhoades* court cited and discussed, *id. at* 1158, goes as far as to relate the following "general rule" on the stay question: "When related proceedings are pending in both a court infringement case and in a Trademark Board (T.T.A.B.) opposition or cancellation case, *a*

*court will almost always refuse to stay and suspend court proceedings to wait for the T.T.A.B. decision.*" 6 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition § 32:48 (5th ed.) (emphasis added).

### A. All of Mr. Rogozinski's claims can be litigated together only in this Court, which would promote efficiency.

Here, judicial economy is best served by denying Reddit's motion; this Court, unlike the TTAB, can decide all the pertinent issues and adjudicate the requested remedies. Unlike the TTAB, which is a body of limited jurisdiction with "only the power to decide questions regarding the registration of marks," a federal court "can decide all issues of registrability and infringement along with related federal and state validity and infringement claims." *Id.*

Mr. Rogozinski's complaint centers on his relationship with Reddit; accordingly, most of the claims brought forth do not come within the purview of the TTAB. The complaint not only includes claims regarding ownership of the WALLSTREETBETS trademark, but infringement and dilution claims for both the WALLSTREETBETS and WSB trademarks. (Dkt. 1 ¶¶ 67-91.) Mr. Rogozinski also brings a breach of contract claim related to Reddit's decision to prevent him from moderating the forum he created. (*Id.* ¶¶ 99-107.) Like the infringement and dilution claims, breach of contract is outside the TTAB's jurisdiction. Even so, that claim provides a predicate for willful infringement and dilution. (*Id.* ¶¶ 77, 85, 91.) In other words, under Mr. Rogozinski's Lanham Act theories, if Reddit suspended him in violation of its own policies, then the company willfully infringed and diluted his rights in the WSB and WALLSTREETBETS trademarks.

The parties are better off resolving these interrelated issues in one proceeding before this Court as opposed to maintaining three separate proceedings, two before the TTAB and one in front of this Court. As the Ninth Circuit put it, "[I]f, as here, a potential infringement claim requires the district court to resolve much or all of the registration issues, it would waste everyone's time not to settle the registration issue now, in district court." *Rhoades*, 504 F.3d at 1165 (cleaned up). This conclusion is even more correct in this case, which also involves non-trademark claims.

Reddit's own terms of service also require this. The operative version of the company's User Agreement requires "*all disputes* related to these Terms or the Services will be brought *solely* in the federal or state courts located in San Francisco." (Dkt. 28-3 at 6 (emphasis added).) The Services include "your access to and use of websites, mobile apps, widgets, and other products and services . . . provided by Reddit, Inc." (*Id.* at 1.) The parties' dispute relates to Mr. Rogozinski's use of Reddit's Services to operate the WALLSTREETBETS forum. But Reddit does not want to follow the dispute resolution outlined in the User Agreement. This Court should not allow Reddit to evade the very forum that it agreed to litigate in.

### B. A stay would be inefficient due to the unique means of review for TTAB proceedings.

The holding in *B & B Hardware* is not as broad as Reddit suggests—that "TTAB proceedings will have preclusive effects on the Federal Trademark Claims in this civil litigation." (Dkt. 29 at 11.) In *B &B Hardware*, the Supreme Court held that "[s]o long as the other ordinary elements of issue preclusion are met, when the usages adjudicated by the TTAB are materially the same as those before the district court, issue preclusion should apply." *B & B Hardware, Inc. v. Hargis Indus., Inc.*, 575 U.S. 138, 160 (2015). Since the TTAB often limits its analysis to only those portions of marks and only the goods/services listed in the application, the analysis is quite often not the same as what is before the district court. In this case, for example, neither of the applications at issue before the TTAB involve Mr. Rogozinski's stylized uses of the mark.

By contrast, this Court's decisions will unquestionably be binding on the TTAB. "When a district court, as part of its judgment, decides an issue that overlaps with part of the TTAB's analysis, the TTAB gives preclusive effect to the court's judgment." *Id.* at 152.

