JAMES R. LAWRENCE, III (NC Bar No. 44560)*
jlawrence@envisage.law
ANTHONY J. BILLER (NC Bar No. 24117)*
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452
*admitted *pro hac vice*

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Jaime Rogozinski*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAIME ROGOZINSKI,** | Case No.: 3:23-cv-00686-MMC |
| **Plaintiff,** | **PLAINTIFF'S STATEMENT OF RECENT DECISION** |
| v. | **Civ. L.R. 7-3(d)(2)** |
| **REDDIT, INC.,** | Hearing Date: June 23, 2023, 9:00 AM |
| **Defendant.** | Judge: Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Jaime Rogozinski submits this Statement of Recent Decision relevant to Defendant Reddit Inc.'s pending Motion to Stay Claims (Dkt. 29), which has been fully briefed. On June 12, 2023, the United States Patent and Trademark Office Trademark Trial and Appeal Board issued decisions in *Reddit, Inc. v. Jaime Rogozinski*, Opposition No. 91264289, and *Reddit, Inc. v. Jaime Rogozinski*, Cancellation No. 92082038, true and accurate copies of which are attached hereto as Exhibits A and B, respectively. In the decisions, the TTAB suspended the Opposition and Cancellation proceedings pending the final disposition of this case.

Dated: June 13, 2023

                        ENVISAGE LAW

                        By:   */s/ James R. Lawrence, III*
                                James R. Lawrence, III
                                Anthony J. Biller

                        CHARIS LEX P.C.

                              Sean Gates

                        *Attorneys for Jaime Rogozinski*