IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>REDDIT, INC.,<br><br>    Defendant. | Case No. 23-cv-00686-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY** |

    Before the Court is defendant's "Motion to Dismiss" and "Motion to Stay," both filed April 10, 2023. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 23, 2023.

    **IT IS SO ORDERED.**

Dated: June 16, 2023

MAXINE M. CHESNEY
United States District Judge