JAMES R. LAWRENCE, III (NC Bar No. 44560)*
jlawrence@envisage.law
ANTHONY J. BILLER (NC Bar No. 24117)*
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452
*admitted *pro hac vice*

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Jaime Rogozinski*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAIME ROGOZINSKI,**<br><br>**Plaintiff,**<br><br>v.<br><br>**REDDIT, INC.,**<br><br>**Defendant.** | Case No.: 3:23-cv-00686-MMC<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT REDDIT INC.'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Maxine M. Chesney |

In its motion for administrative leave (Dkt. 40), Defendant Reddit, Inc. seeks leave to file "a short response that [may] help the Court decide how" Plaintiff Jaime Rogozinski's Statement of Recent Decision, (Dkt. 37), "and accompanying orders issued by the United States Patent and Trademark Office ('TTAB') affects Reddit's" pending motion to stay. (Dkt. 40 at 2:4-6.) Reddit attaches one page of argument, styled a "response." (Dkt. 40-1 at 3.) This Court should deny Reddit's motion, which is contrary to the purpose and intent of Local Civil Rule 7-3(d).

Nothing in the Local Rules provides for filing any response to a Statement of Decision as Reddit requests here. Local Civil Rule 7-3(d) provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." The Rule makes an exception for a Statement of Recent Decision, providing that such statement "shall contain a citation to and provide a copy of the new opinion without argument." Civil L.R. 7-3(d)(2).

On June 13, 2023, Mr. Rogozinski filed his Statement of Recent Decision, (Dkt. 37), which contained no argument pursuant to Civil L.R. 7-3(d)(2). Three days later, on June 16, 2023, this Court vacated the scheduled June 23 hearing on Reddit's motions to stay and dismiss, "deem[ing] the matter appropriate for determination on the parties' respective written submissions," (Dkt. 39). Nevertheless, hours after this Court's order on the hearing, Reddit filed this motion under Civil L.R. 7-11, which applies to "miscellaneous administrative matters." The motion is thus contrary to the intent of Local Civil Rule 7-3(d), which does not permit further argument and is contrary to this Court's order vacating the June 23 hearing. Reddit's motion for administrative leave should be denied.

If this Court grants Reddit's motion, Mr. Rogozinski submits this opposition to Reddit's response. Reddit acknowledges that "[t]he TTAB orders indicate that the TTAB may not resume its proceedings until there is a final disposition of this case," but argues "that a federal court can stay claims and refer them back to the TTAB even if the TTAB has suspended its proceedings." (Dkt. 40-1 at 2:8-12.) The case Reddit cites, *Tigercat Int'l, Inc. v. Caterpillar Inc.*, No. 16-CV-1047-GMS, 2018 WL 2049816 (D. Del. May 2, 2018), is inapposite because the TTAB's suspension order in that case included a provision that "should the court grant Caterpillar' Motion to Stay, the Board should be so notified, and the proceedings before the TTAB will resume." *Id.* at 2 (internal quotation marks and alterations omitted); *see also* (Dkt. 32 at 15:5-16 (distinguishing *Tigercat* from this case)). The TTAB included no such qualifications in its orders in this case. (*See* Dkt. 37-1 at 7; Dkt. 37-2 at 7.) Reddit's citation to TBMP § 510.02(a) is unhelpful because the TTAB already suspended the

JAIME ROGOZINSKI'S OPPOSITION TO REDDIT'S MOTION FOR ADMIN. LEAVE

relevant proceedings without leaving the door ajar for resumption as it did in *Tigercat*, the case cited in the footnote, *see* TBMP § 510.02(a) n.14, for the sentence Reddit quotes. To the extent Reddit's arguments are even considered, this Court should reject them.

## CONCLUSION

For the foregoing reasons, Mr. Rogozinski respectfully prays that this Court denies Reddit's motion for administrative leave. If this Court grants Reddit's motion for administrative leave, Mr. Rogozinski respectfully asks this Court to consider the arguments raised above.

Dated: June 19, 2023

ENVISAGE LAW

By:  */s/ James R. Lawrence, III*
James R. Lawrence, III
Anthony J. Biller

CHARIS LEX P.C.

Sean Gates

*Attorneys for Jaime Rogozinski*