**PERKINS COIE LLP**

Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Ryan T. Mrazik (*Pro Hac Vice*)
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Calvin Cohen, Bar No. 313420
CCohen@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 312.324.8400
Facsimile:  312.324.9400

Torryn Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

**PRANGER LAW PC**

Holly Pranger, Bar No. 215270
HPranger@prangerlaw.com
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone: +1.415.885.9800
Facsimile: +1.415.885.1110

Attorneys for Defendant
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>Plaintiff,<br><br>v.<br><br>REDDIT, INC.,<br><br>Defendant. | Case No. 3:23-cv-00686-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. Maxine M. Chesney |

1    Defendant Reddit, Inc. ("Reddit") filed a Motion for Administrative Relief ("Motion")
2    seeking leave to file a response to Plaintiff Jaime Rogozinski's ("Plaintiff") Statement of Recent
3    Decision. After considering the briefs, any arguments of counsel, and the record, the Court rules
4    as follows:
5    Reddit's Motion is **GRANTED**, and Reddit may file the Response attached as Exhibit A
6    to its Motion, which the Court will consider. The Court will also consider the arguments
7    contained in Plaintiff's opposition thereto (Dkt. No. 42).

Date: __June 21__, 2023

Honorable Maxine M. Chesney
United States District Judge