| | |
|---|---|
| **PERKINS COIE LLP** | **PRANGER LAW PC** |
| Julie E. Schwartz, Bar No. 260624<br>JSchwartz@perkinscoie.com<br>Ryan T. Mrazik (*Pro Hac Vice*)<br>RMrazik@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | Holly Pranger, Bar No. 215270<br>HPranger@prangerlaw.com<br>88 Guy Place, Suite 405<br>San Francisco, California 94105<br>Telephone: +1.415.885.9800<br>Facsimile: +1.415.885.1110 |
| Calvin Cohen, Bar No. 313420<br>CCohen@perkinscoie.com<br>110 North Wacker Drive, Suite 3400<br>Chicago, Illinois 60606-1511<br>Telephone: 312.324.8400<br>Facsimile: 312.324.9400 | |
| Torryn Rodgers, Bar No. 319126<br>TRodgers@perkinscoie.com<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050 | |

Attorneys for Defendant
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>   Plaintiff,<br><br>   v.<br><br>REDDIT, INC.,<br><br>   Defendant. | Case No. 3:23-cv-00686-MMC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT REDDIT, INC.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS<br><br>Judge:   Hon. Maxine M. Chesney |

1  Before the Court is Defendant Reddit, Inc. ("Reddit") Administrative Motion to Continue
2  Case Management Conference Pending Resolution of Motion to Stay and Motion to Dismiss,
   as well as Plaintiff's Opposition thereto (Dkt. No. 47, filed June 26, 2023).
3  Having considered the Motion, the Court finds that continuing the initial case management
4  conference is warranted. The motion is thus GRANTED. The July 21, 2023 case management
5  conference is hereby CONTINUED and will be reset by the Court after it issues its decision on
6  Reddit's pending Motion to Stay and Motion to Dismiss. All associated deadlines are reset
7  accordingly.
8  **IT IS SO ORDERED.**

Date: ____June 26____, 2023

_____
Honorable Maxine M. Chesney
United States District Judge