**PERKINS COIE LLP**

Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Ryan T. Mrazik (admitted *Pro Hac Vice*)
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Calvin Cohen, Bar No. 313420
CCohen@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 312.324.8400
Facsimile: 312.324.9400

Torryn Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI, | Case No. 3:23-cv-00686-MMC |
| Plaintiff, | **DEFENDANT REDDIT, INC.'S RESPONSE TO SECOND ORDER [ECF #60]** |
| v. | |
| REDDIT, INC., | |
| Defendant. | |

1         Today, as directed by the Second Order Directing Defendant to Submit Courtesy Copy in

2    Compliance with the Court's Standing Orders, Dkt. No. 60 ("Second Order"), a courtesy copy of

3    Defendant Reddit, Inc.'s Reply in Support of Motion to Dismiss First Amended Complaint, Dkt.

4    No. 59 ("Reply"), was delivered to the Office of the Clerk, 450 Golden Gate Ave, 16th Floor, San

5    Francisco, CA 94102. Declaration of Ryan T. Mrazik in Support of Reddit, Inc.'s Response to

6    Second Order, Ex. A. On the day of the Reply filing, Reddit's counsel had mailed the courtesy

7    copy to the Court's chambers' address at San Francisco Courthouse, Courtroom 7 – 19th Floor,

8    450 Golden Gate Avenue, San Francisco, CA 94102, rather than to the Office of the Clerk. *Id.*,

9    ¶ 3.

10         Reddit and its counsel apologize to the Court for failing to deliver a courtesy copy of the

11    Reply to the address specified in the Court's Standing Orders, thereby resulting in the Court

12    having to issue its Second Order. Reddit's counsel will ensure that, in the future, a courtesy copy

13    is mailed or delivered to the correct address in compliance with the Court's Standing Orders.

14

15    Dated:  November 3, 2023                    **PERKINS COIE LLP**

16

17                    By: */s/ Ryan T. Mrazik*
            Julie E. Schwartz

18                Ryan T. Mrazik*
            Calvin Cohen

19                Torryn Rodgers

20                **admitted Pro Hac Vice*

21                Attorneys for Defendant
            REDDIT, INC.

22

23

24

25

26

27

28