IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>REDDIT, INC.,<br><br>    Defendant. | Case No. 23-cv-00686-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Before the Court is defendant Reddit, Inc.'s Motion, filed September 15, 2023, "to Dismiss First Amended Complaint." Plaintiff Jaime Rogozinski has filed opposition, to which defendant has replied. Having considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 1, 2023.

    **IT IS SO ORDERED.**

Dated: November 27, 2023

                                                         MAXINE M. CHESNEY<br>                                                          United States District Judge