UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ROGOZINSKI,<br><br>    Plaintiff.<br><br>v.<br><br>REDDIT, INC.,<br><br>    Defendant. | Case No. 23-cv-00686-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 63 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant Reddit, Inc.'s Motion to Dismiss is hereby GRANTED, and the First Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/16/2024

Mark B. Busby, Clerk of Court

*Tracy Geiger*
Tracy Geiger
Deputy Clerk