More importantly, Reddit neglected to acknowledge that even if issues raised in the TTAB proceedings may have preclusive effect in this lawsuit, those rulings would themselves be subject to de novo review. *See* 15 U.S.C. § 1071. Nevertheless, Reddit asserts efficiency is better served by maintaining three separate proceedings before the TTAB and this Court. Reddit's reliance upon *B & B Hardware, Inc.* ignores the "unique means for

review" parties "who are unsatisfied with a decision" by TTAB have—appeal to the Federal Circuit or a district court for de novo review. *Hanginout, Inc. v. Google, Inc.*, No. 13CV2811 AJB (NLS), 2015 WL 11254689, at *4 (S.D. Cal. June 3, 2015) (denying motion to stay). Because of those unique means, a "potential appeal would negate the efficiencies in docket management and resolution." *Id.*; *see also Wilson v. Corning, Inc.*, No. CV 13-210 (DWF/FLN), 2018 WL 2392007, at *4 (D. Minn. May 25, 2018) (denying motion to stay for the same reasons).

Practically, Reddit would have the parties litigate Mr. Rogozinski's trademark claims in the TTAB with any findings subject to de novo review in district court, when all this could be dealt with now in this case. That is the opposite of the efficiency *Rhoades* requires. *See, e.g.*, *Shire City Herbals, Inc. v. Blue*, No. 15-CV-30069-MGM, 2015 WL 5437091, at *3 (D. Mass. Sept. 15, 2015) ("While Defendants are correct that a TTAB ruling can, in appropriate circumstances, be given preclusive effect, the possibility that the TTAB might rule on the issue of validity, and that any such ruling could have preclusive effect—if neither party challenged the TTAB ruling—is far too speculative of a basis for staying a case.").

**C. Staying this litigation would not result in any "streamlining."**

Reddit offers two other unpersuasive reasons why a stay would promote judicial economy. The first relates to the duration and status of the TTAB proceeding. "For more than two years," Reddit observes, "the parties have litigated the WALLSTREETBETS mark in the TTAB," and have engaged in discovery and motion practice. (Dkt. 29 at 11:11-12.) But the TTAB proceeding is *already* suspended. (Dkt. 29-17 at 2.) Reddit also neglects to mention that the parties agreed to suspend the opposition proceeding for 600 days over the life of the litigation. (*See* Ex. A to Lawrence Decl. (collecting suspensions).) Neither party has taken any deposition testimony and there are no pending motions for summary judgment.

The company's second reason is that the TTAB proceeding "streamlined the issues" in this case because of Mr. Rogozinski's alleged admission that "use of WALLSTREETBETS as the name of the subreddit r/wallstreetbets is use by Reddit, not by" Mr. Rogozinski, which the company says is "fatal" to his trademark claims. (Dkt. 29-17 at

11:20-23; *see also* Dkt. 29-23 at 13 ("Rogozinski's admissions are fatal to his claims before the Board, because through them he has conceded that the use of WALLSTREETBETS via the r/wallstreetbets subreddit is not his.") (Reddit's opposition to Mr. Rogozinski's motion to stay).) But an admission about "use of WALLSTREETBETS as the name" of a subreddit is not equivalent to conceding priority of trademark use. Reddit's requests define the terms "WALLSTREETBETS Mark" and "Mark" to connote trademarks. (*See* Dkt. 29-12 at 3, 5.) The request at issue refers only to "name" though, and not "Mark." Further, Reddit did not define the term "use." (*See* Dkt. 29-12 at 2-6.) So the request, which was deemed admitted by the TTAB based on a timing issue, could refer to Reddit's use of the term WALLSTREETBETS in its listing, not use of WALLSTREETBETS as a brand connected to a community dedicated to swapping stock and financial advice.

More importantly, the putative material admission would only be relevant to the TTAB proceeding. "Rule 36 encourages admissions, and thus reduces the burden of litigation, by limiting the effect of those admissions to the pending action only." *In re Pizante*, 186 B.R. 484, 489 (B.A.P. 9th Cir. 1995), *aff'd*, 107 F.3d 878 (9th Cir. 1997). Admissions, particularly "defaulted" admissions, have no preclusive effect. *Id*. To the extent the admission was to have material effect, it would have no materiality in a subsequent de novo appeal.

The procedural history of the TTAB proceeding further undermines Reddit's proffered "streamlining" rationale. The Board deemed the request at issue admitted in March 2021, (Dkt. 29-11 at 2), more than two years ago. Though Reddit says Mr. Rogozinski's case met its demise then, the company sat on this alleged outcome-determinative admission for more than two years and agreed to nine additional suspensions of the proceedings. Reddit's assertion that this single request for admission will somehow dispose of Mr. Rogozinski's trademark infringement claims is an overstatement of the case. In any event, Reddit cites no authority that the previous discovery is not usable in this case. If anything, Mr. Rogozinski "*will have the same discovery obligations*, as he would in the multitude of proceedings in the

TTAB, except the discovery will be in *one proceeding* rather than" the two pending before the Board. *Rhoades*, 504 F.3d at 1156 (emphasis in original).

### D. Reddit's cases do not support a stay.

The cases Reddit cites are inapposite. The district court in *Anstalt v. Bacardi & Co.*, No. CV1606411GHKFFMX, 2016 WL 7635955 (C.D. Cal. Nov. 16, 2016), stayed that case pending the outcome of a TTAB proceeding. The district court distinguished *Rhoades* "based on facts that were not present" in that case. *Id.* at *4. The court noted that federal court litigation there "was initiated the day before dispositive motions were due in the TTAB." *Id.* Here, by contrast, Mr. Rogozinski filed this lawsuit more than a month before discovery closed, the same day the TTAB lifted the stay, and long before the dispositive motion deadline. In granting a stay, the *Anstalt* court also emphasized that "the TTAB proceeding has the potential to moot [the plaintiff's] principal claim." *Id.* But the plaintiff in *Anstalt* brought four claims related to trademark infringement, *id.* at *3, unlike here, where Mr. Rogozinski has pled an interrelated breach of contract claim outside the TTAB's jurisdiction.

Reddit's two other cases, *Citicasters Co. v. Country Club Commc'ns*, No. 97-0678 RJK, 1997 WL 715034 (C.D. Cal. July 21, 1997), and *V.V.V. & Sons Edible Oils Ltd. v. Meenakshi Overseas LLC*, No. 214CV02961TLNCKD, 2016 WL 1268008 (E.D. Cal. Mar. 31, 2016), also do not support staying this case. The Ninth Circuit declined to follow *Citicasters* in *Rhoades*, noting the case "lack[ed] precedential value." *Rhoades*, 504 F.3d at 1164 n.13; *see also Hanginout, Inc.*, 2015 WL 11254689, at *5 ("[T]he Court declines to rely on *Citicasters*, particularly in light of *Rhoades*, and the Ninth Circuit's view that when trademark cases include claims of infringement, it is more efficient for a district court not to defer partial resolution of a plaintiff's claims to the TTAB."). The TTAB proceeding in *V.V.V.* was already on appeal at the Federal Circuit, 2016 WL 1268008, at *5, and was thus at a much more advanced stage of development than either of the TTAB cases.

Faced with similar circumstances to these, district courts have repeatedly declined to stay cases in view of TTAB proceedings. The decision in *Hanginout, Inc.*, denying a motion

to stay, is instructive. Priority of use was also an issue in that case, but the court noted "registration has no effect on the registrant's rights under the common law, which requires a mark to have been used in commerce before a protectable ownership interest in the mark arises." 2015 WL 11254689, at *5. "While seniority of use is important to the issues raised in this litigation, it is not the only issue raised, and the parties' respective claims do not hinge on that determination alone." *Id.* The same is true here. Other courts have reached similar conclusions. *See, e.g.*, *Beijing Tong Ren Tang (USA), Corp. v. TRT USA Corp.*, No. C-09-00882 RMW, 2009 WL 5108578, at *3 (N.D. Cal. Dec. 18, 2009) (denying motion to stay and holding "it would be more efficient to settle the registration issues along with the infringement issues in the instant case rather than staying the case pending resolution of the Trademark Board Action"); *CTF Dev., Inc. v. Penta Hosp., LLC*, No. C 09-02429 WHA, 2009 WL 2524476, at *2 (N.D. Cal. Aug. 17, 2009) (denying motion to stay while noting that "[t]he evidence gathered during discovery will be useful for either the TTAB or this court, regardless of whom finally adjudicates the issue"). This Court should follow *Rhoades*, McCarthy's "general rule," and other decisions in the Ninth Circuit and deny Reddit's motion to stay.

## II.     Reddit will not be harmed if this case moves forward.

Without a stay, Reddit asserts it "would suffer hardship and inequity." (Dkt. 29 at 12:14-15.) Reddit cites a risk of inconsistent rulings. (*Id.* at 12:27.) The company points to discovery from the TTAB proceeding it believes helps its case in this lawsuit. (*Id.* at 13:13-19.) Reddit complains that it will have to "reengage in substantial discovery only to obtain evidence that will likely be produced or has already been produced in the TTAB proceedings." (*Id.* at 13:6-7.)

But there is no real risk of inconsistent rulings. The TTAB suspended the opposition proceeding pending resolution of Mr. Rogozinski's motion to stay, (Dkt. 29-17 at 2), and the cancellation proceeding is in its infancy, Reddit having filed its petition on April 7, 2023, (Dkt. 29-18 at 21), nearly two months after Mr. Rogozinski filed this lawsuit.

Reddit similarly overstates the impact of discovery. The same discovery, subject to certain numerical limits on written discovery, will be available to Reddit in this lawsuit, but the discovery will take place "in *one* proceeding" rather than in three (in this Court and in two separate proceedings at the TTAB). *Rhoades*, 504 F.3d at 1156.

Finally, Reddit suggests Mr. Rogozinski is trying "to move the parties' trademark dispute to a new forum" for the wrong reasons. The case Reddit cites is far from analogous to this one. The parties in *Tigercat International, Inc. v. Caterpillar, Inc.*, No. 16-CV-1047-GMS, 2018 WL 2049816 (D. Del. May 2, 2018), engaged in "extensive" discovery "consisting of 106 interrogatories, 172 document requests, 332 requests for admission, the production of 35,000 pages of documents, and 22 depositions." *Id.* at *5. The plaintiff filed suit "ten days before the close of three-years of contentious discovery." *Id.* at *6. In this case, some written discovery has been exchanged, a fraction of the number of documents as in *Tigercat* have been produced, and the parties have taken zero depositions. Mr. Rogozinski filed this lawsuit more than a month before the close of discovery in a case which was in suspended status for nearly two years and before Reddit filed its cancellation proceeding regarding his WSB trademark.

### III.     A stay would harm Mr. Rogozinski.

Unlike Reddit, staying this case would harm Mr. Rogozinski in at least three ways. First is time to relief. If Reddit's motion to stay is granted, Mr. Rogozinski would be tasked with litigating the TTAB cases through any appeals. Not only would Mr. Rogozinski have to litigate the TTAB opposition proceeding well into 2024, he would also have to defend the cancellation proceeding, which Reddit just filed on April 7, and which would likely extend into 2025 and beyond. Only then, after years of expensive litigation at the TTAB, would Mr. Rogozinski be permitted to pursue federal district court litigation to enforce his rights in his WSB and WALLSTREETBETS trademarks, pushing the possibility of injunctive relief against Reddit even further into the future.

Mr. Rogozinski owns the WSB trademark registration now, and he is presumed to be the owner. 15 U.S.C. § 1115(b). But under Reddit's schedule, that is not the case until the cancellation proceeding is resolved. This is all while Mr. Rogozinski is suffering ongoing, irreparable harm, which is presumed in meritorious trademark cases. *Sonista, Inc. v. Hsieh*, 348 F. Supp. 2d 1089, 1094 (N.D. Cal. 2004) ("As the likelihood of confusion is the central element of trademark infringement, the court may presume irreparable injury if there is a showing of likelihood of success on the merits." (internal quotation marks and alterations omitted)). The TTAB cannot provide Mr. Rogozinski any injunctive relief from Reddit's ongoing trademark harms.

Second, and related to timing, is uncertainty regarding Mr. Rogozinski's business future. In the cancellation proceeding, Reddit is forecasting that its designs on the WSB trademark extend beyond hosting the r/WallStreetBets subreddit. More specifically, Reddit is alleging that Mr. Rogozinski's WSB trademark registration in classes of trade related to cryptocurrency "falsely suggests a connection with Reddit." (Dkt. 29-18 at 13, ¶ 44.) In other words, Reddit wants to block Mr. Rogozinski from conducting business under the WSB brand in any financial market. A stay would prolong this uncertain situation.

The third source of harm to Mr. Rogozinski is litigation burden. Reddit wants Mr. Rogozinski to litigate three separate cases with the company. Even if granted, Reddit's motion to stay would only apply to Mr. Rogozinski's Lanham Act claims. Reddit is not asking this Court to stay consideration of Mr. Rogozinski's other state law claims, which the company describes as "unrelated." (Dkt. 29 at 15:13.) As shown above, particularly regarding Mr. Rogozinski's breach of contract claim, that is not true. Regardless, this means at least part of this lawsuit and both TTAB proceedings would proceed in parallel. Reddit, a company with a $10 billion valuation, (Dkt. 1 ¶ 57), has virtually unlimited resources to fight this three-front battle, while Mr. Rogozinski, an individual litigant, does not.

Reddit denies Mr. Rogozinski would be harmed by a stay. Reddit claims Mr. Rogozinski delayed taking action to enforce his rights, noting he waited until 2020 to file a

trademark application for WALLSTREETBETS. (Dkt. 29 at 14:10-11.) But in the United States, trademark rights arise from use in commerce, not registration. Reddit cites no authority that Mr. Rogozinski's timing in filing a trademark application somehow diminishes his rights. Reddit also charges Mr. Rogozinski with a "nearly three-year delay in bringing an infringement claim." (*Id.* at 14:18.) In this regard, Reddit references "pauses" in the TTAB opposition proceeding "to engage in settlement discussions." (*Id.* at 14:13.) This understates the settlement efforts. The parties suspended the opposition proceeding ten times for a combined 600 days. (*See* Ex. A to Lawrence Decl. (collecting suspensions).) Reddit and Mr. Rogozinski were never able to come to terms. After Mr. Rogozinski's new counsel entered the case, Mr. Rogozinski threatened trademark infringement litigation, and he promptly filed this lawsuit after the parties' January 26, 2023 settlement conference did not yield a deal. Mr. Rogozinski diligently pursued a resolution with Reddit, and he filed this lawsuit as a last resort.

      Reddit finally accuses Mr. Rogozinski of looking for a "do-over" because "he senses that he is losing in the TTAB." (Dkt. 29 15:10-11.) This speculation is fueled by Mr. Rogozinski's "own admissions" in the opposition proceeding. Again though, as noted above, Reddit overstates the significance of those alleged "fatal" concessions. If Reddit is correct, then it underscores that the TTAB proceeding will be reheard, de novo, sometime in the distant future. Instead, this district court proceeding should occur here and now.

## CONCLUSION

      For the foregoing reasons, Mr. Rogozinski respectfully prays that this Court denies Reddit's motion to stay.

Dated: May 15, 2023

ENVISAGE LAW

By:    */s/ James R. Lawrence, III*
       James R. Lawrence, III
       Anthony J. Biller

CHARIS LEX P.C.

Sean Gates

*Attorneys for Jaime Rogozinski*